**JURY**

**U.S. Bankruptcy Court**
**Southern District of Texas (Houston)**
**Adversary Proceeding #: 09-03429**

*Assigned to:* Marvin Isgur                                          *Date Filed:* 10/29/09
*Lead BK Case:* 07-36424
*Lead BK Title:* Juliet Homes, LP and Julian Fertitta
*Lead BK Chapter:* 7
*Demand:* $20000000

*Nature[s] of Suit:*  12 Recovery of money/property - 547 preference
                      13 Recovery of money/property - 548 fraudulent transfer
                      14 Recovery of money/property - other
                      02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*
-----------------------
**Joseph M Hill Ch 7 Trustee**                    represented by **Jeremy R Stone**
5851 San Felipe Suite 950                                        Mehaffy Weber
Houston, TX 77057                                                500 Dallas
                                                                 Ste 1200
                                                                 Houston, TX 77002
                                                                 713-655-1200
                                                                 Email: jeremystone@mehaffyweber.com
                                                                 *LEAD ATTORNEY*

                                                                 **Susan Hardie Jacks**
                                                                 Mehaffy Weber
                                                                 500 Dallas
                                                                 Ste 1200
                                                                 Houston, TX 77002
                                                                 713-655-1200
                                                                 Fax : 713-655-0222
                                                                 Email: susanjacks@mehaffyweber.com

                                                                 **Theresa D Mobley**
                                                                 Cage Hill et al
                                                                 5851 San Felipe
                                                                 Ste 950
                                                                 Houston, TX 77057
                                                                 713-789-0500
                                                                 Fax : 713-974-0344
                                                                 Email: tmobley@cagehill.com

*Plaintiff*
-----------------------
**W. Steve Smith**                                represented by **Blanche Duett Smith**
1250 Four Houston Center                                         McFall Breitbeil & Smith
1331 Lamar Street                                                1331 Lamar Street
Houston, TX 77010                                                Suite 1250
713-590-9300                                                     Houston, TX 77010-3027
                                                                 713-590-9364
                                                                 Fax : 713-590-9399
                                                                 Email: bdsmith@mcfall-law.com

                                                                 **Jeremy R Stone**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

**Susan Hardie Jacks**
(See above for address)

V.

*Defendant*
----------------------
**Alex Oria**                              represented by **Steve Martin Williard**
Houston, TX                                                 The Williard Law Firm LP
                                                           1920 N Memorial Way
                                                           Suite 207
                                                           Houston, TX 77007
                                                           713-529-6300
                                                           Fax : 713-529-6315
                                                           Email: steve@williardlaw.com

*Defendant*
----------------------
**Bernie Kane**                            represented by **Bernie Kane**
Houston, TX                                                 PRO SE

*Defendant*
----------------------
**Binh Ho**                                represented by **Binh Ho**
Houston, TX                                                 PRO SE

*Defendant*
----------------------
**Bob Shiring**                            represented by **Peter Johnson**
Houston, TX                                                 Law Offices of Peter Johnson
                                                           Suite 2820
                                                           Eleven Greenway Plaza
                                                           Houston, TX 77046
                                                           713-961-1200
                                                           Fax : 713-961-0941
                                                           Email: pjlawecf@pjlaw.com

*Defendant*
----------------------
**Caroline Dazzio Brown**                  represented by **Caroline Dazzio Brown**
Houston, TX                                                 PRO SE

*Defendant*
----------------------
**Connie Brown**                           represented by **Connie Brown**
Houston, TX                                                 PRO SE

*Defendant*
----------------------

**Damazo F Vidal**                                   represented by **Lynn Chuang Kramer**
Houston, TX                                                         Munsch Hardt et al
*TERMINATED: 11/04/2011*                                           700 Louisiana
                                                                   Ste 4600
                                                                   Houston, TX 77002
                                                                   713-222-1470
                                                                   Fax : 713-222-1475
                                                                   Email: lkramer@munsch.com
                                                                   *TERMINATED: 11/08/2010*

                                                                   **Randall A Rios**
                                                                   Munsch Hardt et al
                                                                   700 Louisiana
                                                                   Ste 4600
                                                                   Houston, TX 77002
                                                                   713-222-1468
                                                                   Fax : 713-222-1475
                                                                   Email: rrios@munsch.com

                                                                   **Timothy Aaron Million**
                                                                   Munsch Hardt Kopf & Harr, P.C.
                                                                   700 Louisiana
                                                                   Suite 4600
                                                                   Houston, TX 77002
                                                                   713-222-4010
                                                                   Fax : 713-222-1475
                                                                   Email: tmillion@munsch.com

*Defendant*
-----------------------
**David Greenberg**                                  represented by **Gretchen Gauer McCord**
Greenberg & Company                                                Nathan Sommers et al
5959 Richmond                                                      2800 Post Oak Blvd
Suite 440                                                          61st Fl
Houston, TX 77057                                                  Houston, TX 77056-6102
(713) 778-0900                                                     713-892-4816
                                                                   Fax : 713-892-4800
                                                                   Email: gmccord@nathansommers.com

                                                                   **Kent Altsuler**
                                                                   Nathan Sommers Jacobs
                                                                   2800 Post Oak Blvd
                                                                   61st Floor
                                                                   Houston, TX 77056
                                                                   713-960-0303
                                                                   Fax : 713-892-4800
                                                                   Email: kaltsuler@nathansommers.com

                                                                   **Ronald J Sommers**
                                                                   Nathan Sommers Jacobs
                                                                   2800 Post Oak Blvd
                                                                   61st Fl
                                                                   Houston, TX 77056-6102
                                                                   713-892-4801
                                                                   Fax : 713-892-4800
                                                                   Email: efilers@nathansommers.com

                                                                   **Susan J Brandt**
                                                                   3 Pilgrim's Lane
                                                                   London
                                                                   United Kingdom NW3 1SJ
                                                                   011442074359241
                                                                   Email: susanandtombrandt@gmail.com
                                                                   *TERMINATED: 07/22/2011*

*LEAD ATTORNEY*

**Defendant**
----------------------
**Greenberg & Company**                    represented by **Gretchen Gauer McCord**
Houston, TX                                               (See above for address)

                                                          **Kent Altsuler**
                                                          (See above for address)

                                                          **Ronald J Sommers**
                                                          (See above for address)

                                                          **Susan J Brandt**
                                                          (See above for address)
                                                          *TERMINATED: 07/22/2011*
                                                          *LEAD ATTORNEY*


**Defendant**
----------------------
**Don Sanders**                            represented by **John T Unger**
Houston, TX                                               Thompson Knight
                                                          333 Clay
                                                          Ste 3300
                                                          Houston, TX 77002
                                                          713-993-4645
                                                          Email: john.unger@tklaw.com


**Defendant**
----------------------
**Douglas Allen Brown**                    represented by **Douglas Allen Brown**
456 Victoria Terrace                                     PRO SE
Fort Lauderdale, FL 33301


**Defendant**
----------------------
**Frank Powell**                           represented by **Jerry M Young**
Houston, TX                                               Coat Rose
                                                          3 E Greenway Plaza
                                                          Ste 2000
                                                          Houston, TX 77046
                                                          713-651-0111
                                                          Fax : 713-651-0220
                                                          Email: jyoung@coatsrose.com


**Defendant**
----------------------
**Shawn Goheen**                           represented by **Shawn Goheen**
Houston, TX                                               PRO SE


**Defendant**
----------------------
**Hue Ho**                                 represented by **Hue Ho**
Houston, TX                                               PRO SE

**Defendant**
----------------------
**James Counce**                                    represented by **James Counce**
Houston, TX                                                        PRO SE


**Defendant**
----------------------
**James Thomas**                                    represented by **Steve Martin Williard**
Houston, TX                                                        (See above for address)


**Defendant**
----------------------
**Julian Fertitta**                                 represented by **Bennett G Fisher**
Houston, TX                                                        Fisher and Associates PC
                                                                  909 Fannin St
                                                                  Ste 1800
                                                                  Houston, TX 77010
                                                                  713-223-8400
                                                                  Fax : 713-609-7766
                                                                  Email: bgf@fisherlaw.net

                                                                  **T. Josh Judd**
                                                                  Hoover Slovacek, LLP
                                                                  5847 San Felipe, Suite 2200
                                                                  Houston, TX 77057
                                                                  713-735-4165
                                                                  Fax : 713-977-5395
                                                                  Email: judd@hooverslovacek.com


**Defendant**
----------------------
**Malladi S Reddy Dr**                              represented by **Malladi S Reddy Dr**
Houston, TX                                                        PRO SE


                                                                  *TERMINATED: 04/19/2011*


**Defendant**
----------------------
**Tullis Thomas**                                   represented by **Daniel F Castaneda**
Houston, TX                                                        Buckley White et al
                                                                  2401 Fountainview
                                                                  Ste 1000
                                                                  Houston, TX 77057
                                                                  713-789-7700
                                                                  Email: dcastaneda@bwchlaw.com
                                                                  *TERMINATED: 03/30/2011*

                                                                  **William Allen Gage, Jr**
                                                                  Buck Keenan et al
                                                                  700 Louisiana
                                                                  Ste 5100
                                                                  Houston, TX 77002
                                                                  713-225-4500
                                                                  Fax : 713-225-3719

Email: gage@buckkeenan.com
*LEAD ATTORNEY*

*Defendant*
----------------------
**Melissa Thomas**
Houston, TX

represented by **William S Chesney, III**
Frank, Elmore et al
9225 Katy Freeway, Ste. 250
Houston, TX 77024-1564
713-224-9400
Fax : 713-224-0609
Email: wchesney@felct.com

*Defendant*
----------------------
**Michael Ecklund**
Houston, TX

represented by **Kendall Johan Burr**
Edison McDowell et al
Phoenix Tower
3200 Southwest Freeway
Suite 2100
Houston, TX 77027
713-337-8875
Email: kendall.burr@emhllp.com

*Defendant*
----------------------
**Mir Azizi**
Houston, TX

represented by **John H Bennett, Jr**
Attorney at Law
2777 Allen Parkway
Ste 1000
Houston, TX 77019-2165
713-650-8222
Fax : 713-650-3033
Email: jb@johnhbennettjr.com

*Defendant*
----------------------
**Muduganti J Reddy**
Houston, TX

represented by **Marilee A Madan**
Marilee A Madan PC
3109 Avalon Pl
Houston, TX 77019
713-355-3375
Fax : 713-355-3303
Email: mamadan@sbcglobal.net

*Defendant*
----------------------
**Najmuddin Karimjee**
Houston, TX

represented by **George R Gibson**
Nathan Sommers Jacobs PC
2800 Post Oak Blvd
61st Flr
Houston, TX 77056-6102
713-892-4843
Fax : 713-892-4840
Email: ggibson@nathansommers.com

*Defendant*
----------------------

**Robert Odom**                                    represented by **Robert Odom**
Houston, TX                                                       PRO SE


*Defendant*
-----------------------
**Raj M. Rangwani**                                represented by **Martin M Hokanson**
3934 FM 1960 West, Suite 210                                      Attorney at Law
Houston, TX 77068                                                22503 Katy Fwy
                                                                 Katy, TX 77450
                                                                 713-927-3490
                                                                 Email: mmhokanson@gmail.com


*Defendant*
-----------------------
**Ravi Reddy**                                     represented by **Marilee A Madan**
Houston, TX                                                       (See above for address)


*Defendant*
-----------------------
**Ray Lindgren**                                   represented by **Ray Lindgren**
Houston, TX                                                       PRO SE


*Defendant*
-----------------------
**Richard Robert**                                 represented by **William Allen Gage, Jr**
Houston, TX                                                       (See above for address)
                                                                 *LEAD ATTORNEY*


*Defendant*
-----------------------
**Sanjay Varma**                                   represented by **Martin M Hokanson**
Houston, TX                                                       (See above for address)


*Defendant*
-----------------------
**Shreyaskumar Patel**                             represented by **Marilee A Madan**
Houston, TX                                                       (See above for address)


*Defendant*
-----------------------
**Steve Ittner**                                   represented by **Steve Ittner**
Houston, TX                                                       PRO SE


*Defendant*
-----------------------
**Terry Luttrell**                                 represented by **Patrick D Devine**
Houston, TX                                                       Attorney at Law
                                                                 5120 Woodway Dr.
                                                                 Suite 8002
                                                                 Houston, TX 77056

832-251-2722
Fax : 713-965-9173
Email: pdevine@pdevinelaw.com

**Defendant**
----------------------
**Thai Nguyen**                                    represented by **Thai Nguyen**
Houston, TX                                        PRO SE

**Defendant**
----------------------
**Theyen Hoang**                                   represented by **Theyen Hoang**
Houston, TX                                        PRO SE

**Defendant**
----------------------
**Todd Stoner**                                    represented by **Todd Stoner**
Houston, TX                                        PRO SE

**Defendant**
----------------------
**Todd Pirtle**                                    represented by **Todd Pirtle**
Houston, TX                                        PRO SE

**Defendant**
----------------------
**Vincent Galeoto**                                represented by **Leonard H Simon**
Houston, TX                                        Pendergraft & Simon L.L.P.
                                                   2777 Allen Parkway
                                                   Ste 800
                                                   Houston, TX 77019
                                                   713-737-8207
                                                   Fax : 832-202-2810
                                                   Email: lsimon@pendergraftsimon.com

                                                   **William Kyle Vaughn**
                                                   Vaughn & Associates
                                                   2777 Allen Parkway
                                                   Suite 800
                                                   Houston, TX 77019
                                                   713-568-2762 x 101
                                                   Fax : 713-568-2732
                                                   Email: kyle@wkvaughnpllc.com

**Defendant**
----------------------
**Warren Guy King**                                represented by **Warren G King**
3606 Grennoch                                      Attorney at Law
Houston, TX 77025                                  9999 Bellaire Blvd
SSN / ITIN: xxx-xx-8387                            Ste 725

Houston, TX 77036
713-375-2900
*LEAD ATTORNEY*

**Defendant**
-----------------------
**Washington Ho**                       represented by **Washington Ho**
Houston, TX                                            PRO SE

**Defendant**
-----------------------
**William Marsh Resco I, LP**           represented by **William Marsh Resco I, LP**
Houston, TX                                            PRO SE

**Defendant**
-----------------------
**Pinnacle Title Company, LP**          represented by **Warren G King**
Houston, TX                                            (See above for address)
                                                       *LEAD ATTORNEY*

**Defendant**
-----------------------
**GGG Holdings, LP**                    represented by **GGG Holdings, LP**
Houston, TX                                            PRO SE

**Defendant**
-----------------------
**Saifi LLC**                           represented by **George R Gibson**
Houston, TX                                            (See above for address)

**Defendant**
-----------------------
**Broyd, Inc.**                         represented by **Broyd, Inc.**
Sugar Land, TX                                         PRO SE

**Defendant**
-----------------------
**TMCM Ventures, LP**                   represented by **Daniel F Castaneda**
Houston, TX                                            (See above for address)
                                                       *TERMINATED: 03/30/2011*

                                                       **William Allen Gage, Jr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

**Defendant**
-----------------------
**Lawrence Hugo Ramming**               represented by **Lawrence Hugo Ramming**

50 Briar Hollow East, Suite 210                    PRO SE
Houston, TX 77027
713-812-9510
SSN / ITIN: xxx-xx-4870

*Defendant*
-----------------------
**ARCOA Funding, LC**                    represented by **ARCOA Funding, LC**
Houston, TX                                           PRO SE

*Defendant*
-----------------------
**Town Creek Partners**

*Defendant*
-----------------------
**Tom Pirtle**                    represented by **Patrick L Hughes**
                                                  Haynes & Boone LLP
                                                  1221 McKinney
                                                  Suite 2100
                                                  Houston, TX 77010
                                                  713-547-2550
                                                  Fax : 713-236-5401
                                                  Email: hughesp@haynesboone.com
                                                  *TERMINATED: 03/08/2011*

                                                  **Steven A. Leyh**
                                                  Leyh & Payne, LLP
                                                  9545 Katy Freeway
                                                  Suite 200
                                                  Houston, TX 77024
                                                  713-785-0881
                                                  Fax : 713-784-0338
                                                  Email: sleyh@leyh-payne.com
                                                  *LEAD ATTORNEY*

*Defendant*
-----------------------
**Thomas Boyd**                    represented by **Thomas Boyd**
5636 Winsome Lane                                    PRO SE
Houston, TX 77057

*Defendant*
-----------------------
**Sanders Opportunity Fund, LP**                    represented by **John T Unger**
                                                  (See above for address)

*Defendant*
-----------------------
**Sanders 1998 Children's Trust**                    represented by **John T Unger**
                                                  (See above for address)

*Defendant*
-----------------------

**Pirtle Investment, LP**                         represented by **Steven A. Leyh**
                                                                 (See above for address)


*Defendant*
-----------------------
**Nadenne Calderon**                              represented by **Nadenne Calderon**
                                                                 PRO SE


*Defendant*
-----------------------
**Marquis Capital II, LLC**                       represented by **Marquis Capital II, LLC**
12002 Bellavista Ct.                                             PRO SE
Houston, TX 77041


*Defendant*
-----------------------
**Marquis Capital II Westcott, LP d/b/a Marquis Capital** represented by **Marquis Capital II Westcott, LP d/b/a Marquis Capital**
12002 Bellavista Ct.                                             PRO SE
Houston, TX 77041


*Defendant*
-----------------------
**Don Weir**                                      represented by **Don Weir**
                                                                 PRO SE


*Defendant*
-----------------------
**Erica Brown**                                   represented by **Erica Brown**
456 Victoria Terrace                                             PRO SE
Ft. Lauderdale, FL 33301


*Defendant*
-----------------------
**C&B Investments, Inc.**                         represented by **C&B Investments, Inc.**
930-N South Mason                                                PRO SE
Katy, TX 77450


*3rd Party Plaintiff*
-----------------------
**Bob Shiring**
Houston, TX


V.


*3rd Pty Defendant*
-----------------------
**Kimberly Shiring**                              represented by **William S Chesney, III**
                                                                 (See above for address)

*Counter-Claimant*
-----------------------
**Don Sanders**
Houston, TX


*Counter-Claimant*
-----------------------
**Sanders 1998 Children's Trust**


*Counter-Claimant*
-----------------------
**Sanders Opportunity Fund, LP**


V.


*Counter-Defendant*
-----------------------
**Joseph M Hill Ch 7 Trustee**                 represented by **Jeremy R Stone**
5851 San Felipe Suite 950                                    (See above for address)
Houston, TX 77057

                                                             **Susan Hardie Jacks**
                                                             (See above for address)


*Counter-Defendant*
-----------------------
**W. Steve Smith**                             represented by **Jeremy R Stone**
1250 Four Houston Center                                     (See above for address)
1331 Lamar Street
Houston, TX 77010                                            **Susan Hardie Jacks**
713-590-9300                                                 (See above for address)


*Counter-Claimant*
-----------------------
**Michael Ecklund**
Houston, TX


*Counter-Claimant*
-----------------------
**Marquis Capital II Westcott, LP d/b/a Marquis Capital** represented by **Marquis Capital II Westcott, LP d/b/a Marquis Capital**
12002 Bellavista Ct.                                                    PRO SE
Houston, TX 77041

                                                             (See above for address)


*Counter-Claimant*
-----------------------
**Marquis Capital II, LLC**                    represented by **Marquis Capital II, LLC**
12002 Bellavista Ct.                                         PRO SE
Houston, TX 77041

                                                             (See above for address)


*Counter-Claimant*
-----------------------

**William Marsh Resco I, LP**
Houston, TX

represented by **William Marsh Resco I, LP**
PRO SE

(See above for address)

V.

*Counter-Defendant*
-----------------------
**Joseph M Hill Ch 7 Trustee**
5851 San Felipe Suite 950
Houston, TX 77057

*Counter-Defendant*
-----------------------
**W. Steve Smith**
1250 Four Houston Center
1331 Lamar Street
Houston, TX 77010
713-590-9300

*Counter-Claimant*
-----------------------
**Mir Azizi**
Houston, TX

V.

*Counter-Defendant*
-----------------------
**Joseph M Hill Ch 7 Trustee**
5851 San Felipe Suite 950
Houston, TX 77057

*Counter-Defendant*
-----------------------
**W. Steve Smith**
1250 Four Houston Center
1331 Lamar Street
Houston, TX 77010
713-590-9300

| Filing Date | # | Docket Text |
|---|---|---|
|  |  | Adversary case 09-03429. Nature of Suit: (12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)), (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Complaint by Joseph M Hill Ch 7 Trustee, W. Steve Smith against Alex Oria, Bernie Kane, Binh Ho, Bob Shiring, Caroline Dazzio Brown, Connie Brown, Damazo F Vidal, David Greenberg, Greenberg & Company, Don Sanders, Douglas Allen Brown, Frank Powell, Shawn Goheen, Hue Ho, James Counce, James Thomas, Julian Fertitta, Malladi S Reddy Dr, Tullis Thomas, Melissa Thomas, Michael Ecklund, Mir Azizi, Muduganti J Reddy, Najmuddin Karimjee, Robert Odom, Raj M. Rangwani, Ravi Reddy, Ray Lindgren, Richard Robert, Sanjay Varma, Shreyaskumar Patel, Steve Ittner, Terry Luttrell, Thai Nguyen, Theyen Hoang, Todd Stoner, Todd Pirtle, Vincent Galeoto, Warren Guy King, Washington Ho, William Marsh, Pinnacle Title Company, LP, GGG Holdings, |

| | | |
|---|---|---|
| 10/29/2009 | 🔘1 | LP, Saifi LLC, Broyd, Inc., TMCM Ventures, LP, Lawrence Hugo Ramming, ARCOA Funding, LC. Fee Amount $250 (Mobley, Theresa) (Entered: 10/29/2009) |
| 10/30/2009 | | Receipt of Complaint(09-03429) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 9599499. Fee Amount $ 250.00. (U.S. Treasury) (Entered: 10/30/2009) |
| 11/03/2009 | 🔘2 | Scheduling Order Signed on 11/3/2009 Scheduling Conference set for 1/11/2010 at 10:00 AM at Houston, Courtroom 404 (MI). (adol) (Entered: 11/04/2009) |
| 11/06/2009 | 🔘3 | BNC Certificate of Mailing. (Related document(s):2 Scheduling Order) No. of Notices: 50. Service Date 11/06/2009. (Admin.) (Entered: 11/07/2009) |
| 11/18/2009 | 🔘4 | Request for Issuance of Summons on Alex Oria. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘5 | Request for Issuance of Summons on Bernie Kane. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘6 | Request for Issuance of Summons on Binh Ho. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘7 | Request for Issuance of Summons on Bob Shiring. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘8 | Request for Issuance of Summons on Caroline Brown. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘9 | Request for Issuance of Summons on Connie Brown. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘10 | Request for Issuance of Summons on Damazo Vidal. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘11 | Request for Issuance of Summons on David Greenberg. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘12 | Request for Issuance of Summons on Don Sanders. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘13 | Request for Issuance of Summons on Don Weir. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘14 | Request for Issuance of Summons on Douglas Allen Brown. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘15 | Request for Issuance of Summons on Frank Powell. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘16 | Request for Issuance of Summons on Shawn Goheen. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘17 | Request for Issuance of Summons on Hue Ho. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘18 | Request for Issuance of Summons on James Counce. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘19 | Request for Issuance of Summons on James Thomas. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘20 | Request for Issuance of Summons on Julian Fertitta. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🔘21 | Request for Issuance of Summons on Malladi Reddy. (Mobley, Theresa) (Entered: 11/18/2009) |
| | | Request for Issuance of Summons on Tullis Thomas. (Mobley, Theresa) (Entered: |

| 11/18/2009 | 22 | 11/18/2009 |
|---|---|---|
| 11/18/2009 | 23 | Request for Issuance of Summons on Melissa Thomas. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 24 | Request for Issuance of Summons on Michael Ecklund. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 25 | Request for Issuance of Summons on Mir Azizi. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 26 | Request for Issuance of Summons on Muduganti J. Reddy. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 27 | Request for Issuance of Summons on Najmuddin Karimjee. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 28 | Request for Issuance of Summons on Robert Odom. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 29 | Request for Issuance of Summons on Raj Rangwani. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 30 | Request for Issuance of Summons on Ravi Reddy. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 31 | Request for Issuance of Summons on Ray Lindgren. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 32 | Request for Issuance of Summons on Richard Robert. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 33 | Request for Issuance of Summons on Sanjay Varma. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 34 | Request for Issuance of Summons on Shreyaskumar Patel. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 35 | Request for Issuance of Summons on Steve Ittner. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 36 | Request for Issuance of Summons on Terry Luttrell. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 37 | Request for Issuance of Summons on Thai Nguyen. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 38 | Request for Issuance of Summons on Theyen Hoang. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 39 | Request for Issuance of Summons on Todd Stoner. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 40 | Request for Issuance of Summons on Tom Pirtle. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 41 | Request for Issuance of Summons on Vincent Galeoto. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 42 | Request for Issuance of Summons on Warren G. King. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 43 | Request for Issuance of Summons on Washington Ho. (Mobley, Theresa) (Entered: 11/18/2009) |

| 11/18/2009 | 🖱44 | Request for Issuance of Summons on William Marsh. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🖱45 | Request for Issuance of Summons on Pinnacle Title Company, LP. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🖱46 | Request for Issuance of Summons on GGG Holdings, LP. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🖱47 | Request for Issuance of Summons on Saifi LLC. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🖱48 | Request for Issuance of Summons on Broyd Inc.. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🖱49 | Request for Issuance of Summons on Greenberg & Co.. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/18/2009 | 🖱50 | Request for Issuance of Summons on TMCM Ventures, LP. (Mobley, Theresa) (Entered: 11/18/2009) |
| 11/20/2009 | 🖱51 | Summons Issued on Mir Azizi Date Issued 11/20/2009; Caroline Dazzio Brown Date Issued 11/20/2009; Connie Brown Date Issued 11/20/2009; Douglas Allen Brown Date Issued 11/20/2009; Broyd, Inc. Date Issued 11/20/2009; James Counce Date Issued 11/20/2009; Michael Ecklund Date Issued 11/20/2009; Julian Fertitta Date Issued 11/20/2009; GGG Holdings, LP Date Issued 11/20/2009; Vincent Galeoto Date Issued 11/20/2009; Shawn Goheen Date Issued 11/20/2009; David Greenberg Date Issued 11/20/2009; Greenberg & Company Date Issued 11/20/2009; Binh Ho Date Issued 11/20/2009; Hue Ho Date Issued 11/20/2009; Washington Ho Date Issued 11/20/2009; Theyen Hoang Date Issued 11/20/2009; Steve Ittner Date Issued 11/20/2009; Bernie Kane Date Issued 11/20/2009; Najmuddin Karimjee Date Issued 11/20/2009; Warren Guy King Date Issued 11/20/2009; Ray Lindgren Date Issued 11/20/2009; Terry Luttrell Date Issued 11/20/2009; William Marsh Date Issued 11/20/2009; Thai Nguyen Date Issued 11/20/2009; Robert Odom Date Issued 11/20/2009; Alex Oria Date Issued 11/20/2009; Shreyaskumar Patel Date Issued 11/20/2009; Pinnacle Title Company, LP Date Issued 11/20/2009; Todd Pirtle Date Issued 11/20/2009; Frank Powell Date Issued 11/20/2009; Raj M. Rangwani Date Issued 11/20/2009; Muduganti J Reddy Date Issued 11/20/2009; Ravi Reddy Date Issued 11/20/2009; Malladi S Reddy Dr Date Issued 11/20/2009; Richard Robert Date Issued 11/20/2009; Saifi LLC Date Issued 11/20/2009; Don Sanders Date Issued 11/20/2009; Bob Shiring Date Issued 11/20/2009; Todd Stoner Date Issued 11/20/2009; TMCM Ventures, LP Date Issued 11/20/2009; James Thomas Date Issued 11/20/2009; Melissa Thomas Date Issued 11/20/2009; Tullis Thomas Date Issued 11/20/2009; Sanjay Varma Date Issued 11/20/2009; Damazo F Vidal Date Issued 11/20/2009. (mmap) (Entered: 11/20/2009) |
| 12/02/2009 | 🖱52 | Amended Complaint (Related document(s):1 Complaint) (Mobley, Theresa) (Entered: 12/02/2009) |
| 12/14/2009 | 🖱53 | Motion *to Dismiss Complaint* Filed by Defendant Don Sanders (Attachments: 1 Proposed Order 2 Appendix Ashcroft v. Iqbal3 Appendix Indiana Bell Telephone v. Lovelady4 Appendix Official Comm of Unscrd Creds v. JP Morgan Chase) (Unger, John) (Entered: 12/14/2009) |
| 12/16/2009 | 🖱54 | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days. Filed by Bob Shiring (Attachments: 1 Proposed Order Dismissing Case Against Robert Shiring Under Rule 12(b)(6)) (Johnson, Peter) (Entered: 12/16/2009) |
| 12/29/2009 | 🖱55 | Request for Issuance of Summons on Melisa Jordan (formerly Melisa Thomas). (Mobley, Theresa) (Entered: 12/29/2009) |
| 12/29/2009 | 🖱56 | Request for Issuance of Summons on Tullis Thomas. (Mobley, Theresa) (Entered: 12/29/2009) |
| 12/30/2009 | 🖱57 | Summons Issued on Melissa Thomas Date Issued 12/30/2009. (kgil) (Entered: 12/30/2009) |

| | | |
|---|---|---|
| 12/30/2009 | 58 | Summons Issued on Tullis Thomas Date Issued 12/30/2009. (ttay) (Entered: 12/30/2009) |
| 01/04/2010 | 59 | Jury Demand (Filed By Muduganti J Reddy ). (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 60 | Jury Demand (Filed By Ravi Reddy ). (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 61 | Jury Demand (Filed By Malladi S Reddy Dr ). (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 62 | Jury Demand (Filed By Shreyaskumar Patel ). (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 63 | Motion *of M. J. Reddy to Sever and for Separate Trial* Filed by Muduganti J Reddy (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 64 | Proposed Order RE: *M. J. Reddy's Motion to Sever* (Filed By Muduganti J Reddy ).(Related document(s):63 Generic Motion) (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 65 | Motion *of Ravi Reddy to Sever and for Separate Trial* Filed by Ravi Reddy (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 66 | Proposed Order RE: *Motion to Sever of Ravi Reddy* (Filed By Ravi Reddy ).(Related document(s):65 Generic Motion) (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 67 | Motion *of Mulladi Reddy to Sever and for Separate Trial* Filed by Malladi S Reddy Dr (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 68 | Proposed Order RE: *Malladi Reddy's Motion to Sever* (Filed By Malladi S Reddy Dr ). (Related document(s):67 Generic Motion) (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 69 | Motion *of S. Patel to Sever and for Separate Trial* Filed by Shreyaskumar Patel (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 70 | Proposed Order RE: *S. Patel's Motion to Sever* (Filed By Shreyaskumar Patel ).(Related document(s):69 Generic Motion) (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 71 | Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Fee Amount: $ 150. Filed by Muduganti J Reddy (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 72 | Proposed Order RE: *M. J. Reddy's Motion to Withdraw Reference* (Filed By Muduganti J Reddy ).(Related document(s):71 Motion for Withdrawal of Reference) (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 73 | Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Fee Amount: $ 150. Filed by Ravi Reddy (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 74 | Proposed Order RE: *Ravi Reddy's Motion to Withdraw Reference* (Filed By Ravi Reddy ). (Related document(s):73 Motion for Withdrawal of Reference) (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 75 | Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Fee Amount: $ 150. Filed by Malladi S Reddy Dr (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 76 | Proposed Order RE: *Mulladi Reddy's Motion to Withdraw the Reference* (Filed By Malladi S Reddy Dr ).(Related document(s):75 Motion for Withdrawal of Reference) (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 77 | Motion for Withdrawal of Reference. Objections/Request for Hearing Due in 20 days. Fee Amount: $ 150. Filed by Shreyaskumar Patel (Madan, Marilee) (Entered: 01/04/2010) |
| | | Proposed Order RE: *S. Patel's Motion to Withdraw Reference* (Filed By Shreyaskumar |

| | | |
|---|---|---|
| 01/04/2010 | 🔘78 | Patel ).(Related document(s):77 Motion for Withdrawal of Reference) (Madan, Marilee) (Entered: 01/04/2010) |
| 01/04/2010 | 🔘79 | Response. Filed by Joseph M Hill Ch 7 Trustee (Attachments: 1 Proposed Order) (Mobley, Theresa) (Entered: 01/04/2010) |
| 01/06/2010 | | Receipt of Motion for Withdrawal of Reference(09-03429) [motion,mwdrefad] ( 150.00) Filing Fee. Receipt number 9817516. Fee amount $ 150.00. (U.S. Treasury) (Entered: 01/06/2010) |
| 01/06/2010 | | Receipt of Motion for Withdrawal of Reference(09-03429) [motion,mwdrefad] ( 150.00) Filing Fee. Receipt number 9817516. Fee amount $ 150.00. (U.S. Treasury) (Entered: 01/06/2010) |
| 01/06/2010 | | Receipt of Motion for Withdrawal of Reference(09-03429) [motion,mwdrefad] ( 150.00) Filing Fee. Receipt number 9817516. Fee amount $ 150.00. (U.S. Treasury) (Entered: 01/06/2010) |
| 01/06/2010 | | Receipt of Motion for Withdrawal of Reference(09-03429) [motion,mwdrefad] ( 150.00) Filing Fee. Receipt number 9817516. Fee amount $ 150.00. (U.S. Treasury) (Entered: 01/06/2010) |
| 01/06/2010 | 🔘80 | Response (related document(s):54 Motion to Dismiss Adversary Proceeding). Filed by Joseph M Hill Ch 7 Trustee (Attachments: 1 Proposed Order) (Mobley, Theresa) (Entered: 01/06/2010) |
| 01/07/2010 | 🔘81 | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 20 days. Filed by Shreyaskumar Patel, Muduganti J Reddy, Ravi Reddy, Malladi S Reddy Dr Hearing scheduled for 2/5/2009 at 02:00 PM at Houston, Courtroom 404 (MI). (Madan, Marilee) (Entered: 01/07/2010) |
| 01/07/2010 | 🔘82 | Certificate of Service (Summons) (Filed By Joseph M Hill Ch 7 Trustee ). (Mobley, Theresa) (Entered: 01/07/2010) |
| 01/07/2010 | 🔘83 | Status Report (Filed By Joseph M Hill Ch 7 Trustee ). (Attachments: 1 Schedule) (Mobley, Theresa) (Entered: 01/07/2010) |
| 01/10/2010 | 🔘84 | Response (related document(s):53 Generic Motion). Filed by W. Steve Smith (Smith, Blanche) (Entered: 01/10/2010) |
| 01/10/2010 | 🔘85 | Response (related document(s):54 Motion to Dismiss Adversary Proceeding. Filed by W. Steve Smith (Smith, Blanche) (Entered: 01/10/2010) |
| 01/11/2010 | 🔘 | Courtroom Minutes. Time Hearing Held: 10:00 am. THIS HEARING WAS HELD WITH CASES 09-3432, 09-3433, 09-3434, 09-3435, 09-3436, 09-3437, 09-3438, 09-3439, 09-3440, 09-3441, 09-3442. Appearances: Theresa Mobley for Joe Hill, Trustee; Blanche Smith for Steve Smith, Trustee; Lynn Kramer for Damazo Vidal; Peter Johnson for Robert Shiring; John Unger for Don Sanders, et al; Marilee Madan for Ravi Reddy, et al; Susan Brandt for David Greenberg, et al; Allison Miller for Michael Ecklund, et al; Greg Saxe for Ashely O'Hair, et al; Peter Ruggero for Tom Pirtle; Josh Judd for Julian Fertitta; Daniel Castaneda for Tullis Thomas, et al; Johnie Patterson for Shawn Goheen; John Bennett for Mir Azizi; Patrick Devine for Terry Luttrell; Martin Hokenson for Raj Rangwani, et al; Leonard Simon for Vincent Galeoto; Steve Williard for Alex Oria (Related document(s):1 Scheduling Conference). Craig Cowgil present. Dick Fuqua present by telephone. Discussion regarding the case status. The plaintiffs will submit a chart re: the cases as stated on the record by 2/11/2010. Briefs re: fraud are due by 3/4/2010. The Court abated the answer date. The Court continued the scheduling conference to 4/6/2010 at 9:00 am. Case management order signed. (rsmi) (Entered: 01/11/2010) |
| | | Case Management Order Signed on 1/11/2010 (Related document(s):1 Complaint) Hearing scheduled for 4/6/2010 at 09:00 AM at Houston, Courtroom 404 (MI). (rsmi) (Entered: |

| 01/11/2010 | 86 | 01/11/2010 |
|---|---|---|
| 01/13/2010 | 87 | BNC Certificate of Mailing. (Related document(s):86 Order Setting Hearing) No. of Notices: 50. Service Date 01/13/2010. (Admin.) (Entered: 01/14/2010) |
| 01/25/2010 | 88 | Request for Issuance of Summons on Connie Brown. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 89 | Request for Issuance of Summons on Anthony Fitzpatrick. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 90 | Request for Issuance of Summons on Steve Ittner. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 91 | Request for Issuance of Summons on Warren King. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 92 | Request for Issuance of Summons on Ray Lindgren. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 93 | Request for Issuance of Summons on William Marsh. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 94 | Request for Issuance of Summons on Pinnacle Title Company, LP. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 95 | Request for Issuance of Summons on Broyd Inc.. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 96 | Request for Issuance of Summons on James Thomas. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 97 | Request for Issuance of Summons on Town Creek Partners. (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/25/2010 | 98 | Response. Filed by Joseph M Hill Ch 7 Trustee (Attachments: 1 Proposed Order) (Mobley, Theresa) (Entered: 01/25/2010) |
| 01/26/2010 | 99 | Summons Issued on Connie Brown Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 01/26/2010 | 100 | Summons Issued on Steve Ittner Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 01/26/2010 | 101 | Summons Issued on Warren Guy King Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 01/26/2010 | 102 | Summons Issued on Ray Lindgren Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 01/26/2010 | 103 | Summons Issued on William Marsh Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 01/26/2010 | 104 | Summons Issued on Pinnacle Title Company, LP Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 01/26/2010 | 105 | Summons Issued on Broyd, Inc. Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 01/26/2010 | 106 | Summons Issued on James Thomas Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 01/26/2010 | 107 | Summons Issued on Town Creek Partners Date Issued 1/26/2010. (kgil) (Entered: 01/26/2010) |
| 02/04/2010 | 108 | Notice *of Appearance*. Filed by Julian Fertitta (Judd, T.) (Entered: 02/04/2010) |
| | | Notice *of Appearance, Demand for Service of Papers and Request for Special Notice*. Filed |

| | | |
|---|---|---|
| 02/08/2010 | 🔘109 | by Nathan Sommers Jacobs, A Professional Corporation (Brandt, Susan) (Entered: 02/08/2010) |
| 02/11/2010 | 🔘110 | Statement *Trustees' Chart Filed in Compliance with Case Management Order* (Filed By Joseph M Hill Ch 7 Trustee ).(Related document(s):86 Order Setting Hearing) (Attachments: 1 Exhibit 2 Exhibit 3 Exhibit) (Mobley, Theresa) (Entered: 02/11/2010) |
| 02/11/2010 | 🔘111 | Statement *Trustees' Chart Filed in Compliance with Case Management Order* (Filed By Joseph M Hill Ch 7 Trustee ).(Related document(s):86 Order Setting Hearing) (Attachments: 1 Exhibit 2 Exhibit 3 Exhibit) (Mobley, Theresa) (Entered: 02/11/2010) |
| 02/11/2010 | 🔘112 | Statement *Trustee's Chart Filed in Compliance with Case Management Order* (Filed By Joseph M Hill Ch 7 Trustee ).(Related document(s):86 Order Setting Hearing) (Attachments: 1 Exhibit 2 Exhibit 3 Exhibit) (Mobley, Theresa) (Entered: 02/11/2010) |
| 02/19/2010 | 🔘113 | Withdraw Document (Filed By Joseph M Hill Ch 7 Trustee ).(Related document(s):110 Statement) (Mobley, Theresa) (Entered: 02/19/2010) |
| 02/26/2010 | 🔘114 | Motion *FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR EXTENSION OF TIME TO SERVE DEFENDANTS* Filed by Joseph M Hill Ch 7 Trustee (Attachments: 1 Exhibit A: Second Amended Complaint2 Exhibit A-1: Trustees' Transfers Chart3 Exhibit A-2: Trustees' Transfers Chart4 Exhibit A-3: Trustees' Transfers Chart5 Proposed Order) (Mobley, Theresa) (Entered: 02/26/2010) |
| 03/02/2010 | 🔘115 | Motion to Extend Time *to File Rule 9(b) Motions to Dismiss* Filed by Julian Fertitta (Attachments: 1 Proposed Order) (Fisher, Bennett) (Entered: 03/02/2010) |
| 03/02/2010 | 🔘116 | Motion for Expedited Consideration (related document(s):115 Motion to Extend Time). Filed by Julian Fertitta (Attachments: 1 Proposed Order) (Fisher, Bennett) (Entered: 03/02/2010) |
| 03/02/2010 | 🔘117 | Certificate *of Service* (Filed By Joseph M Hill Ch 7 Trustee ).(Related document(s):114 Generic Motion) (Mobley, Theresa) (Entered: 03/02/2010) |
| 03/03/2010 | 🔘118 | Motion to Extend Time *Expedited Motion to Extend Deadline to File Motion to Dismiss Plaintiffs' Complaint Pursuant to Rule 9(B) and Joinder in Julian Fertitta's Motion* Filed by David Greenberg, Greenberg & Company (Attachments: 1 Proposed Order) (Brandt, Susan) (Entered: 03/03/2010) |
| 03/03/2010 | 🔘119 | Motion for Expedited Consideration (related document(s):118 Motion to Extend Time). Filed by David Greenberg, Greenberg & Company (Attachments: 1 Affidavit 2 Proposed Order) (Brandt, Susan) (Entered: 03/03/2010) |
| 03/03/2010 | 🔘120 | Brief (Filed By Don Sanders ). (Unger, John) (Entered: 03/03/2010) |
| 03/03/2010 | 🔘121 | Motion *for Extension of Time of All Remaining Deadlines and for Emergency Consideration of Same* Filed by W. Steve Smith (Attachments: 1 Affidavit 2 Proposed Order) (Smith, Blanche) (Entered: 03/03/2010) |
| 03/04/2010 | 🔘122 | Case Management Order Setting Status Conference for April 6, 2010 at 9:00 a.m.(Related Doc # [115, 116, 118, 119, 121]) Signed on 3/4/2010. (adol) (Entered: 03/04/2010) |
| 03/04/2010 | 🔘123 | Motion for More Definite Statement. Objections/Request for Hearing Due in 20 days. Filed by Tom Pirtle (Attachments: 1 Exhibit Certificate of Service2 Proposed Order) (Hughes, Patrick) Modified on 3/4/2010 (adol). (Entered: 03/04/2010) |
| 03/04/2010 | 🔘124 | Order Canceling Hearing re Doc. #123 Signed on 3/4/2010 (adol) (Entered: 03/04/2010) |
| 03/04/2010 | 🔘125 | Certificate *AMENDED CERTIFICATE OF SERVICE* (Filed By Joseph M Hill Ch 7 Trustee ).(Related document(s):117 Certificate) (Mobley, Theresa) (Entered: 03/04/2010) |
| | | |

| 03/06/2010 | 🔵126 | BNC Certificate of Mailing. (Related document(s):122 Order on Motion to Extend Time) No. of Notices: 51. Service Date 03/06/2010. (Admin.) (Entered: 03/06/2010) |
| 03/06/2010 | 🔵127 | BNC Certificate of Mailing. (Related document(s):124 Generic Order (Adversary)) No. of Notices: 51. Service Date 03/06/2010. (Admin.) (Entered: 03/06/2010) |
| 03/10/2010 | 🔵128 | Notice of Appearance and Request for Notice Filed by Warren G King Filed by on behalf of Warren Guy King, Pinnacle Title Company, LP (jhan) (Entered: 03/11/2010) |
| 03/16/2010 | 🔵129 | Notice of Appearance and Request for Notice Filed by Steve Martin Williard Filed by on behalf of Alex Oria, James Thomas (Williard, Steve) (Entered: 03/16/2010) |
| 03/17/2010 | 🔵130 | Notice *of Appearance, Demand for Service of Papers, and Request for Special Notice*. Filed by Michael Ecklund (Burr, Kendall) (Entered: 03/17/2010) |
| 03/19/2010 | 🔵131 | Opposition Response (related document(s):114 Generic Motion). Filed by David Greenberg, Greenberg & Company (Brandt, Susan) (Entered: 03/19/2010) |
| 03/19/2010 | 🔵132 | Second Motion to Extend Time *of All Remaining Deadlines* Filed by Joseph M Hill Ch 7 Trustee (Attachments: 1 Proposed Order) (Mobley, Theresa) (Entered: 03/19/2010) |
| 04/06/2010 | 🔵133 | Notice *of Appearance*. Filed by Terry Luttrell (Devine, Patrick) (Entered: 04/06/2010) |
| 04/06/2010 | 🔵134 | Proposed Order RE: *CASE MANAGEMENT ORDER* (Filed By Joseph M Hill Ch 7 Trustee ). (Mobley, Theresa) (Entered: 04/06/2010) |
| 04/06/2010 | 🔵135 | Courtroom Minutes. Time Hearing Held: 9:00 AM. Appearances: Theresa Mobley for Joseph Hill; Leonard Simon for Vincent Galeoto; Susan Brandt for David Greenberg and Greenberg & Associates; John Unger for Don Sanders and Related Parties; Lynn Kramer for Damazo Vidal; Gregg Saxe for Edwin O'Hair and Joanna Gober; Marilee Madan for Shreyaskumar Patel, The Reddys and other parties; Patrick Hughes for Tom Pirtle and Pirtle Related Entities; Bennett Fisher for Julian Fertitta; Caroline Strange for Richard Robert; John Bennett for Mir Azizi; Steve Williard for Alex Oria and James Thomas; Craig Cowgill, Interested Party; Martin Hokenson for Raj Rangwani; Jeff Bracken for Virgil Langley; Kendall Burr for Michael Ecklund and James Crable; Dan Castineda for Tullis Thomas and TMCM Ventures. A response date of 6/23/2010 was given for the Motion for Relief to Amend and Motion to Consolidate. A deadline of 6/16/2010 was given for witness and exhibit lists. A hearing on the Motion for Relief to Amend is scheduled for 6/30/2010 at 09:00 AM at Houston, Courtroom 404 (MI). A Status Conference will also be held on that date. Ms. Mobley to submit a new order that reflects updated deadlines. The Court will not hold a Pre-trial Conference. (stez) (Entered: 04/07/2010) |
| 04/08/2010 | 🔵136 | Case Management Order Signed on 4/8/2010 (adol) (Entered: 04/08/2010) |
| 04/10/2010 | 🔵137 | BNC Certificate of Mailing. (Related document(s):136 Generic Order) No. of Notices: 52. Service Date 04/10/2010. (Admin.) (Entered: 04/11/2010) |
| 04/15/2010 | 🔵138 | Response (Filed By David Greenberg, Greenberg & Company ). (Brandt, Susan) (Entered: 04/15/2010) |
| 05/11/2010 | 🔵139 | Brief (Filed By Julian Fertitta ).(Related document(s):136 Generic Order) (Judd, T.) (Entered: 05/11/2010) |
| 05/12/2010 | 🔵140 | Objection. Filed by Shreyaskumar Patel, Muduganti J Reddy, Ravi Reddy, Malladi S Reddy Dr (Madan, Marilee) (Entered: 05/12/2010) |
| 05/12/2010 | 🔵141 | Response to Order *regarding consolidation*. (Filed By Shreyaskumar Patel, Muduganti J Reddy, Ravi Reddy, Malladi S Reddy Dr ).(Related document(s): 135 Courtroom Minutes, 137 BNC Certificate of Mailing) (Madan, Marilee) (Entered: 05/12/2010) |

| | | |
|---|---|---|
| 05/13/2010 | 🔘142 | Response (related document(s):114 Generic Motion). Filed by Tom Pirtle (Attachments: 1 Exhibit Certificate of Service2 Proposed Order) (Hughes, Patrick) (Entered: 05/13/2010) |
| 05/13/2010 | 🔘143 | Response (related document(s):114 Generic Motion). Filed by Don Sanders (Unger, John) (Entered: 05/13/2010) |
| 05/14/2010 | 🔘144 | Notice of Appearance. Filed by TMCM Ventures, LP, Tullis Thomas (Castaneda, Daniel) (Entered: 05/14/2010) |
| 05/14/2010 | 🔘145 | Brief (Filed By TMCM Ventures, LP, Tullis Thomas ).(Related document(s):136 Generic Order) (Castaneda, Daniel) (Entered: 05/14/2010) |
| 05/14/2010 | 🔘146 | Objection (related document(s):114 Generic Motion. Filed by Damazo F Vidal (Kramer, Lynn) (Entered: 05/14/2010) |
| 05/14/2010 | 🔘147 | Opposition Response (related document(s):114 Generic Motion). Filed by Alex Oria, James Thomas (Williard, Steve) (Entered: 05/14/2010) |
| 05/14/2010 | 🔘148 | Brief (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ). (Smith, Blanche) (Entered: 05/14/2010) |
| 06/14/2010 | 🔘149 | Notice of Substitution of Lead Counsel. Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Stone, Jeremy) (Entered: 06/14/2010) |
| 06/15/2010 | 🔘150 | Exhibit List (Filed By Shreyaskumar Patel, Muduganti J Reddy, Ravi Reddy, Malladi S Reddy Dr ).(Related document(s):136 Generic Order) (Madan, Marilee) (Entered: 06/15/2010) |
| 06/16/2010 | 🔘151 | Witness List (Filed By David Greenberg, Greenberg & Company ).(Related document(s):114 Generic Motion) (Brandt, Susan) (Entered: 06/16/2010) |
| 06/16/2010 | 🔘152 | Witness List (Filed By David Greenberg, Greenberg & Company ).(Related document(s):114 Generic Motion) (Brandt, Susan) (Entered: 06/16/2010) |
| 06/16/2010 | 🔘153 | Exhibit List (Filed By David Greenberg, Greenberg & Company ).(Related document(s):114 Generic Motion) (Brandt, Susan) (Entered: 06/16/2010) |
| 06/16/2010 | 🔘154 | Certificate of Service regarding Trustees' Notice of Substitution of Lead Counsel (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):149 Notice) (Stone, Jeremy) (Entered: 06/16/2010) |
| 06/16/2010 | 🔘155 | Exhibit List, Witness List (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ). (Stone, Jeremy) (Entered: 06/16/2010) |
| 06/16/2010 | 🔘156 | Exhibit List (Filed By Tom Pirtle ). (Ruggero, Peter) (Entered: 06/16/2010) |
| 06/22/2010 | 🔘157 | Certificate of Service of Subpoena of Kathryn Sanders (Filed By David Greenberg, Greenberg & Company ). (Brandt, Susan) (Entered: 06/22/2010) |
| 06/22/2010 | 🔘158 | Certificate of Service of Subpoena of Russell J. Miller (Filed By David Greenberg, Greenberg & Company ). (Brandt, Susan) (Entered: 06/22/2010) |
| 06/22/2010 | 🔘159 | Notice of Appearance and Request for Notice Filed by Leonard H Simon Filed by on behalf of Vincent Galeoto (Simon, Leonard) (Entered: 06/22/2010) |
| 06/22/2010 | 🔘160 | Certificate of Service of Subpoena of Theresa Mobley (Filed By David Greenberg, Greenberg & Company ). (Brandt, Susan) (Entered: 06/22/2010) |
| 06/24/2010 | 🔘161 | Exhibit List, Witness List (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):155 Exhibit List, Witness List) (Stone, Jeremy) (Entered: 06/24/2010) |

| 06/28/2010 | 162 | Response (Filed By David Greenberg, Greenberg & Company ).(Related document(s):161 Exhibit List, Witness List) (Brandt, Susan) (Entered: 06/28/2010) |
| 06/29/2010 | 163 | Brief (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):114 Generic Motion) (Attachments: 1 Exhibit 134-A) (Stone, Jeremy) (Entered: 06/29/2010) |
| 06/29/2010 | 164 | Exhibit List, Witness List (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):155 Exhibit List, Witness List, 161 Exhibit List, Witness List) (Stone, Jeremy) (Entered: 06/29/2010) |
| 06/30/2010 |  | Hearing Set On (Related document(s):114 Generic Motion) Hearing scheduled for 7/2/2010 at 09:30 AM at Houston, Courtroom 404 (MI). (stez) (Entered: 07/01/2010) |
| 06/30/2010 |  | Courtroom Minutes. Time Hearing Held: 9:00 AM. THIS HEARING WAS HELD WITH CASES 09-3441, 09-3442, 09-3432, 09-3433, 09-3434, 09-3435, 09-3436, 09-3437, 09-3438, 09-3439, 09-3440. Appearances: Jeremy Stone for Trustee; Theresa Mobley for Joe Hill; Susan Brandt and Ron Sommers for David Greenberg and Greenberg & Company; Marilee Madan for The Reddy's and Shreyaskumar Patel and Peter Ruggero for Tom Pirtle. (Related document(s):114 Generic Motion). Trustee's exhibits 1a, 2a, 3a, 4a, 5a, 6a, 7a, 8a, 9a, 10a, 11a, 12a, 13a, 14a, 15a, 16a, 17a, 18a, 19a, 20a, 24a, 25a, 26a, 28a, 29a, 30a, 33a, 34a, 35a, 36a, 37a, 38a, 39a 40, 41a, 43a, 44a, 45a, 46a, 47a, 48a, 49a, 50a, 51a, 52a, 53a, 54a, 55a, 56a, 57a, 58a, 61a, 63a, 64a, 65a, 66a, 67a, 121a, 122a, & 133a admitted. Greenberg's exhibits 1 thru 12, 13 thru 20, 22 thru 33, 34 thru 52, 53 thru 71 and 72 thru 79 admitted.Opening statements made by Susan Brandt. Steve Smith, Theresa Mobley and Shreyaskumar Patel sworn. The hearing is continued to 7/2/2010 at 9:30 AM. (stez) Modified on 7/2/2010 (stez). (Entered: 07/01/2010) |
| 07/01/2010 | 165 | Exhibit List (Filed By David Greenberg, Greenberg & Company ).(Related document(s):114 Generic Motion) (Brandt, Susan) (Entered: 07/01/2010) |
| 07/02/2010 | 166 | Brief (Filed By David Greenberg, Greenberg & Company ). (Brandt, Susan) (Entered: 07/02/2010) |
| 07/02/2010 |  | Courtroom Minutes. Time Hearing Held: 9:30 AM. THIS HEARING WAS HELD WITH CASES: 09-3432, 09-3433, 09-3434, 09-3435, 09-3436, 09-3437, 09-3438, 09-3439, 09-3440, 09-3441, 09-3442. Appearances: Jeremy Stone and Crystal Delgado for Trustee, Theresa Mobley for Joe Hill; Susan Brandt and Ron Sommers for David Greenberg and Greenberg & Company; Peter Ruggero for Tom Pirtle; Gregg Saxe for Quality Infusion Care and Josh Judd for Julian Fertita. (Related document(s):114 Generic Motion). The Court will not grant relief to amend. Greenberg's exhibit 72a admitted. The hearing resumed and Ms. Mobley continued her testimony. Trustee's exhibits 23a, 23b, 28b, 28c, 42a, 43b, 107a & 108b admitted for notice purposes only. Plaintiffs rest. Russell Miller and Katherine Sanders sworn. Trustee's exhibit 139b admitted. Hearing is continued to 7/14/2010 at 1:30 PM (afternoon reserved). The Court ordered Defendants to either redact or destroy Trustee's exhibit 139a. (stez) (Entered: 07/06/2010) |
| 07/09/2010 | 167 | AO 435 TRANSCRIPT ORDER FORM. This is to order a transcript of Hearing held on 6/30/2010 before Judge Marvin Isgur (original). Court Reporter/Transcriber: Judicial Transcribers of Texas. Ordinary Order forwarded to Judicial Transcribers of Texas on 7/12/2010. (pcra) Modified on 7/12/2010 (pcra). (Entered: 07/09/2010) |
| 07/12/2010 | 168 | AO 435 TRANSCRIPT ORDER FORM. This is to order a transcript of hearing held on 7/2/10 before Judge Marvin Isgur (original). Court Reporter/Transcriber: Judicial Transcriber of Texas, Inc. (jhan) Modified on 7/15/2010 (dcla). Forwarded to transcriber 7/13/2010. (Entered: 07/13/2010) |
| 07/14/2010 | 169 | Brief (Filed By David Greenberg, Greenberg & Company ).(Related document(s):114 Generic Motion) (Attachments: 1 Exhibit A) (Brandt, Susan) (Entered: 07/14/2010) |
| 07/14/2010 | 170 | Certificate Amended Certificate of Service (Filed By David Greenberg, Greenberg & Company ).(Related document(s):169 Brief) (Brandt, Susan) (Entered: 07/14/2010) |

| | | |
|---|---|---|
| 07/14/2010 | | Courtroom Minutes. Time Hearing Held: 1:30 PM. THIS HEARING WAS HELD WITH CASES: 09-3432, 09-3433, 09-3434, 09-3435, 09-3436, 09-3437, 09-3438, 09-3439, 09-3440, 09-3441, 09-3442. Appearances: Jeremy Stone and Crystal Delgado for Trustee; Theresa Mobley for Joe Hill; Susan Brandt for David Greenberg and Greenberg & Company; Peter Ruggero for Tom Pirtle; and Bennett Fisher for Julien Fertitta. (Related document (s):114 Generic Motion). The hearing resumed and David Greenberg was sworn. Both sides rest and the evidentiary record is closed. Closing arguments made by Counsel. Parties are to submit post trial briefs re: what is in the record about when the Trustee first learned that computer records were deleted or otherwise should have had alarm bells go off that it was time to call the accountants who had the books and records. Briefs are due not later than 8/23/2010. Judge will begin working on the case shortly thereafter. (stez) (Entered: 07/15/2010) |
| 07/15/2010 | 171 | AO 435 TRANSCRIPT ORDER FORM. This is to order a Partial Transcript (Closing Arguments Only) of Hearing held on 7/14/2010 before Judge Marvin Isgur (original). Court Reporter/Transcriber: GLR Transcribing. 14-Day Order forwarded to GLR Transcribing on 7/15/2010. (pcra) (Entered: 07/15/2010) |
| 07/15/2010 | 172 | AO 435 TRANSCRIPT ORDER FORM. This is to order a Partial Transcript (Entire Hearing Except for Closing Arguments) of Hearing held on 7/14/2010 before Judge Marvin Isgur (original). Court Reporter/Transcriber: GLR Transcribing. 14-Day Order forwarded to GLR Transcribing on 7/15/2010. (pcra) (Entered: 07/15/2010) |
| 07/29/2010 | 173 | Transcript RE: 114 Motion Hearing (Partial - Argument Only) held on 7-14-10 before Judge Marvin P. Isgur. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 10/27/2010. (gree) (Entered: 07/29/2010) |
| 07/29/2010 | 174 | Transcript RE: 114 Motion Hearing (Partial - Testimony Only) held on 7-14-10 before Judge Marvin P. Isgur. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 10/27/2010. (gree) (Entered: 07/29/2010) |
| 07/30/2010 | 175 | Notice of Filing of Official Transcript as to 173 Transcript, 174 Transcript. Parties notified (Related document(s):173 Transcript, 174 Transcript) (mmap) (Entered: 07/30/2010) |
| 08/01/2010 | 176 | BNC Certificate of Mailing. (Related document(s):175 Notice of Filing of Official Transcript (Form)) No. of Notices: 52. Service Date 08/01/2010. (Admin.) (Entered: 08/01/2010) |
| 08/05/2010 | 177 | Transcript RE: Motion to File Amended Complaint held on 07-02-10 before Judge Marvin Isgur. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/3/2010. (Attachments: 1 Volume(s) Volume II of II)(lmar) (Entered: 08/05/2010) |
| 08/06/2010 | 178 | Third-Party Complaint by Bob Shiring against Kimberly Shiring. (Attachments: 1 Complaint) (Johnson, Peter) (Entered: 08/06/2010) |
| 08/06/2010 | 179 | Request for Issuance of Summons on Kimberly Shiring. (Johnson, Peter) (Entered: 08/06/2010) |
| 08/09/2010 | 180 | Notice of Filing of Official Transcript as to 177 Transcript. Parties notified (Related document(s):177 Transcript) (kettac) (Entered: 08/09/2010) |
| 08/09/2010 | 181 | Summons Issued on Kimberly Shiring Date Issued 8/9/2010. (kgui) (Entered: 08/09/2010) |
| 08/09/2010 | 182 | Motion To Substitute Attorney. Filed by Julian Fertitta (Fisher, Bennett) (Entered: 08/09/2010) |
| 08/09/2010 | 183 | Summons Service Executed on Kimberly Shiring 8/9/2010. (Johnson, Peter) (Entered: 08/09/2010) |
| 08/11/2010 | 184 | BNC Certificate of Mailing. (Related document(s):180 Notice of Filing of Official Transcript (Form)) No. of Notices: 52. Service Date 08/11/2010. (Admin.) (Entered: 08/12/2010) |

| | | |
|---|---|---|
| 08/12/2010 | 🔵185 | Transcript RE: Motioin to File Amended Complaint held on 06/30/10 before Judge Marvin Isgur. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 11/10/2010. (Attachments: 1 Volume(s) Volume II of II)(lmar) (Entered: 08/12/2010) |
| 08/13/2010 | 🔵186 | Notice of Filing of Official Transcript as to 185 Transcript. Parties notified (Related document(s):185 Transcript) (kettac) (Entered: 08/13/2010) |
| 08/13/2010 | 🔵187 | Motion *Unopposed Motion for Continuance of Deadline for All Parties to File Post-Trial Briefs* Filed by David Greenberg, Greenberg & Company (Attachments: 1 Proposed Order) (Brandt, Susan) (Entered: 08/13/2010) |
| 08/13/2010 | 🔵188 | Motion for Expedited Consideration (related document(s):187 Generic Motion). Filed by David Greenberg, Greenberg & Company (Attachments: 1 Affidavit 2 Proposed Order) (McCord, Gretchen) (Entered: 08/13/2010) |
| 08/15/2010 | 🔵189 | BNC Certificate of Mailing. (Related document(s):186 Notice of Filing of Official Transcript (Form)) No. of Notices: 52. Service Date 08/15/2010. (Admin.) (Entered: 08/15/2010) |
| 08/17/2010 | 🔵190 | Notice *Notice of Appearance and Request for Service of Documents*. Filed by Vincent Galeoto (Vaughn, William) (Entered: 08/17/2010) |
| 08/17/2010 | 🔵191 | Order Granting Motion (Related Doc # 187) Signed on 8/17/2010. (adol) (Entered: 08/17/2010) |
| 08/19/2010 | 🔵192 | BNC Certificate of Mailing. (Related document(s):191 Generic Order) No. of Notices: 52. Service Date 08/19/2010. (Admin.) (Entered: 08/20/2010) |
| 09/07/2010 | 🔵193 | Brief (Filed By Shreyaskumar Patel, Muduganti J Reddy, Ravi Reddy, Malladi S Reddy Dr ). (Related document(s):114 Generic Motion) (Madan, Marilee) (Entered: 09/07/2010) |
| 09/08/2010 | 🔵194 | Brief (Filed By David Greenberg, Greenberg & Company ).(Related document(s):114 Generic Motion) (Brandt, Susan) (Entered: 09/08/2010) |
| 09/08/2010 | 🔵195 | Notice *of Greenberg Defendants' List of Defendants to be Dismissed Announced at July 2, 2010 Hearing*. (Related document(s):114 Generic Motion) Filed by David Greenberg, Greenberg & Company (Brandt, Susan) (Entered: 09/08/2010) |
| 09/08/2010 | 🔵196 | Brief (Filed By Tom Pirtle ).(Related document(s):114 Generic Motion, 131 Response) (Attachments: 1 Exhibit Certificate of Service) (Hughes, Patrick) (Entered: 09/08/2010) |
| 09/08/2010 | 🔵197 | Notice *List of Defendants Court Announced Would be Dismissed*. (Related document(s):114 Generic Motion) Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D)(Jacks, Susan) (Entered: 09/08/2010) |
| 09/08/2010 | 🔵198 | Brief (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):114 Generic Motion) (Attachments: 1 Exhibit A. Part 12 Exhibit A. Part 23 Exhibit A. Part 34 Exhibit A. Part 45 Exhibit A. Part 56 Exhibit A. Part 67 Exhibit A. Part 78 Exhibit A. Part 89 Exhibit B10 Exhibit C11 Exhibit D) (Jacks, Susan) (Entered: 09/08/2010) |
| 09/08/2010 | 🔵199 | Brief (Filed By David Greenberg, Greenberg & Company ). (Brandt, Susan) Re: 114 Motion FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR EXTENSION OF TIME TO SERVE DEFENDANTS Filed by Joseph M Hill Ch 7 Trustee. Modified on 9/9/2010 (espe). (Entered: 09/08/2010) |
| 09/09/2010 | 🔵200 | Motion *Greenberg Defendants' Objections to Trustees' Post-Trial Brief and Motion to Stike* Filed by David Greenberg, Greenberg & Company (Brandt, Susan) (Entered: 09/09/2010) |
| 09/10/2010 | 🔵201 | Proposed Order RE: (Filed By David Greenberg, Greenberg & Company ).(Related document(s):200 Generic Motion) (Brandt, Susan) (Entered: 09/10/2010) |

| | | |
|---|---|---|
| 09/10/2010 | 202 | Order Denying Motion to Substitute Attorney. (Related Doc # 182) Signed on 9/10/2010. (adol) (Entered: 09/10/2010) |
| 09/12/2010 | 203 | BNC Certificate of Mailing. (Related document(s):202 Order on Motion To Substitute Attorney) No. of Notices: 52. Service Date 09/12/2010. (Admin.) (Entered: 09/13/2010) |
| 09/13/2010 | 204 | Answer to *Robert Shiring's* Third Party Complaint Filed by Kimberly Shiring (Chesney, William) (Entered: 09/13/2010) |
| 09/28/2010 | 205 | Notice *(Designation of Attorney in Charge)*. Filed by Damazo F Vidal (Rios, Randall) (Entered: 09/28/2010) |
| 09/30/2010 | 206 | Response (related document(s):200 Generic Motion). Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: 1 Proposed Order Overruling the Greenberg Defendants' Objections and Denial of the Greenberg Defendants' Motion to Strike) (Jacks, Susan) (Entered: 09/30/2010) |
| 10/15/2010 | 207 | Notice *of Appearance*. Filed by Damazo F Vidal (Rios, Randall) (Entered: 10/15/2010) |
| 10/15/2010 | 208 | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Damazo F Vidal (Attachments: 1 Proposed Order) (Kramer, Lynn) (Entered: 10/15/2010) |
| 10/20/2010 | 209 | Notice of Appearance and Request for Notice Filed by Timothy Aaron Million Filed by on behalf of Damazo F Vidal (Million, Timothy) (Entered: 10/20/2010) |
| 11/08/2010 | 210 | Order Granting Motion To Withdraw As Attorney (Related Doc # 208) Signed on 11/8/2010. (adol) (Entered: 11/08/2010) |
| 11/10/2010 | 211 | BNC Certificate of Mailing. (Related document(s):210 Order on Motion to Withdraw as Attorney) No. of Notices: 52. Service Date 11/10/2010. (Admin.) (Entered: 11/11/2010) |
| 12/16/2010 | 212 | Order Granting in part, Denying in part Motion (Related Doc # 114) Signed on 12/16/2010. (rsmi) (Entered: 12/17/2010) |
| 12/16/2010 | 213 | Memorandum Opinion of Bankruptcy Judge Marvin Isgur Signed on 12/16/2010 (rsmi) (Entered: 12/17/2010) |
| 12/19/2010 | 214 | BNC Certificate of Mailing. (Related document(s):213 Opinion) No. of Notices: 52. Service Date 12/19/2010. (Admin.) (Entered: 12/20/2010) |
| 12/19/2010 | 215 | BNC Certificate of Mailing. (Related document(s):212 Generic Order) No. of Notices: 52. Service Date 12/19/2010. (Admin.) (Entered: 12/20/2010) |
| 01/18/2011 | 216 | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Defendant Tom Pirtle (Attachments: 1 Exhibit Certificate of Service2 Proposed Order) (Hughes, Patrick) (Entered: 01/18/2011) |
| 02/07/2011 | 217 | Response (related document(s):216 Motion to Withdraw as Attorney). Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: 1 Exhibit A2 Proposed Order on Motion to Withdraw Haynes and Boone LLP as Counsel for Thomas Pirtle and The Pirtle Parties) (Jacks, Susan) (Entered: 02/07/2011) |
| 02/10/2011 | 218 | Order Setting Hearing Signed on 2/10/2011 (Related document(s):216 Motion to Withdraw as Attorney) Hearing scheduled for 3/11/2011 at 03:00 PM at Houston, Courtroom 404 (MI). (adol) (Entered: 02/10/2011) |
| 02/12/2011 | 219 | BNC Certificate of Mailing. (Related document(s):218 Order Setting Hearing) No. of Notices: 52. Service Date 02/12/2011. (Admin.) (Entered: 02/12/2011) |
| | | Proposed Order RE: *Agreed Order Granting Motion to Withdraw Haynes and Boone LLP* |

| | | |
|---|---|---|
| 02/15/2011 | ⬤220 | *and Substitute Counsel for Thomas Pirtle and the Pirtle Parties* (Filed By Tom Pirtle ). (Related document(s):216 Motion to Withdraw as Attorney, 217 Response, 218 Order Setting Hearing) (Hughes, Patrick) (Entered: 02/15/2011) |
| 02/15/2011 | ⬤221 | Certificate *of Service of Order Setting Hearing and Docket Control Order Regarding Continuances* (Filed By Tom Pirtle ).(Related document(s):218 Order Setting Hearing) (Hughes, Patrick) (Entered: 02/15/2011) |
| 02/25/2011 | ⬤222 | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days., Motion To Substitute Attorney. Filed by Defendants TMCM Ventures, LP, Tullis Thomas Hearing scheduled for 3/30/2011 at 10:00 AM at Houston, Courtroom 404 (MI). (Attachments: 1 Proposed Order Order Withdraw & Substitution) (Castaneda, Daniel) (Entered: 02/25/2011) |
| 03/08/2011 | ⬤223 | Order Granting Motion To Withdraw As Attorney (Related Doc # 216) Signed on 3/8/2011. (adol) (Entered: 03/08/2011) |
| 03/10/2011 | ⬤224 | BNC Certificate of Mailing. (Related document(s):223 Order on Motion to Withdraw as Attorney) No. of Notices: 52. Service Date 03/10/2011. (Admin.) (Entered: 03/11/2011) |
| 03/11/2011 | ⬤225 | Notice of Appearance and Request for Notice Filed by William Allen Gage Jr Filed by on behalf of Richard Robert (smur) (Entered: 03/11/2011) |
| 03/21/2011 | ⬤226 | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Malladi S Reddy Dr (Attachments: 1 Proposed Order Order Approving Withdrawal Motion) (Madan, Marilee) (Entered: 03/21/2011) |
| 03/30/2011 | ⬤ | Courtroom Minutes. Time Hearing Held: 10:00 am. Appearances: Jeremy Stone for plaintiffs (Related document(s):222 Motion to Withdraw as Attorney, Motion to Substitute Attorney). The motion is unopposed. Order signed granting motion. (rsmi) (Entered: 03/30/2011) |
| 03/30/2011 | ⬤227 | Order Granting Motion To Withdraw and Substitute Counsel for Tullis Thomas and TMCM Ventures, L.P. (Related Doc # 222), Adding William Allen Gage for TMCM Ventures, LP and Tullis Thomas, terminating Daniel F Castaneda. Signed on 3/30/2011. (pcra) (Entered: 03/30/2011) |
| 04/01/2011 | ⬤228 | BNC Certificate of Mailing. (Related document(s):227 Order on Motion to Withdraw as Attorney) No. of Notices: 52. Service Date 04/01/2011. (Admin.) (Entered: 04/01/2011) |
| 04/18/2011 | ⬤229 | Second Amended Complaint (Related document(s):1 Complaint) (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D5 Exhibit E6 Exhibit F7 Exhibit G8 Exhibit H9 Exhibit I10 Exhibit J11 Exhibit K12 Exhibit L13 Exhibit M14 Exhibit N15 Exhibit O16 Exhibit P17 Exhibit Q) (Stone, Jeremy) (Entered: 04/18/2011) |
| 04/19/2011 | ⬤230 | Order Granting Motion To Withdraw As Attorney (Related Doc # 226) Signed on 4/19/2011. (adol) (Entered: 04/19/2011) |
| 04/21/2011 | ⬤231 | BNC Certificate of Mailing. (Related document(s):230 Order on Motion to Withdraw as Attorney) No. of Notices: 58. Service Date 04/21/2011. (Admin.) (Entered: 04/22/2011) |
| 04/26/2011 | ⬤232 | Answer to Complaint with JURY (Related document(s):229 Amended Complaint) Filed by Bob Shiring (Johnson, Peter) (Entered: 04/26/2011) |
| 04/27/2011 | ⬤233 | Joint Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 21 days. Filed by Don Sanders, Sanders 1998 Children's Trust, Sanders Opportunity Fund, LP (Attachments: 1 Proposed Order Proposed Order2 Appendix Ashcroft v. Iqbal3 Appendix Indiana Bell Telephone v. Lovelady4 Appendix Official Comm Unscrd Cred Fabrikant) (Unger, John) (Entered: 04/27/2011) |
| | | Summons Issued on Thomas Boyd Date Issued 4/28/2011; C&B Investments, Inc. Date Issued 4/28/2011; James Counce Date Issued 4/28/2011; Shawn Goheen Date Issued |

| | | |
|---|---|---|
| 04/28/2011 | ○ | 4/28/2011; Marquis Capital II Westcott, LP d/b/a Marquis Capital Date Issued 4/28/2011; Marquis Capital II, LLC Date Issued 4/28/2011; Saifi LLC Date Issued 4/28/2011; William Marsh Resco I, LP Date Issued 4/28/2011. (mmap) (Entered: 04/28/2011) |
| 05/04/2011 | ○234 | First Answer to Complaint (Related document(s):229 Amended Complaint) Filed by Raj M. Rangwani (Hokanson, Martin) (Entered: 05/04/2011) |
| 05/04/2011 | ○235 | First Answer to Complaint (Related document(s):229 Amended Complaint) Filed by Sanjay Varma (Hokanson, Martin) (Entered: 05/04/2011) |
| 05/16/2011 | ○236 | Motion to Strike. Objections/Request for Hearing Due in 21 days (related document(s):229 Amended Complaint)., or in the alternative Motion to Dismiss Party Greenberg Defendants. Objections/Request for Hearing Due in 21 days. Filed by David Greenberg, Greenberg & Company Hearing scheduled for 6/9/2011 at 09:00 AM at Houston, Courtroom 404 (MI). (Attachments: 1 Proposed Order) (Sommers, Ronald) (Entered: 05/16/2011) |
| 05/16/2011 | ○237 | Motion for the Court to Conduct a Scheduling Conference Pursuant to the Court's Order Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: 1 Exhibit - Case Management Order [Doc. No. 101]2 Proposed Order Granting Trustees' Motion for the Court to Conduct a Scheduling Conference Pursuant to the Court's Order) (Stone, Jeremy) (Entered: 05/16/2011) |
| 05/18/2011 | ○238 | Motion to Extend Time /Trustees' Unopposed Motion for the Court to Extend Trustees' Deadline to Respond to Defendants' 12(B)(6) Motion to Dismiss for Failure to State a Claim Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: 1 Proposed Order Regarding Trustees' Unopposed Motion for the Court to Extend Trustees' Deadline to Respond to Defendants' 12(B)(6) Motion to Dismiss for Failure to State a Claim) (Stone, Jeremy) (Entered: 05/18/2011) |
| 05/18/2011 | ○239 | Answer to Complaint (Related document(s):229 Amended Complaint) Filed by Julian Fertitta (Fisher, Bennett) (Entered: 05/18/2011) |
| 05/19/2011 | ○240 | Order Granting Motion (Related Doc # 237) Signed on 5/19/2011. (adol) (Entered: 05/19/2011) |
| 05/19/2011 | ○ | Status conference to be held on 6/6/2011 at 11:00 AM at Houston, Courtroom 404 (MI). (adol) (Entered: 05/19/2011) |
| 05/19/2011 | ○241 | Order Granting Motion to Extend Time (Related Doc # 238) Signed on 5/19/2011. (adol) (Entered: 05/19/2011) |
| 05/21/2011 | ○242 | BNC Certificate of Mailing. (Related document(s):241 Order on Motion to Extend Time) No. of Notices: 58. Service Date 05/21/2011. (Admin.) (Entered: 05/21/2011) |
| 05/21/2011 | ○243 | BNC Certificate of Mailing. (Related document(s):240 Generic Order) No. of Notices: 58. Service Date 05/21/2011. (Admin.) (Entered: 05/21/2011) |
| 05/25/2011 | ○244 | Motion to Continue Hearing On (related document(s):236 Motion to Strike, Motion to Dismiss Party, 240 Generic Order, 241 Order on Motion to Extend Time). Filed by David Greenberg, Greenberg & Company (Attachments: 1 Proposed Order Continuing Hearing on Rule 12 Motion to Strike, and in the Alternative, Motion to Dismiss) (Sommers, Ronald) (Entered: 05/25/2011) |
| 05/27/2011 | ○245 | Order Granting Motion To Continue/Reschedule Hearing On (Related Doc # 244) Signed on 5/27/2011. (rsmi) (Entered: 05/27/2011) |
| 05/29/2011 | ○246 | BNC Certificate of Mailing. (Related document(s):245 Order on Motion to Continue/Reschedule Hearing) No. of Notices: 58. Service Date 05/29/2011. (Admin.) (Entered: 05/29/2011) |

| | | |
|---|---|---|
| 06/06/2011 | ◯ | Courtroom Minutes. Time Hearing Held: 11:00 am. THIS HEARING WAS HELD WITH CASES 09-3441 and 09-3442. Appearances: Jeremy Stone for Joseph Hill and Steve Smith; Timothy Million for Damazo Vidal; Bennett Fisher for Julian Fertitta; Warren King pro se and for Pinnacle Title Co., LP; Steven Leyh for Tom Pirtle; William Chesney for Kimberly Shiring; Peter Johnson for Robert Shiring and on behalf of Marilee Madan for Ravi Reddy, et al; Kent Altsuler for David Greenberg, et al; John Unger for Don Sanders, et al; Kyle Vaughn for Vincent Galeoto; Martin Hokanson for Raj Rangwani, et al; Kendall Burr for Michael Ecklund; Steve Williauf for Alex Oria (Related document(s):1 Status Conference). Case management order signed. Oral arguments re: Rule 7012 motions set for 9/7/2011 at 9:00 am. Each side will have 1 1/2 hours. (rsmi) (Entered: 06/06/2011) |
| 06/06/2011 | ◯247 | Case Management Order Signed on 6/6/2011 (Related document(s):1 Complaint) Hearing scheduled for 9/7/2011 at 09:00 AM at Houston, Courtroom 404 (MI). (rsmi) (Entered: 06/06/2011) |
| 06/08/2011 | ◯248 | ENTERED IN ERROR. see corrected entry at # 250 Summons Issued on ARCOA Funding, LC Date Issued 6/8/2011; Mir Azizi Date Issued 6/8/2011; Thomas Boyd Date Issued 6/8/2011; Caroline Dazzio Brown Date Issued 6/8/2011; Connie Brown Date Issued 6/8/2011; Douglas Allen Brown Date Issued 6/8/2011; Erica Brown Date Issued 6/8/2011; Broyd, Inc. Date Issued 6/8/2011; C&B Investments, Inc. Date Issued 6/8/2011; Nadenne Calderon Date Issued 6/8/2011; James Counce Date Issued 6/8/2011; Michael Ecklund Date Issued 6/8/2011; Julian Fertitta Date Issued 6/8/2011; GGG Holdings, LP Date Issued 6/8/2011; Vincent Galeoto Date Issued 6/8/2011; Shawn Goheen Date Issued 6/8/2011; David Greenberg Date Issued 6/8/2011; Greenberg & Company Date Issued 6/8/2011; Binh Ho Date Issued 6/8/2011; Hue Ho Date Issued 6/8/2011; Washington Ho Date Issued 6/8/2011; Theyen Hoang Date Issued 6/8/2011; Steve Ittner Date Issued 6/8/2011; Bernie Kane Date Issued 6/8/2011; Najmuddin Karimjee Date Issued 6/8/2011; Warren Guy King Date Issued 6/8/2011; Ray Lindgren Date Issued 6/8/2011; Terry Luttrell Date Issued 6/8/2011; Marquis Capital II Westcott, LP d/b/a Marquis Capital Date Issued 6/8/2011; Marquis Capital II, LLC Date Issued 6/8/2011; Thai Nguyen Date Issued 6/8/2011; Robert Odom Date Issued 6/8/2011; Alex Oria Date Issued 6/8/2011; Shreyaskumar Patel Date Issued 6/8/2011; Pinnacle Title Company, LP Date Issued 6/8/2011; Todd Pirtle Date Issued 6/8/2011; Tom Pirtle Date Issued 6/8/2011; Pirtle Investment, LP Date Issued 6/8/2011; Frank Powell Date Issued 6/8/2011; Lawrence Hugo Ramming Date Issued 6/8/2011; Raj M. Rangwani Date Issued 6/8/2011; Muduganti J Reddy Date Issued 6/8/2011; Ravi Reddy Date Issued 6/8/2011; Malladi S Reddy Dr Date Issued 6/8/2011; Richard Robert Date Issued 6/8/2011; Saifi LLC Date Issued 6/8/2011; Don Sanders Date Issued 6/8/2011; Sanders 1998 Children's Trust Date Issued 6/8/2011; Sanders Opportunity Fund, LP Date Issued 6/8/2011; Bob Shiring Date Issued 6/8/2011; Kimberly Shiring Date Issued 6/8/2011; Todd Stoner Date Issued 6/8/2011; TMCM Ventures, LP Date Issued 6/8/2011; James Thomas Date Issued 6/8/2011; Melissa Thomas Date Issued 6/8/2011; Tullis Thomas Date Issued 6/8/2011; Town Creek Partners Date Issued 6/8/2011; Sanjay Varma Date Issued 6/8/2011; Damazo F Vidal Date Issued 6/8/2011; Don Weir Date Issued 6/8/2011; William Marsh Resco I, LP Date Issued 6/8/2011. (jdav) Additional attachment(s) added on 6/8/2011 (jdav). Modified on 6/9/2011 (jdav). (Entered: 06/08/2011) |
| 06/08/2011 | ◯249 | BNC Certificate of Mailing. (Related document(s):247 Order Setting Hearing) No. of Notices: 58. Service Date 06/08/2011. (Admin.) (Entered: 06/08/2011) |
| 06/09/2011 | ◯250 | Summons Issued as to C&B Investments, Inc. Date Issued 6/8/2011. (jdav) (Entered: 06/09/2011) |
| 06/23/2011 | ◯251 | Objection. Filed by David Greenberg, Greenberg & Company (Attachments: 1 Proposed Order proposed Order) (Sommers, Ronald) (Entered: 06/23/2011) |
| 06/29/2011 | ◯252 | Motion To Substitute Attorney. Filed by Defendants David Greenberg, Greenberg & Company (Attachments: 1 Proposed Order proposed Order) (Altsuler, Kent) (Entered: 06/29/2011) |
| | | Motion to Strike. Objections/Request for Hearing Due in 21 days (related document(s):229 Amended Complaint). Filed by Tom Pirtle, Pirtle Investment, LP Hearing scheduled for 9/7/2011 at 09:00 AM. (Attachments: 1 Proposed Order Motion to Strike) (Leyh, Steven) |

| 07/20/2011 | 253 | (Entered: 07/20/2011) |
| 07/20/2011 | 254 | Motion to Extend Time - *Certain Deadlines Established by the Bankruptcy Court's Case Management Order* Filed by Damazo F Vidal (Attachments: 1 Proposed Order) (Million, Timothy) (Entered: 07/20/2011) |
| 07/20/2011 | 255 | Amended Motion to Dismiss Party *Under Rule 12(b)*. Objections/Request for Hearing Due in 21 days. Filed by Bob Shiring Hearing scheduled for 9/7/2011 at 09:00 AM at Houston, Courtroom 404 (MI). (Attachments: 1 Proposed Order) (Johnson, Peter) (Entered: 07/20/2011) |
| 07/20/2011 | 256 | Motion for More Definite Statement. Objections/Request for Hearing Due in 21 days. Filed by Ravi Reddy (Madan, Marilee) (Entered: 07/20/2011) |
| 07/20/2011 | 257 | Motion to Dismiss Party . Objections/Request for Hearing Due in 21 days. Filed by Richard Robert (Gage, William) (Entered: 07/20/2011) |
| 07/20/2011 | 258 | Motion to Dismiss Party . Objections/Request for Hearing Due in 21 days. Filed by Tullis Thomas (Gage, William) (Entered: 07/20/2011) |
| 07/20/2011 | 259 | Answer to Complaint (Related document(s):229 Amended Complaint) Filed by Alex Oria, James Thomas (Williard, Steve) (Entered: 07/20/2011) |
| 07/20/2011 | 260 | Motion to Dismiss Adversary Proceeding. Objections/Request for Hearing Due in 21 days. Filed by Alex Oria, James Thomas Hearing scheduled for 9/7/2011 at 09:00 AM at Houston, Courtroom 404 (MI). (Williard, Steve) (Entered: 07/20/2011) |
| 07/20/2011 | 261 | Motion to Dismiss Party . Objections/Request for Hearing Due in 21 days. Filed by Michael Ecklund, Marquis Capital II Westcott, LP d/b/a Marquis Capital, Marquis Capital II, LLC, William Marsh Resco I, LP Hearing scheduled for 9/7/2011 at 09:00 AM at Houston, Courtroom 404 (MI). (Attachments: 1 Exhibit Exhibit A2 Exhibit Exhibit B) (Quados, Shannon) (Entered: 07/20/2011) |
| 07/20/2011 | 262 | Motion to Dismiss Party . Objections/Request for Hearing Due in 21 days. Filed by Julian Fertitta Hearing scheduled for 9/7/2011 at 09:00 AM at Houston, Courtroom 404 (MI). (Attachments: 1 Proposed Order) (Fisher, Bennett) (Entered: 07/20/2011) |
| 07/20/2011 | 263 | Proposed Order RE: *motion to dismiss* (Filed By Ravi Reddy ).(Related document(s):256 Motion for More Definite Statement) (Madan, Marilee) (Entered: 07/20/2011) |
| 07/20/2011 | 264 | Motion to Dismiss Party *S. Patel*. Objections/Request for Hearing Due in 21 days. Filed by Shreyaskumar Patel (Madan, Marilee) (Entered: 07/20/2011) |
| 07/20/2011 | 265 | Proposed Order RE: *dismissal of S. Patel* (Filed By Shreyaskumar Patel ).(Related document (s):264 Motion to Dismiss Party) (Madan, Marilee) (Entered: 07/20/2011) |
| 07/20/2011 | 266 | Motion to Dismiss Party . Objections/Request for Hearing Due in 21 days. Filed by Vincent Galeoto (Attachments: 1 Exhibit A2 Proposed Order) (Simon, Leonard) (Entered: 07/20/2011) |
| 07/20/2011 | 267 | Amended Motion *to dismiss complaint* Filed by Mir Azizi (Bennett, John) (Entered: 07/20/2011) |
| 07/20/2011 | 269 | Answer to Complaint (Related document(s):229 Amended Complaint) Filed by Warren Guy King (emat) (Entered: 07/21/2011) |
| 07/21/2011 | 268 | Proposed Order RE: *Motion to Dismiss Second Amended Complaint* (Filed By Mir Azizi ). (Bennett, John) (Entered: 07/21/2011) |
| | | Motion to Dismiss Party *Trustee's Second Amended Complaint as to Such Defendant or, in* |

| | | |
|---|---|---|
| 07/21/2011 | ⚫270 | *the Alternative, for More Definite Stataement and to Sever and Brief in Support Thereof.* Objections/Request for Hearing Due in 21 days. Filed by Warren Guy King (Attachments: 1 Proposed Order) (emat) (Entered: 07/21/2011) |
| 07/21/2011 | ⚫271 | Motion to Dismiss Party *[Melisa Thomas].* Objections/Request for Hearing Due in 21 days. Filed by Melissa Thomas Hearing scheduled for 9/7/2011 at 09:00 AM at Houston, Courtroom 404 (MI). (Attachments: 1 Proposed Order) (Chesney, William) (Entered: 07/21/2011) |
| 07/22/2011 | ⚫272 | Order Granting Motion to Substitute Attorney adding Kent Altsuler for David Greenberg and Greenberg & Company, terminating Susan J Brandt. (Related Doc # 252) Signed on 7/22/2011. (saus) (Entered: 07/22/2011) |
| 07/24/2011 | ⚫273 | BNC Certificate of Mailing. (Related document(s):272 Order on Motion To Substitute Attorney) No. of Notices: 58. Service Date 07/24/2011. (Admin.) (Entered: 07/24/2011) |
| 08/10/2011 | ⚫274 | Answer to Complaint (Related document(s):229 Amended Complaint) Filed by Frank Powell (Young, Jerry) (Entered: 08/10/2011) |
| 08/19/2011 | ⚫275 | Response. Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Proposed Order Denying Defendants' Motions to Strike, Motions to Dismiss for Failure to State a Claim, and Motions for a More Definite Statement) (Jacks, Susan) (Entered: 08/19/2011) |
| 08/26/2011 | ⚫276 | Reply (related document(s):236 Motion to Strike, Motion to Dismiss Party). Filed by David Greenberg, Greenberg & Company (Attachments: 1 Proposed Order Order Striking Exhibits B and C to Consolidated Response) (Sommers, Ronald) (Entered: 08/26/2011) |
| 08/26/2011 | ⚫277 | Reply (related document(s):261 Motion to Dismiss Party). Filed by Michael Ecklund, Marquis Capital II Westcott, LP d/b/a Marquis Capital, William Marsh Resco I, LP (Burr, Kendall) (Entered: 08/26/2011) |
| 08/26/2011 | ⚫278 | Response (Filed By Julian Fertitta ).(Related document(s):262 Motion to Dismiss Party) (Fisher, Bennett) (Entered: 08/26/2011) |
| 08/26/2011 | ⚫279 | Response (Filed By Mir Azizi ).(Related document(s):267 Generic Motion) (Bennett, John) (Entered: 08/26/2011) |
| 08/29/2011 | ⚫280 | Response (Filed By Shreyaskumar Patel, Ravi Reddy ).(Related document(s):256 Motion for More Definite Statement, 264 Motion to Dismiss Party) (Madan, Marilee) (Entered: 08/29/2011) |
| 09/01/2011 | ⚫281 | Answer to Complaint with Jury Demand (Related document(s):229 Amended Complaint) Filed by Terry Luttrell (Devine, Patrick) (Entered: 09/01/2011) |
| 09/07/2011 | ⚫ | Courtroom Minutes. Time Hearing Held: 9:01 a.m. Appearances: eremy Stone and Susan Jacks for the plaintiffs; John H Bennett for Mir Azizi; Marilee A Madan for Muduganti J Reddy, Ravi Reddy and Shereyaskumar Patel; John T Unger for Don Sanders, Sanders 1998 Childrens Trust and Sanders Opportunity Fund, LP; Bennett G Fisher for Julian Fertitta; Kyle Vaughn for Vincent Galeoto; Steve Williard for Alex Oria and James Thomas; Steven A Leyh for Tom Pirtle; Caroline Strange for Tullis Thomas and Richard Robert; Peter Johnson for Bob Shiring; Kent Altsuler for David Greenburg and Greenburg and Company. William Chesney for Melisa Thomas. (Related document(s):233 Motion to Dismiss Adversary Proceeding, 236 Motion to Strike, Motion to Dismiss Party, 253 Motion to Strike, 255 Motion to Dismiss Party, 256 Motion for More Definite Statement, 257 Motion to Dismiss Party, 258 Motion to Dismiss Party, 260 Motion to Dismiss Adversary Proceeding, 261 Motion to Dismiss Party, 262 Motion to Dismiss Party, 264 Motion to Dismiss Party, 266 Motion to Dismiss Party, 267 Generic Motion, 270 Motion to Dismiss Party, 271 Motion to Dismiss Party). Counsel presented oral arguments. The Court will issue an opinion. A Scheduling Conference will be set at a later date. (mrios) Modified on 9/12/2011 (mrios). (Entered: 09/09/2011) |

| | | |
|---|---|---|
| 09/26/2011 | 🔘282 | Agreed Motion *for Leave to File Answers* Filed by Najmuddin Karimjee (Attachments: 1 Court 01e-all) (Gibson, George) (Entered: 09/26/2011) |
| 10/12/2011 | 🔘283 | Agreed Motion to Dismiss Party *of Damazo Vidal*. Objections/Request for Hearing Due in 21 days. Filed by Joseph M Hill Ch 7 Trustee (Attachments: 1 Proposed Order on Agreed Motion for Dismissal of Damazo Vidal) (Stone, Jeremy) (Entered: 10/12/2011) |
| 10/24/2011 | 🔘284 | Order Granting Motion (Related Doc # 282) Signed on 10/24/2011. (adol) (Entered: 10/24/2011) |
| 10/26/2011 | 🔘285 | BNC Certificate of Mailing. (Related document(s):284 Generic Order) No. of Notices: 58. Service Date 10/26/2011. (Admin.) (Entered: 10/26/2011) |
| 11/01/2011 | 🔘286 | Answer to Complaint with Jury Demand (Related document(s):229 Amended Complaint) Filed by Najmuddin Karimjee, Saifi LLC (Gibson, George) (Entered: 11/01/2011) |
| 11/01/2011 | 🔘287 | Report and Recommendation Signed on 11/1/2011 (Related document(s):283 Motion to Dismiss Party) (adol) (Entered: 11/02/2011) |
| 11/03/2011 | 🔘 | Civil Action 4:11cv3879 Re: Report and Recommendation. (Judge Sim Lake assigned). (blac) (Entered: 11/03/2011) |
| 11/04/2011 | 🔘288 | Order on Agreed Motion for Dismissal of Damazo Vidal (Adversary) Signed on 11/4/2011 (chor) (Entered: 11/04/2011) |
| 11/04/2011 | 🔘289 | BNC Certificate of Mailing. (Related document(s):287 Report and Recommendation) No. of Notices: 58. Service Date 11/04/2011. (Admin.) (Entered: 11/04/2011) |
| 11/09/2011 | 🔘290 | BNC Certificate of Mailing. (Related document(s):288 Generic Order (Adversary)) No. of Notices: 58. Service Date 11/09/2011. (Admin.) (Entered: 11/09/2011) |
| 12/28/2011 | 🔘291 | Memorandum Opinion of Bankruptcy Judge Signed on 12/28/2011 (mrios) (Entered: 12/28/2011) |
| 12/28/2011 | 🔘292 | Order. Preferential transfer claims against Don Sanders; Sanders 1998 Children's Trust Sanders Opportunity Fund LP; Sanders Opportunity Fund (Institutional) LP; Marquis Capital II Westcott, LP dba Marquis Capital; Marquis Capital II, LLC; Michael Ecklund; William Marsh Resco I, LP; Greenberg & Co; Tom Pirtke Investments, LP; Ravi Reddy; Shreyaskumar Patel; Robert Shiring, Richard Robert; Tullis Thomas; Julian Fertitta; Vincent Galeoto; Mir Azizi; Melissa Thomas, Alex Oria; and James Thomas are dismissed. The Preferential transfer claims against Warren King and David Greenberg are dismissed with the exception of the claims for the alleged December 13, 2006 transfer to Warren King and the alleged June 22, 2007 and August 0, 2007 transfers to David Greenberg. Shreyaskumar Patel's motion for a more definite statement is granted with respect to the actual fraudulent transfer claims. The following motions 233,236, 253, 255, 256, 257, 258, 260, 261, 262, 264, 266, 267, 270 & 271 are denied. Signed on 12/28/2011 (lfil) (Entered: 12/29/2011) |
| 12/30/2011 | 🔘293 | BNC Certificate of Mailing. (Related document(s):291 Opinion) No. of Notices: 56. Notice Date 12/30/2011. (Admin.) (Entered: 12/31/2011) |
| 12/31/2011 | 🔘294 | BNC Certificate of Mailing. (Related document(s):292 Generic Order (Adversary)) No. of Notices: 56. Notice Date 12/31/2011. (Admin.) (Entered: 01/01/2012) |
| 01/04/2012 | 🔘295 | AO 435 TRANSCRIPT ORDER FORM. This is to order a transcript of Hearing on Rule 7012 Motions to Dismiss held on 9/7/2011 before Judge Marvin Isgur (Original). Court Reporter/Transcriber: Exceptional Reporting Services (lfil) (Entered: 01/04/2012) |
| 01/09/2012 | 🔘296 | Transcript RE: MOTIONS TO STRIKE / DISMISS held on 9/7/11 before Judge MARVIN ISGUR. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 04/9/2012. (thud) (Entered: 01/09/2012) |

| | | |
|---|---|---|
| 01/10/2012 | 297 | Joint Answer to Complaint (Related document(s):229 Amended Complaint), Counterclaim by Don Sanders, Sanders 1998 Children's Trust, Sanders Opportunity Fund, LP against all plaintiffs Filed by Don Sanders, Sanders 1998 Children's Trust, Sanders Opportunity Fund, LP (Attachments: # 1 Exhibit Exhibit A-1# 2 Exhibit Exhibit A-2# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D)(Unger, John) (Entered: 01/10/2012) |
| 01/10/2012 | 298 | Motion to Reconsider (related document(s):291 Opinion). Filed by David Greenberg, Greenberg & Company (Attachments: # 1 Exhibit A# 2 Proposed Order proposed Order) (Altsuler, Kent) (Entered: 01/10/2012) |
| 01/10/2012 | 299 | Notice of Filing of Official Transcript as to 296 Transcript. Parties notified (Related document(s):296 Transcript) (kcraig) (Entered: 01/10/2012) |
| 01/11/2012 | 300 | Answer to Complaint (Related document(s):229 Amended Complaint) Filed by David Greenberg, Greenberg & Company (Altsuler, Kent) (Entered: 01/11/2012) |
| 01/11/2012 | 301 | Answer to Complaint (Related document(s):229 Amended Complaint), Counterclaim by Michael Ecklund, Marquis Capital II Westcott, LP d/b/a Marquis Capital, Marquis Capital II, LLC, William Marsh Resco I, LP against Joseph M Hill Ch 7 Trustee, W. Steve Smith Filed by Michael Ecklund, Marquis Capital II Westcott, LP d/b/a Marquis Capital, Marquis Capital II, LLC, William Marsh Resco I, LP (Burr, Kendall) (Entered: 01/11/2012) |
| 01/11/2012 | 302 | Motion for More Definite Statement. Objections/Request for Hearing Due in 21 days. Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: # 1 Exhibit A) (Stone, Jeremy) (Entered: 01/11/2012) |
| 01/11/2012 | 303 | Statement of Actual Fraudulent Transfer Claims Against Defendant Shreyaskumar Patel (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):292 Generic Order (Adversary)) (Attachments: # 1 Exhibit A) (Stone, Jeremy) (Entered: 01/11/2012) |
| 01/11/2012 | 304 | Answer to Complaint (Related document(s):229 Amended Complaint) Filed by Vincent Galeoto (Vaughn, William) (Entered: 01/11/2012) |
| 01/12/2012 | 305 | BNC Certificate of Mailing. (Related document(s):299 Notice of Filing of Official Transcript (Form)) No. of Notices: 56. Notice Date 01/12/2012. (Admin.) (Entered: 01/13/2012) |
| 01/17/2012 | 306 | Motion to Dismiss Party for Insufficiency of Process Pursuant to Rule 12(b)(4) and 12(b)(5). Objections/Request for Hearing Due in 21 days. Filed by Pirtle Investment, LP (Leyh, Steven) (Entered: 01/17/2012) |
| 01/17/2012 | 307 | Answer to Complaint (Related document(s):229 Amended Complaint), Counterclaim by Mir Azizi against all plaintiffs Filed by Mir Azizi (Bennett, John) (Entered: 01/17/2012) |
| 01/24/2012 | 308 | Answer to Marquis Defendants' Counterclaim Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Jacks, Susan) (Entered: 01/24/2012) |
| 01/24/2012 | 309 | Answer to Sanders Defendants' Counterclaim Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Jacks, Susan) (Entered: 01/24/2012) |
| 01/24/2012 | 310 | Response (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):300 Answer to Complaint) (Jacks, Susan) (Entered: 01/24/2012) |
| 01/24/2012 | 311 | Response (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):309 Answer to Counterclaim) (Jacks, Susan) (Entered: 01/24/2012) |
| 01/24/2012 | 312 | Response (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):301 Answer to Complaint, Counterclaim) (Jacks, Susan) (Entered: 01/24/2012) |
| 01/31/2012 | 313 | Response (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):300 Answer to Complaint) (Stone, Jeremy) (Entered: 01/31/2012) |

| | | |
|---|---|---|
| 01/31/2012 | 314 | Response (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ).(Related document(s):298 Motion to Reconsider) (Attachments: # 1 Exhibit A# 2 Proposed Order Denying Greenberg Defendants' Motion to Reconsider) (Stone, Jeremy) (Entered: 01/31/2012) |
| 01/31/2012 | 315 | Motion to Dismiss Party *Frank C. Powell Without Prejudice*. Objections/Request for Hearing Due in 21 days. Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: # 1 Exhibit A# 2 Proposed Order on Unopposed Motion to Dismiss Claims Against Frank C. Powell Only) (Stone, Jeremy) (Entered: 01/31/2012) |
| 02/02/2012 | 316 | Reply (related document(s):298 Motion to Reconsider). Filed by David Greenberg, Greenberg & Company (Altsuler, Kent) (Entered: 02/02/2012) |
| 02/03/2012 | 317 | Withdraw Document (Filed By Pirtle Investment, LP ).(Related document(s):306 Motion to Dismiss Party) (Leyh, Steven) (Entered: 02/03/2012) |
| 02/06/2012 | 318 | Answer to Complaint (Related document(s):229 Amended Complaint) Filed by Tom Pirtle, Pirtle Investment, LP (Leyh, Steven) (Entered: 02/06/2012) |
| 02/07/2012 | 319 | Motion *to Dismiss for Failure to State a Claim, Response to Motions, and Answer to Mir Azizi Counterclaim* Filed by Joseph M Hill Ch 7 Trustee, W. Steve Smith (Attachments: # 1 Proposed Order Granting Trustees' Motion to Dismiss Mir Azizi's Counterclaim for Failure to State a Claim and Denying Mir Azizi's Motions) (Jacks, Susan) (Entered: 02/07/2012) |
| 02/08/2012 | 320 | Scheduling Order Signed on 2/8/2012 Scheduling Conference set for 3/12/2012 at 01:30 PM at Houston, Courtroom 404 (MI). (adol) (Entered: 02/08/2012) |
| 02/10/2012 | 321 | BNC Certificate of Mailing. (Related document(s):320 Scheduling Order) No. of Notices: 56. Notice Date 02/10/2012. (Admin.) (Entered: 02/11/2012) |
| 03/11/2012 | 322 | Answer to Complaint with Jury Demand (Related document(s):229 Amended Complaint) Filed by Muduganti J Reddy (Madan, Marilee) (Entered: 03/11/2012) |
| 03/11/2012 | 323 | Answer to Complaint with Jury Demand (Related document(s):229 Amended Complaint) Filed by Shreyaskumar Patel (Madan, Marilee) (Entered: 03/11/2012) |
| 03/11/2012 | 324 | Answer to Complaint with Jury Demand (Related document(s):229 Amended Complaint) Filed by Ravi Reddy (Madan, Marilee) (Entered: 03/11/2012) |
| 03/12/2012 | 325 | Comprehensive Scheduling, Pre-Trial and Trial Order and Order for Case Management Signed on 3/12/2012 (Related document(s):1 Complaint) (mrios) (Entered: 03/12/2012) |
| 03/12/2012 | | Courtroom Minutes. Hearing Held: 1:30 PM. Appearances: Susan H Jacks for the Plaintiff; Peter Johnson for Bob Shiring; John Unger for Don Sanders, Sanders 1998 Children Trust and Sanders Opportunity Fund LP; Caroline Strange for Tullis Thomas and Richard Robert; Robert Pendergraft for Vincent Galeto; Marilee Madan for Muduganti J Reddy, Ravi Reddy; Shreyaskumar Patel; Kendall J Burr for Michael Ecklund; Warren King for Pinnacle Title Company, LP; Warren Guy King; Dick Fuqua for Lawrence Hugo Ramming (09-3438, 3439, 3440) Steven Leyh for Tom Pirtle, Pirtle Investment, LP; Bennet Fisher for Julian Fertitta; Craig Cowgill for Douglas and Eric Brown; Kent Altsuler for Greenberg & Company and David Greenberg; John Bennet Jr for Mir Azizi; George Gibson for Najmuddin Karimjee and Saifi LLC; Gregg K Saxe for Ashley OHair, Edward OHair, Joanna Gober; Martin Hokanson for Raj M Rangwani and Sangay Varma. Announcements made by counselors on the record. The court announced it would recommend the reference from the District Court be withdrawn at the conclusion of Despositive Motions. Comprehensive. The court denied motions for severance. Scheduling Order issued. (Related document(s):1 Complaint) (mrios) (Entered: 03/16/2012) |
| 03/13/2012 | 326 | Certificate *of Service of Summonses* (Filed By Joseph M Hill Ch 7 Trustee, W. Steve Smith ). (Jacks, Susan) (Entered: 03/13/2012) |
| 03/14/2012 | 327 | Report and Recommendation Signed on 3/14/2012 (adol) (Entered: 03/14/2012) |

| 03/14/2012 | ◑328 | BNC Certificate of Mailing. (Related document(s):325 Generic Order) No. of Notices: 56. Notice Date 03/14/2012. (Admin.) (Entered: 03/15/2012) |
|---|---|---|
| 03/16/2012 | ◑329 | BNC Certificate of Mailing. (Related document(s):327 Report and Recommendation) No. of Notices: 56. Notice Date 03/16/2012. (Admin.) (Entered: 03/17/2012) |