IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 07-36424 |
| JULIET HOMES, LP | § | ADVERSARY NO. 09-3429 |
| | § | |
| Debtor(s). | § | |
| | § | |
| JOSEPH M HILL CH 7 TRUSTEE, *et al* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-12-0840 |
| | § | |
| ALEX ORIA, *et al* | § | |
| | § | |
| Defendants. | § | |

## AMENDED ORDER

Having reviewed the bankruptcy judge's Report and Recommendation dated March 14, 2012 (Docket Entry No. 1), and the Motions to Withdraw the Reference of defendants Muduganti J. Reddy, Ravi Reddy, Mulladi Reddy, and Shrey Askumar Patel (Docket Entry Nos. 2, 3, 4, and 5), it is **ORDERED** that the Report and Recommendation (Docket Entry No. 1) is hereby **ADOPTED** by the court, and the defendants' Motions to Withdraw the Reference (Docket Entry Nos. 2, 3, 4, and 5) are **GRANTED.**

The Withdrawal of the Reference will be effective upon certification by the bankruptcy judge that discovery is completed, that rulings have been issued on all dispositive motions, and that the case is ready for trial.

**SIGNED** at Houston, Texas on this 26th day of April, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE