Cause Number: H-12-00840

Style: Joseph M. Hill et al. v. Alex Oria et al.

Appearances:
Counsel: (See transcript)

Representing: (See transcript)

Date: February 7, 2014

Reporter: M. Malone
Law Clerk: C. Patterson

Time: ____/____ a.m.
3:05 / 3:30 p.m.

HEARING
MINUTES AND ORDER

At the hearing the following rulings were made:

The parties will provide the court with a joint proposed schedule for mediation by Friday, February 28, 2014. The joint proposed schedule will include the proposed number of mediations and a description of the groups that will mediate separately. If possible, the parties will identify an agreed upon mediator. If the parties cannot agree on a mediator, they will submit a list of no more than three mediators to the court and the court will choose which mediator to appoint.

The Clerk will file the Minutes and Order and provide copies to the parties.

Sim Lake
United States District Judge