| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | **DUE DATE:** |

| 1. NAME<br>A. Kent Altsuler | 2. PHONE NUMBER<br>713.892.4845 | | 3. DATE<br>2/11/2014 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS<br>2800 Post Oak Blvd., 61st Floor | 5. CITY<br>Houston | | 6. STATE<br>Texas | 7. ZIP CODE<br>77056 |
| 8. CASE NUMBER<br>4:12-cv-00840 | 9. JUDGE<br>Lake | DATES OF PROCEEDINGS | | |
| | | 10. FROM 2/7/2014 | 11. TO 2/7/2014 | |
| 12. CASE NAME<br>Joseph M. Hill, et al v. Alex Oria, et al | LOCATION OF PROCEEDINGS | | | |
| | 13. CITY Houston | | 14. STATE Texas | |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Scheduling Conference | February 7, 2014 |
| ☐ BAIL HEARING | | | |

*United States District Court Southern District of Texas FILED FEB 11 2014 David J. Bradley, Clerk of Court*

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

18. SIGNATURE
A. Kent Altsuler *(signed)*

☒ EMAIL ONLY REQUIRED
☐ EMAIL AND HARD COPY REQUIRED

19. DATE
February 11, 2014

☒ EMAIL ADDRESS: kaltsuler@nathansommers.com

20. TRANSCRIPT TO BE PREPARED BY
Exceptional Reporting Services

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY