IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| JULIET HOMES, LP, § | Case No. 07-36424-H1-7 | |
|     Debtor § | (Chapter 7) | |
| § | | |
| IN RE: § | | |
| JULIET GP, LLC, § | Case No. 07-36426-H1-7 | |
|     Debtor § | (Chapter 7) | |
| § | | |
| IN RE: § | | |
| DOUGLAS A. BROWN, § | Case No. 07-36422-H1-7 | |
|     Debtor. § | (Chapter 7) | |
| § | | |
| JOSEPH M. HILL, TRUSTEE § | Civil Action No. H-12-840 | |
| AND W. STEVE SMITH, TRUSTEE, § | | |
| § | Adversary No. 09-03429 | |
|     Plaintiffs § | Adversary No. 09-03441 | |
| v. § | Adversary No. 09-03442 | |
| § | | |
| ALEX ORIA ET AL., § | | |
| § | | |
|     Defendants § | | |

**TRUSTEES' REPORT REGARDING MEDIATION**

Joseph M. Hill, Chapter 7 Trustee of the estates of Juliet Homes, LP and Juliet GP, LLC (collectively "Juliet"), and Janet S. Northrup, Chapter 7 Trustee of the estate of Douglas Allen Brown ("Brown") (collectively herein "Trustees"), file this Report Regarding Mediation pursuant to the Court's order of February 7, 2014.

1.    The parties except for Defendants David Greenberg and Greenberg & Co. agreed on using either former state court Judge John Coselli or former U.S. Bankruptcy Judge Steven Felsenthal as a mediator. The parties are still attempting to schedule a date (or dates) for the mediations in April or May. It appears that the various schedules will work better with Judge

Coselli's schedule, and based upon the representations of those defendants who have conferred with the Trustees, Trustees are confident that the date(s) for mediation will be scheduled soon. Trustees will file an updated report informing the Court of the specific schedule (or the status otherwise) on or before March 7, 2014.

2. Greenberg's counsel sent an email stating: "David Greenberg and Greenberg & Co. (the "Greenberg Defendants") recommend Alvin Zimmerman or Eric Andell. Otherwise, the Greenberg Defendants object to mediation." Trustees cannot accept either Mr. Zimmerman or former Judge Andell because neither has the requisite bankruptcy experience that Trustees feel is necessary for this case. Prior to becoming a state court judge, Judge Coselli's practice included bankruptcy, and Judge Felsenthal was a United States bankruptcy judge for eighteen years. Both are highly regarded as bankruptcy mediators.

3. Therefore, pursuant to the Court's February 7 Order, Trustees propose the following three mediators to be used in mediation with Greenberg: Judge John Coselli, Judge Steven Felsenthal, or former U.S. Bankruptcy Judge Leif Clark.

Respectfully submitted,

*/s/ Susan H. Jacks*
Susan Hardie Jacks
Attorney-in-Charge
State Bar No. 08957600
S.D. Texas I.D. No. 4192
susanjacks@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE and JANET S. NORTHRUP, TRUSTEE

OF COUNSEL:
MEHAFFY WEBER, P.C.

Ernest W. Boyd
State Bar No. 00783694
S.D. Texas I.D. No. 23211
ernestboyd@mehaffyweber.com
Jeremy R. Stone
State Bar No. 24013577
S.D. Texas I.D. No. 27060
jeremystone@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

and

JOSEPH F. ARCHER, P.C.
Joseph F. Archer
4119 Montrose, Suite 400
Houston, TX  77006
(713) 335-1325
(713) 654-7814

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this response was served on February 28, 2014, electronically on those persons who receive electronic notification from the court, and by U.S. Mail, on all others, as indicated below:

*/s/ Jeremy R. Stone*
Jeremy R. Stone

Kent Altsuler **(Electronic)**
Gretchen Gauer McCord
Nathan Sommers Jacobs
2800 Post Oak Blvd, 61st Fl
Houston, TX 77056-6102
gmccord@nathansommers.com
kaltsuler@nathansommers.com
**Attorneys for David Greenberg and Greenberg & Co.**

Lori Ann Hood **(Electronic)**
Johnson, Trent, West & Taylor, LLP
919 Milam, Ste 1700
Houston, TX 77002
Email: lhood@johnsontrent.com
**Attorney for Shawn Goheen & GGG Holdings, LP**

Kendall Johan Burr **(Electronic)**
Edison, McDowell & Hetherington LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2920
Houston, TX 77027
kendall.burr@emhllp.com
**Attorney for Defendant Michael Ecklund Marquis Capital II Westcott, L.P., Marquis Capital II, L.L.C., William Marsh Resco I, L.P. and James Crable**

Patrick D Devine **(Electronic)**
Attorney at Law
5120 Woodway Dr., Suite 8002
Houston, TX 77056
pdevine@pdevinelaw.com
**Attorney for Defendant Terry Luttrell**

William Allen Gage, Jr. **(Electronic)**
Buck Keenan, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
gage@buckkeenan.com
**Attorney for Defendants Richard Robert Tullis Thomas, TMCM Ventures, LP**

Marilee A Madan **(Electronic)**
Marilee A Madan PC
3109 Avalon Pl
Houston, TX 77019
mamadan@sbcglobal.net
**Attorney for Shreyaskumar Patel and Ravi Reddy**

William S Chesney, III **(Electronic)**
Frank, Elmore et al
9225 Katy Freeway, Ste. 250
Houston, TX 77024-1564
wchesney@felct.com
**Attorney for Kimberly Shiring and Melissa Thomas**

Bennett G Fisher **(Electronic)**
Fisher and Associates, PC
1800 Two Houston Center
909 Fannin Street
Houston, TX 77010
bgf@fisherlaw.net
**Attorney for Julian Fertitta**

John H. Bennett, Jr. **(Electronic)**
John H. Bennett, Jr. P.C.
2777 Allen Pkwy, Ste 1000
Houston, Texas 77019-2141
jb@JohnHBennettJr.com
**Attorney in Charge for Defendant**
**Mir Azizi**

Martin M Hokanson **(Electronic)**
Attorney at Law
22503 Katy Fwy
Katy, TX 77450
mmhokanson@gmail.com
**Attorney for Raj Rangwani and Sanjay**
**Varma, Eric Putman & Carolee Taylor**

Peter Johnson **(Electronic)**
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046
pjlawecf@pjlaw.com
**Attorney for Defendant Bob Shiring**

Steven A. Leyh **(Electronic)**
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77024
sleyh@leyh-payne.com
**Attorney for Defendants**
**Tom Pirtle and Pirtle Investments, LP.**

Leonard H Simon **(Electronic)**
Pendergraft & Simon L.L.P.
2777 Allen Parkway, Ste 800
Houston, TX 77019
lsimon@pendergraftsimon.com
kvaughn@pendergraftsimon.com
**Attorney for Defendant Vincent Galeoto**

Steve Martin Williard **(Electronic)**
The Williard Law Firm LP
1920 N Memorial Way, Suite 207
Houston, TX 77007
steve@williardlaw.com
**Attorney for Defendant Alex Oria**
**And James Thomas**

J Craig Cowgill **(Electronic)**
Attorney at Law
8100 Washington, Suite 120
Houston, TX 77007
jccowgill@cowgillholmes.com
**Attorney for Bernie Kane, Douglas Allen**
**Brown, Erica Brown f/k/a Erica Zemaitis,**
**Victor Zemaitis, Theyen Hoang, and**
**Victor Zemaitis**

Richard L Fuqua, II **(Electronic)**
Fuqua & Associates, PC
5005 Riverway, Ste. 250
Houston, TX 77056
fuqua@fuquakeim.com
**Attorney for Lawrence H. Ramming**
**(individually and in his Manager/Partner**
**Capacity), ARCOA, LLC, ARCOA**
**ADVISORS, L.L.C., ARCOA CAPITAL**
**PARTNERS, L.P., ARCOA FUNDING,**
**L.L.C., ARCOA INVESTMENT**
**ADVISORS, L.C., ARCOA**
**INVESTMENTS MANAGEMENT**
**GROUP, L.L.C. and ARCOA**
**PROPERTIES, L.L.C.**

Mr. Warren G. King **(Electronic)**
Law Office of Warren G. King, PLLC.
5909 West Loop South, Suite 490
Bellaire, Texas 77401
warren@warrenkinglaw.com
**Pro Se and Attorney for Pinnacle Title**
**Company, LP & Broyd, Inc.**

Gregg K. Saxe **(Electronic)**
The Law Office of Gregg Saxe, P.C.
6161 Savoy Dr., Suite 1132
Houston, TX 77036
gsaxe@sbcglobal.net
**Attorney for Joanna Gober,**
**Edward O'Hair, Ashley O'Hair**

Najrnuddin Karimjee **(U.S. Mail)**
and Saifi, LLC, Pro Se
12015 Louetta Road, Suite 200
Houston, Texas 77070

C&B Investments, Inc. **(U.S. Mail)**
c/o Registered Agent
930-N South Mason Road
Katy, Texas 77450

James Counce **(U.S. Mail)**
2116 Chilton Road
Houston, Texas 77019

Thomas Boyd (**U.S. Mail)**
5636 Winsome Lane
Houston, Texas 77057