**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JULIET HOMES, LP,** | § | **CASE NO. 07-36424-H1-7** |
| | § | |
| **JULIET GP, LLC,** | § | **CASE NO. 07-36426-H1-7** |
| | § | |
| **DOUGLAS A. BROWN,** | § | **CASE NO. 07-36422-H1-7** |
| | § | |
| **DEBTORS** | § | **(Chapter 7)** |
| **JOSEPH M. HILL, TRUSTEE** | § | |
| **AND W. STEVE SMITH, TRUSTEE,** | § | **ADVERSARY NO. 09-03441** |
| | § | |
| **PLAINTIFFS.** | § | **ADVERSARY NO. 09-03441** |
| | § | |
| **V.** | § | **ADVERSARY NO. 09-03429** |
| | § | |
| **ALEX ORIA ET AL.,** | § | |
| | § | **CIVIL ACTION NO. H-12-840** |
| **DEFENDANTS.** | § | |

**DAVID GREENBERG'S AND GREENBERG & CO.'S**
**RESPONSE TO TRUSTEES' REPORT AND**
**OBJECTION TO MEDIATION**
[REGARDING DKT. 34]

David Greenberg and Greenberg & Co. (the "Greenberg Defendants") file this Response to

Trustees' Report and Objection to Mediation.

1.      The Trustees' Report (the "Report") was filed on February 28, 2014.  On February

28, 2014, at approximately 2:00 o'clock p.m., Counsel for the Greenberg Defendants received the

Trustees' proposed report and immediately attempted to confer with Counsel for Trustees.  Counsel

for the Greenberg Defendants suggested additional language that could be added to the Report in

1

order to more fully explain the Greenberg Defendants' position.  Due to time constraints, the additional language proposed by the Greenberg Defendants was not included in the version of the Report that was ultimately filed.

2.      The Greenberg Defendants object to mediation because they have already conducted unsuccessful settlement negotiations directly with the Trustees, and do not believe that a mediation between the Greenberg Defendants and the Trustees would be constructive.

3.      The Greenberg Defendants base this conclusion on several data points.  On November 6, 2013, the Trustees and the Greenberg Defendants met in person for approximately two hours to discuss settlement.  Since that date, Counsel for the Trustees and the Greenberg Defendants have participated in several rounds of telephone calls and emails in efforts to pursue settlement.  After such communications, the parties are still too far apart for the Greenberg Defendants to reasonably believe that a mediation would result in a settlement.  The Greenberg Defendants do not believe that a mediator will be useful in bridging the gap.

4.      The Greenberg Defendants respectfully request that the Court refrain from ordering them to incur the expense of participating in a mediation session that they do not anticipate will be successful in achieving a resolution, grant the Motion for Separate Trial [Dkt. 29], and grant all other relief to which they are entitled.

Dated:  March 4, 2014.

Respectfully submitted,

By:  /s/ Kent Altsuler
        Kent Altsuler
        Texas Bar No. 24001646
        Federal ID No. 23424
        Attorney-in-Charge for David Greenberg
        and Greenberg & Co.
        2800 Post Oak Boulevard, 61st Floor
        Houston, Texas 77056
        713.960.0303 - Telephone
        713.892.4800 - Fax
        kaltsuler@nathansommers.com

OF COUNSEL:

**NATHAN SOMMERS JACOBS**
A Professional Corporation
George R. Gibson
State Bar No. 00793802
Federal ID No. 19879
Richard A. Kincheloe
State Bar No. 24068107
Federal ID No. 1132346
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056
713.960.0303 - telephone
713.892.4800 - facsimile
ggibson@nathansommers.com
rkincheloe@nathansommers.com

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Response to Trustees' Report and Objection to Mediation has been served on March 4, 2014 in the following manner:

**For Joseph M. Hill, Chapter 7 Trustee**
Jeremy R. Stone                                        By ECF, E-Mail and First Class Mail
Susan Hardie Jacks
Mehaffy Weber
500 Dallas, Suite 1200
Houston, Texas 77002

Theresa D. Mobley                                     By ECF and First Class Mail
Cage Hill & Niehaus, L.L.P.
5851 San Felipe, Suite 950
Houston, Texas 77057

**For W. Steve Smith**
Blanche Duett Smith                                   By ECF and First Class Mail
McFall Breitbeil & Smith
1331 Lamar Street, Suite 1250
Houston, Texas 77010-3027

**For Melissa Thomas**
William S. Chesney III                                By ECF and First Class Mail
Frank, Elmore Lievens Chesney & Turet, L.L.P.
9225 Katy Freeway, Suite 250
Houston, Texas 77024-1564

**For Michael Ecklund**
Kendall Johan Burr                                    By ECF and First Class Mail
Edison, McDowell & Hetherington, LLP
3200 Southwest Freeway, Suite 2920
Houston, Texas 77027

**For Mir Azizi**
John H. Bennett, Jr.                                  By ECF and First Class Mail
Attorney at Law
2777 Allen Parkway, Suite 1000
Houston, Texas 77019-2165

**For Alex Oria**
Steve Martin Williard                                        By ECF and First Class Mail
The Williard Law Firm LP
1920 North Memorial Way, Suite 207
Houston, Texas 77007

**For James Thomas**
Steve Martin Williard                                        By ECF and First Class Mail
The Williard Law Firm LP
1920 North Memorial Way, Suite 207
Houston, Texas 77007

**For Bob Shiring**
Peter Johnson                                               By ECF and First Class Mail
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, Texas 77046

**For Damazo F. Vidal**
Randall A. Rios                                             By ECF and First Class Mail
Timothy Aaron Million
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, Texas 77002

**For Julian Fertitta**
Bennett G. Fisher                                          By ECF and First Class Mail
Fisher and Associates, PC
1800 Two Houston Center
909 Fannin Street
Houston, Texas 77010-0000

T. Josh Judd                                               By ECF and First Class Mail
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057

**For Tullis Thomas**
William Allen Gage, Jr.                                     By ECF and First Class Mail
Buck Keenan, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002

**For TMCM Ventures, LP**
William Allen Gage, Jr.                          By ECF and First Class Mail
Buck Keenan, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002

**For Muduganti J. Reddy**
Marilee A. Madan                                 By ECF and First Class Mail
Marilee A. Madan PC
3109 Avalon Place
Houston, Texas 77019

**For Ravi Reddy**
Marilee A. Madan                                 By ECF and First Class Mail
Marilee A. Madan PC
3109 Avalon Place
Houston, Texas 77019

**For Shreyaskumar Patel**
Marilee A. Madan                                 By ECF and First Class Mail
Marilee A. Madan PC
3109 Avalon Place
Houston, Texas 77019

**For Raj M. Rangwani**
Martin M. Hokanson                               By ECF and First Class Mail
Attorney at Law
22503 Katy Freeway
Katy, Texas 77450

**For Sanjay Varma**
Martin M. Hokanson                               By ECF and First Class Mail
Attorney at Law
22503 Katy Freeway
Katy, Texas 77450

**For Richard Robert**
William Allen Gage, Jr.                          By ECF and First Class Mail
Buck Keenan, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002

**For Terry Luttrell**
Patrick D. Devine                                    By ECF and First Class Mail
Attorney at Law
5120 Woodway Drive, Suite 8002
Houston, Texas 77056

**For Vincent Galeoto**
Leonard H. Simon                                     By ECF and First Class Mail
Pendergraft & Simon L.L.P.
2777 Allen Parkway, Suite 800
Houston, Texas 77019

**For Tom Pirtle**
Steven A. Leyh                                       By ECF and First Class Mail
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, Texas 77024

**For Pirtle Investments, LP**
Steven A. Leyh                                       By ECF and First Class Mail
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, Texas 77024

**For Najmuddin Karimjee**                           By ECF and First Class Mail
George R. Gibson
Nathan Sommers Jacobs
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056

**For Saifi LLC**                                    By ECF and First Class Mail
George R. Gibson
Nathan Sommers Jacobs
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056

**For Warren Guy King**                              By ECF and First Class Mail
Warren G. King
5909 West Loop South, Suite 490
Bellaire, Texas 77401

**Attorneys for Lawrence H. Ramming, Arcoa, LLC,**
**Arcoa Advisors, L.L.C., Arcoa Capital Partners, L.P.,**
**Arcoa Funding, L.L.C., Arcoa Investment Advisors, L.C.,**
**Arcoa Investments Management Group, L.L.C., and**
**Arcoa Properties, L.L.C.**
Richard L. Fuqua                                                    By ECF and First Class Mail
Fuqua & Associates, PC
5005 Riverway, Suite 250
Houston, Texas 77056

**Attorneys for Doug Brown and Bernie Kane**
Craig Cowgill                                                       By ECF and First Class Mail
J. Craig Cowgill & Associates
8100 Washington Avenue, Suite 120
Houston, Texas 77007

**Attorneys for Joanna Gober, Edward O'Hair, and**
**Ashley O'Hair**
J. R. O'Brien                                                       By ECF and First Class Mail
Law Offices of J. R. O'Brien, P.C.
6161 Savoy Drive, Suite 1132
Houston, Texas 77036

**Attorneys for Thai Nguyen**
Misty A. Segura                                                     By ECF and First Class Mail
Craig E. Power
Cokinos, Bosien & Young
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, Texas 77010-3039

**Attorneys for Binh Ho**
Stephen Ray Smith                                                   By ECF and First Class Mail
Kristin Wallis
Christian Smith & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002


                                        _/s/ Kent Altsuler_____
                                                Kent Altsuler