IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: <br> JULIET HOMES, L.P., <br>     Debtor | § § § § | BANKRUPTCY NO. 07-36424-H1-7 <br> ADVERSARY NO. 09-3429 |
| IN RE: <br> JULIET GP, LLC, <br>     Debtor | § § § § | BANKRUPTCY NO. 07-36426-H1-7 <br> ADVERSARY NO. 09-03441 |
| IN RE: <br> DOUGLAS A. BROWN, <br>     Debtor. | § § § § § | BANKRUPTCY NO. 07-36422-H1-7 <br> ADVERSARY NO. 09-03442 |
| JOSEPH M. HILL, TRUSTEE <br> and W. STEVE SMITH, TRUSTEE, <br><br>     Plaintiffs, <br><br> v. <br><br> ALEX ORIA, et al., <br><br>     Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. H-12-0840 |

## ORDER

The court has reviewed the Trustees' Report Regarding Mediation (Docket Entry No. 34) and David Greenberg & Co.'s Response to Trustees' Report and Objection to Mediation (Docket Entry No. 35) and concludes that mediation is appropriate in this case under Local Rule 16.4.C. and refers the case to the following mediator:

    The Honorable John Coselli
    4637 Wild Indigo St., Apt. 490
    Houston, TX 77027
    Telephone: 713-724-2392
    E-mail: JohnCoselli@gmail.com

Mediation is a mandatory but nonbinding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator.

Within five business days from the date of this Order all counsel must contact the mediator to arrange the details of mediation. If the parties and mediator cannot agree on a date, the mediator will select a date, and the parties shall appear as directed by the mediator. Mediation shall occur no later than 60 days from the date of this Order. All proceedings in a mediation session are confidential and privileged from discovery. No subpoena, summons, or discovery paper shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

Counsel and the parties shall endeavor in good faith to resolve the case through mediation. Each party who is a natural person must be present during the entire mediation. Each party that is not a natural person must be represented by a principal, partner, officer, or official with authority to negotiate a settlement. If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement shall be present during the mediation.

The mediator and the parties will determine the fee for the mediation. The fee is to be divided and borne equally by the parties unless otherwise agreed or ordered.

Within 10 days after the mediation, the mediator will file with the clerk the memorandum required by Local Rule 16.4.K.

The clerk is **ORDERED** to mail a copy of this Order and the court's docket sheet to the mediator.

**SIGNED** at Houston, Texas, on this the 5th day of March, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE