**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **JULIET HOMES, LP,** | § | **Case No. 07-36424-H1-7** |
| **Debtor** | § | **(Chapter 7)** |
| | § | |
| **IN RE:** | § | |
| **JULIET GP, LLC,** | § | **Case No. 07-36426-H1-7** |
| **Debtor** | § | **(Chapter 7)** |
| | § | |
| **IN RE:** | § | |
| **DOUGLAS A. BROWN,** | § | **Case No. 07-36422-H1-7** |
| **Debtor.** | § | **(Chapter 7)** |

_____

| | | |
|---|---|---|
| | § | |
| **JOSEPH M. HILL, TRUSTEE** | § | **Civil Action No. H-12-840** |
| **AND W. STEVE SMITH, TRUSTEE,** | § | |
| | § | **Adversary No. 09-03429** |
| **Plaintiffs** | § | **Adversary No. 09-03441** |
| **v.** | § | **Adversary No. 09-03442** |
| | § | |
| **ALEX ORIA ET AL.,** | § | |
| | § | |
| **Defendants** | § | |

_____§

**TRUSTEES' STATUS REPORT**

Joseph M. Hill, Chapter 7 Trustee of the estates of Juliet Homes, LP and Juliet GP, LLC, and Janet S. Northrup, Chapter 7 Trustee of the estate of Douglas Allen Brown (collectively herein "Trustees"), file this Status Report as requested by the Court on July 22, 2014.

1.      Following the Court's order requiring that the parties mediate their disputes and the Court's appointment of former state court Judge John Coselli as mediator, Judge Coselli corresponded with all defendants to schedule mediation dates and conducted three separate mediation sessions on April 16, April 28, and May 5, 2014. Twenty-five defendants appeared personally and/or through counsel.

2.      The mediation resulted in settlements with multiple defendants, most of which have been memorialized in written settlement agreements and a few of which are still in the process of documentation.   Judge Coselli has continued his efforts to mediate with three defendant groups who have not yet reached agreement with the Trustees.

3.      All settlements are subject to the Bankruptcy Court's approval in the main bankruptcy case.  The Trustees anticipate that settlement documentation will be finalized and a motion filed with the Bankruptcy Court within the next two weeks.  Trustees anticipate that the process of obtaining a ruling on their motion to compromise will take approximately six weeks from the date of filing of their motion.

4.      Several parties did not appear at the mediation despite this Court's order and Judge Coselli's instructions.  Trustees will file a motion with the Court within the next two weeks requesting that the Court impose appropriate sanctions for those defendants' non-appearance and failure to comply with the Court's order.

5.      Trustees request that the Court schedule an additional conference at the Court's earliest opportunity for the purpose of setting a trial date and pretrial deadlines.  Because of the settlements made, and assuming the Bankruptcy Court's approval of them, Trustees anticipate that the time required for the trial of the case will be significantly less than the several week estimate previously provided.

Respectfully submitted,

*/s/ Susan H. Jacks*
Susan Hardie Jacks
Attorney-in-Charge
State Bar No. 08957600
S.D. Texas I.D. No. 4192
susanjacks@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002

Phone: (713) 655-1200
Fax: (713) 655-0222

ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE and
JANET S. NORTHRUP, TRUSTEE

OF COUNSEL:
MEHAFFY WEBER, P.C.

Jeremy R. Stone
State Bar No. 24013577
S.D. Texas I.D. No. 27060
jeremystone@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

## <u>CERTIFICATE OF SERVICE</u>

       I certify that a true and correct copy of this Status Report was served on July 24, 2014, electronically on those persons who receive electronic notification from the court, and by U.S. Mail, on all others, as indicated below:

*/s/ Susan H. Jacks*
Susan H. Jacks

Kent Altsuler  **(Electronic)**
Gretchen Gauer McCord
Nathan Sommers Jacobs
2800 Post Oak Blvd, 61st Fl
Houston, TX 77056-6102
gmccord@nathansommers.com
kaltsuler@nathansommers.com
**Attorneys for David Greenberg and**
**Greenberg & Co.**

Lori Ann Hood **(Electronic)**
Johnson, Trent, West & Taylor, LLP
919 Milam, Ste 1700
Houston, TX 77002
Email: lhood@johnsontrent.com
**Attorney for Shawn Goheen & GGG**
**Holdings, LP**

Kendall Johan Burr **(Electronic)**
Edison, McDowell & Hetherington LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2920
Houston, TX 77027
kendall.burr@emhllp.com
**Attorney for Defendant Michael Ecklund**
**Marquis Capital II Westcott, L.P.,**
**Marquis Capital II, L.L.C., William**
**Marsh Resco I,**
**L.P. and James Crable**

Patrick D Devine **(Electronic)**
Attorney at Law
5120 Woodway Dr., Suite 8002
Houston, TX 77056
pdevine@pdevinelaw.com
**Attorney for Defendant Terry Luttrell**

William Allen Gage, Jr. **(Electronic)**
Buck Keenan, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
gage@buckkeenan.com
**Attorney for Defendants Richard Robert**
**Tullis Thomas, TMCM Ventures, LP**

Marilee A Madan **(Electronic)**
Marilee A Madan PC
3109 Avalon Pl
Houston, TX 77019
mamadan@sbcglobal.net
**Attorney for Shreyaskumar Patel and**
**Ravi Reddy**

William S Chesney, III **(Electronic)**
Frank, Elmore et al
9225 Katy Freeway, Ste. 250
Houston, TX 77024-1564
wchesney@felct.com
**Attorney for Kimberly Shiring**
**and Melissa Thomas**

Bennett G Fisher **(Electronic)**
Fisher and Associates, PC
1800 Two Houston Center
909 Fannin Street
Houston, TX 77010
bgf@fisherlaw.net
**Attorney for Julian Fertitta**

John H. Bennett, Jr. **(Electronic)**
John H. Bennett, Jr. P.C.
2777 Allen Pkwy, Ste 1000
Houston, Texas 77019-2141
jb@JohnHBennettJr.com
**Attorney in Charge for Defendant**
**Mir Azizi**

Martin M Hokanson **(Electronic)**
Attorney at Law
22503 Katy Fwy
Katy, TX 77450
mmhokanson@gmail.com
**Attorney for Raj Rangwani and Sanjay**
**Varma, Eric Putman & Carolee Taylor**

Peter Johnson **(Electronic)**
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046
pjlawecf@pjlaw.com
**Attorney for Defendant Bob Shiring**

Steven A. Leyh  **(Electronic)**
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77024
sleyh@leyh-payne.com
**Attorney for Defendants**
**Tom Pirtle and Pirtle Investments, LP.**

Leonard H Simon **(Electronic)**
Pendergraft & Simon L.L.P.
2777 Allen Parkway, Ste 800
Houston, TX 77019
lsimon@pendergraftsimon.com
kvaughn@pendergraftsimon.com
**Attorney for Defendant Vincent Galeoto**

Steve Martin Williard **(Electronic)**
The Williard Law Firm LP
1920 N Memorial Way, Suite 207
Houston, TX 77007
steve@williardlaw.com
**Attorney for Defendant Alex Oria**
**And James Thomas**

J Craig Cowgill **(Electronic)**
Attorney at Law
8100 Washington, Suite 120
Houston, TX 77007
jccowgill@cowgillholmes.com
**Attorney for Douglas Allen Brown, Erica**
**Brown f/k/a Erica Zemaitis, and Victor**
**Zemaitis**

Richard L Fuqua, II **(Electronic)**
Fuqua & Associates, PC
5005 Riverway, Ste. 250
Houston, TX 77056
fuqua@fuquakeim.com
**Attorney for Lawrence H. Ramming**
**(individually and in his Manager/Partner**
**Capacity), ARCOA, LLC, ARCOA**
**ADVISORS, L.L.C., ARCOA CAPITAL**
**PARTNERS, L.P., ARCOA FUNDING,**
**L.L.C., ARCOA INVESTMENT**
**ADVISORS, L.C., ARCOA**
**INVESTMENTS MANAGEMENT**
**GROUP, L.L.C. and ARCOA**
**PROPERTIES, L.L.C.**

Mr. Warren G. King **(Electronic)**
Law Office of Warren G. King, PLLC.
5909 West Loop South, Suite 490
Bellaire, Texas 77401
warren@warrenkinglaw.com
**Pro Se and Attorney for Pinnacle Title**
**Company, LP & Broyd, Inc.**

Gregg K. Saxe **(Electronic)**
The Law Office of Gregg Saxe, P.C.
6161 Savoy Dr., Suite 1132
Houston, TX 77036
gsaxe@sbcglobal.net
**Attorney for Joanna Gober,**
**Edward O'Hair, Ashley O'Hair**

Najrnuddin Karimjee (**U.S. Mail**)
and Saifi, LLC, Pro Se
12015 Louetta Road, Suite 200
Houston, Texas 77070

C&B Investments, Inc. (**U.S. Mail**)
c/o Registered Agent
930-N South Mason Road
Katy, Texas 77450

Mr. Bernie Kane (**U.S. Mail**)
Ms. Theyen Hoang
5711 Allen Street
Houston, Texas 77007

James Counce (**U.S. Mail**)
2116 Chilton Road
Houston, Texas 77019

Thomas Boyd (**U.S. Mail**)
5636 Winsome Lane
Houston, Texas 77057