## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JULIET HOMES, LP | § | |
| JULIET GP, LLC | § | |
| DOUGLAS A. BROWN | § | Case No. 07-36422-H1-7 |
| | § | Case No. 07-36424-H1-7 |
| | § | Case No. 07-36426-H1-7 |
| Debtors | § | |

| | | |
|---|---|---|
| JOSEPH M. HILL, TRUSTEE | § | |
| AND W. STEVE SMITH, TRUSTEE | § | Adversary No. |
|     PLAINTIFFS | § | |
| | § | 09-03429 |
| v. | § | 09-03441 |
| | § | 09-03442 |
| ALEX ORIA ET AL | § | |
|     DEFENDANTS | § | |

## **DEFENDANT'S STATUS REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Julian Fertitta, the Defendant in the above-numbered and styled cause, and file this Status Report as requested by the Court on July 22, 2014.

1. The parties mediated with Judge John Coselli on April 16, 2014 and met again approximately two weeks later.

2. Agreement has not been reached; however, offers have been exchanged and the undersigned will respond to the Trustee's request for additional information on or before August 15, 2014.

1

3.	The undersigned is hopeful that the case will be resolved without the need for any further formal judicial proceedings.

>Respectfully submitted,
>
>Fisher & Associates
>
>/s/ Bennett G. Fisher
>Bennett G. Fisher
>Texas Bar No.: 07049125
>T. Josh Judd
>Texas Bar No.: 24036866
>1800 Two Houston Center
>909 Fannin Street
>Houston, Texas  77010
>Tel: (713) 223-8400;
>Fax: (713) 609-7766
>email: bgf@fisherlaw.net
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that pursuant to the Texas Rules of Civil Procedure the office of the undersigned transmitted a copy of the foregoing to all parties listed in the attached service list on July 25, 2014.

>/s/ Bennett G. Fisher
>Bennett G. Fisher