IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOUGLAS A. BROWN | § | CASE NO. 07-36422-H1-7 |
| JULIET HOMES, L.P. | § | CASE NO. 07-36424-H1-7 |
| JULIET GP, L.P. | § | CASE NO. 07-36426-H1-7 |
| Debtors | § | |
| | § | |
| JOSEPH M. HILL, TRUSTEE | § | Civil Action No. H-12-00840 |
| AND W. STEVE SMITH, TRUSTEE | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | Adversary No. 09-03429 |
| | § | Adversary No. 09-03441 |
| | § | Adversary No. 09-03442 |
| ALEX ORIA, ET AL | § | |
| Defendants | § | |

## DEFENDANTS' STATUS REPORT

COME NOW, Defendants, **LAWRENCE H. RAMMING (individually and in his Manager/Partner Capacity), ARCOA, LLC, ARCOA ADVISORS, L.L.C., ARCOA CAPITAL PARTNERS, L.P., ARCOA FUNDING, L.L.C., ARCOA INVESTMENT ADVISORS, L.C., ARCOA INVESTMENTS MANAGEMENT GROUP, L.L.C. and ARCOA PROPERTIES, L.L.C.**, Defendants in the above-numbered and styled cause, and file this Status Report as requested by the Court on July 22, 2014.

1. The parties mediated with Judge John Coselli on April 28, 2014 and have continued to conduct discussions through Judge Coselli.

2. Agreement has not been reached; however, offers have been exchanged and the undersigned will respond to the Trustee's request for additional information on or before August 30, 2014. The only exception to the foregoing is that Lawrence H. Ramming,

Individually and as the last surviving entity representative of the above-named entities, has been notified by his transplant team at Methodist Hospital that he will receive a kidney transplant in the very near future. If he does receive a transplanted kidney within the next two (2) weeks, it is likely he will not be able to furnish his additional information to the Trustee prior to September 30, 2014.

3. The undersigned is hopeful that the case will be resolved without the need for any further formal judicial proceedings.

Respectfully submitted,

FUQUA & ASSOCIATES, PC

By: /s/ *Richard L. Fuqua*
Richard L. Fuqua
Texas Bar No. 07552300
5005 Riverway, Suite 250
Houston, Texas 77056
Telephone: (713) 960-0277
Facsimile: (713) 960-1064
Email: rlfuqua@fuqualegal.com

COUNSEL FOR DEFENDANTS
LAWRENCE H. RAMMING (individually and in his Manager/Partner Capacity), ARCOA, LLC, ARCOA ADVISORS, L.L.C., ARCOA CAPITAL PARTNERS, L.P., ARCOA FUNDING, L.L.C., ARCOA INVESTMENT ADVISORS, L.C., ARCOA INVESTMENTS MANAGEMENT GROUP, L.L.C. and ARCOA PROPERTIES, L.L.C.

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was forwarded by ECF and/or United States mail, first class, postage prepaid, on July 28, 2014, to the parties listed on the attached service list.

                                                      */s/ Richard L. Fuqua*
                                                      Richard L. Fuqua

# Service List

William Allen Gage, Jr. **(By ECF notice)**
Buck Keenan, LLP
700 Louisiana, Suite 5100
Houston, TX 77002
*Attorneys for Tullis Thomas, TMCM Ventures, LP
and Richard Robert*

Marilee A. Madan **(by ECF notice)**
Marilee A. Madan PC
3109 Avalon Place
Houston, TX 77019
*Attorneys for Ravi Reddy and Shreyaskumar Patel*

John H. Bennett, Jr. **(By ECF notice)**
Attorney at Law
2777 Allen Parkway, Suite 1000
Houston, TX 77019-2165
*Attorneys for Mir Azizi*

Kendall Johan Burr **(by ECF notice)**
Edison, McDowell & Hetherington, LLP
3200 Southwest Freeway, Suite 2920
Houston, TX 77027
*Attorneys for Michael Ecklund Marquis Capital II
Westcott, L.P., Marquis Capital II, L.L.C., William
Marsh Resco I, L.P. and James Crable*

Randall A. Rios **(by ECF notice)**
Timothy Aaron Million
Munsch Hardt et al
700 Louisiana, Ste 4600
Houston, TX 77025
*Attorneys for Damazo F. Vidal*

Warren Guy King **(by ECF notice)**
5909 West Loop South, Suite 490
Bellaire, TX 77401
*Pro Se and Attorney for Pinnacle Title*
*Company, LP and Broyd, Inc.*

Steven A. Leyh **(by ECF notice)**
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77024
*Attorneys for Tom Pirtle and Pirtle Investments, LP*

Bennett G. Fisher **(by ECF notice)**
Fisher and Associates PC
909 Fannin St, Ste 1800
Houston, TX 77010
*Attorneys for Julian Fertitta*

Patrick D. Devine **(by ECF notice)**
Attorney at Law
5120 Woodway, Suite 8002
Houston, TX 77056
*Attorneys for Terry Luttrell*

Peter Johnson **(by ECF notice)**
Law Offices of Peter Johnson
11 Greenway Plaza, Ste 2820
Houston, TX 77046
*Attorneys for Bob Shiring*

Martin M. Hokanson **(by ECF notice)**
Attorney at Law
22503 Katy Freeway
Katy, TX 77450
*Attorneys for Raj M. Rangwani and Sanjay Varma,*
*Eric Putman & Carolee Taylor*

Steve Martin Williard **(by ECF notice)**
The Williard Law Firm LP
1920 N Memorial Way, Ste 207
Houston, TX 77007
*Attorneys for Alex Oria and James Thomas*

William S. Chesney III **(by ECF notice)**
Frank, Elmore Lievens Chesney & Turet, LLP
9225 Katy Freeway, Suite 250
Houston, TX 77024
*Attorneys for Kimberly Shiring and Melissa Thomas*

Jeremy R. Stone **(by ECF notice)**
Susan Hardie Jacks
Mehaffy Weber
500 Dallas, Suite 1200
Houston, TX 77002
*Attorneys for Joseph M. Hill, Trustee and*
*Janet Northrup, Trustee*

J. Craig Cowgill **(by ECF notice)**
J. Craig Cowgill & Associates,
8100 Washington Ave., Suite 120
Houston, TX 77007
*Attorneys for Douglas Allen Brown, Erica Brown*
*fka Erica Zemaitis and Victor Zemaitis*

Najmuddin Karimjee and Saifi, LLC **(by first-class U.S. Mail)**
12015 Louetta Rd., Ste. 200
Houston, TX 77070
*Pro Se*

James Counce **(by first-class U.S. Mail)**
2116 Chilton Road
Houston, TX 77019

Gregg K. Saxe **(by ECF notice)**
The Law Office of Gregg Saxe, P.C.
6161 Savoy Drive, Ste. 1132
*Attorneys for Joanna Gober, Edward O'Hair*
*and Ashley O'Hair*

Leonard H. Simon **(by ECF notice)**
Pendergraft & Simon LLP
2777 Allen Parkway, Ste. 800
Houston, TX 77019
*Attorneys for Vincent Galeoto*

Lori Ann Hood **(by ECF notice)**
Johnson, Trent, West & Taylor, LLP
919 Milam, Ste. 1700
Houston, TX 77002
*Attorneys for Shawn Goheen & GGG Holdings, LP*

C&B Investments, Inc. **(by first-class U.S. Mail)**
c/o Registered Agent
930-N South Mason Road
Katy, TX 77450

Thomas Boyd **(by first-class U.S. Mail)**
5636 Winsome Lane
Houston, TX 77057

Kent Altsuler **(by ECF notice)**
Gretchen Gauer McCord
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6102
*Attorneys for David Greenberg and*
*Greenberg & Co.*