## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Joseph M. Hill, et al. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-840 |
| | § | |
| Alex Oria, et al, | § | |
| Defendants. | § | |

### STATUS REPORT BY DEFENDANT MIR AZIZI

**MIR AZIZI**, one of the Defendants, by and through his undersigned attorney of record, files this Status Report, as requested by this Court's Case Manager, Mr. Andrew Boyd.

1.      On April 16, 2014, Defendant Mir Azizi appeared with his undersigned attorney to mediate the claims of the Plaintiffs in this matter against him, and his defenses and counterclaims, before former Texas District Court Judge John Coselli, whom this Court appointed as mediator.

2.      The mediation resulted in a written compromise and settlement agreement, signed and delivered on April 16, 2014.

3.      Defendant Mir Azizi has taken all action, and executed all documentation, required to perform and conclude that compromise and settlement agreement.

4.      A trustee's entry into a compromise and settlement agreement on behalf of an estate in bankruptcy is subject to approval of the bankruptcy court on notice to all creditors and parties in interest.

5.      On information and belief, bankruptcy trustees Joseph Hill and Janet Casciato intend to file a motion with the Bankruptcy Court within the next two weeks.

6.      Defendant Mir Azizi believes that the compromise and settlement is in the best

interest of the bankruptcy estates and will be approved and authorized when they are considered by

the bankruptcy judge.

      7.      Defendant Mir Azizi will report further as and when requested.

**Dated: July 29, 2014**.

Respectfully submitted,


  **/s/John H. Bennett Jr.**
**John H. Bennett Jr.**
SD Identification No. 4077
Texas Bar No. 02155500

**JOHN H. BENNETT JR., P.C.**
Attorney at Law
5847 San Felipe St Ste 1700
Houston, TX 77057-3073

713-650-8222 Main
832-563-5646 Direct
713-650-3033 Fax
jb@JohnHBennettJr.com

**Attorney in Charge for Defendant,**
**Mir Azizi**

## CERTIFICATE OF SERVICE

This certifies that, on the date of this Certificate, the annexed and foregoing was filed and served via the CM/ECF System for the United States District Court for the Southern District of Texas; that the undersigned further served such on the attorneys for the Plaintiffs in this civil action by electronic mail to:

| | |
|---|---|
| Susan Hardie Jacks | susanjacks@mehaffyweber.com |
| Ernest Boyd | ernestboyd@mehaffyweber.com |
| Jeremy Stone | jeremystone@mehaffyvveber.com |

and further served such on the attorneys who represent Defendants in this civil action by electronic mail to:

| | |
|---|---|
| Robert Pendergraft | rlp@pendergraftsimon.com |
| Leonard Simon | LSimon@pendergraftsimon.com |
| Richard L. Fuqua | fuqua@fuqualegal.com and rlfuqua@fuqualegal.com |
| Misty Segura | MSegura@cbylaw.com |
| Kent Altsuler | kaltsuler@nathansommers.com |
| J. Craig Cowgill | jccowgill@cowgillholmes.com |
| George Gibson | ggibson@nathansommers.com |
| Marilee A. Madan | mamadan@sbcglobal.net |
| Kendall Johan Burr | kendall.burr@emhllp.com |
| William S. Chesney, III | wchesney@felct.com |
| Warren G. King | warren@warrenkinglaw.com |
| Martin M. Hokanson | mmhokanson@gmail.com |
| William Allen Gage, Jr. | gage@buckkeenan.com |
| Caroline E. Jacobs | cjacobs@buckkeenan.com |
| Bennett G. Fisher | bgf@fisherlaw.net |

**Dated: July 29, 2014.**

  /s/John H. Bennett Jr.  
John H. Bennett Jr.