IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOUGLAS A. BROWN | § | CASE NO. 07-36422-H1-7 |
| JULIET HOMES, L.P. | § | CASE NO. 07-36424-H1-7 |
| JULIET GP, L.P. | § | CASE NO. 07-36426-H1-7 |
|     Debtors | § | |
| | § | |
| JOSEPH M. HILL, TRUSTEE | § | Civil Action No. H-12-00840 |
| AND W. STEVE SMITH, TRUSTEE | § | |
|     Plaintiffs | § | |
| | § | |
| VS. | § | Adversary No. 09-03429 |
| | § | Adversary No. 09-03441 |
| | § | Adversary No. 09-03442 |
| ALEX ORIA, ET AL | § | |
|     Defendants | § | |

### DEFENDANTS' STATUS REPORT

COME NOW, Defendants, Douglas Allen Brown, Erica Zemaitis Brown, and Victor Zemaitis, Defendants in the above-numbered and styled cause, and file this Status Report as requested by the Court on July 22, 2014.

1. The parties mediated with Judge John Coselli on April 28, 2014 and have continued to conduct discussions through Judge Coselli.

2. Agreement has not been reached; however, offers have been exchanged and the undersigned will respond to the Trustee's request for additional information on or before August 30, 2014. The only exception to the foregoing is that Victor Zemaitis has a serious medical issue of which he is receiving treatment which may cause a delay in complying with the August 30, 2014 time frame.

3. The undersigned is hopeful that the case will be resolved without the need for any further formal judicial proceedings.

                                  Respectfully submitted,

                                  J. CRAIG COWGILL & ASSOCIATES, PC

BY:    */s/ J. Craig Cowgill*
           J. Craig Cowgill
           State Bar No. 04292000
           1219 Emerald Green Ln.
           Houston, TX 77094
           713-956-0254
           713-956-6284 (telecopier)
           jccowgill@cowgillholmes.com

           COUNSEL FOR DEFENDANTS
           DOUGLAS ALLEN BROWN,
           ERICA ZEMAITIS BROWN AND
           VICTOR ZEMAITIS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded by ECF and/or United States mail, first class, postage prepaid, on July 30, 2014, to the parties listed on the attached service list.

                                  */s/ J. Craig Cowgill*
                                  J. Craig Cowgill

## Service List

William Allen Gage, Jr. (**ECF notice**)
Buck Keenan, LLP
700 Louisiana, Suite 5100
Houston, TX 77002
*Attorneys for Tullis Thomas, TMCM Ventures, LP*
*and Richard Robert*

Marilee A. Madan (**ECF notice**)
Marilee A. Madan PC
3109 Avalon Place
Houston, TX 77019
*Attorneys for Ravi Reddy and Shreyaskumar Patel*

John H. Bennett, Jr. (**ECF notice**)
Attorney at Law
2777 Allen Parkway, Suite 1000
Houston, TX 77019-2165
*Attorneys for Mir Azizi*

Kendall Johan Burr (**ECF notice**)
Edison, McDowell & Hetherington, LLP
3200 Southwest Freeway, Suite 2920
Houston, TX 77027
*Attorneys for Michael Ecklund Marquis Capital II*
*Westcott, L.P., Marquis Capital II, L.L.C., William*
*Marsh Resco I, L.P. and James Crable*

Randall A. Rios (**ECF notice**)
Timothy Aaron Million
Munsch Hardt et al
700 Louisiana, Ste 4600
Houston, TX 77025
*Attorneys for Damazo F. Vidal*

Warren Guy King (**ECF notice**)
5909 West Loop South, Suite 490
Bellaire, TX 77401
*Pro Se and Attorney for Pinnacle Title Company, LP and Broyd, Inc.*

Steven A. Leyh (**ECF notice**)
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77024
*Attorneys for Tom Pirtle and Pirtle Investments, LP*

Bennett G. Fisher (**ECF notice**)
Fisher and Associates PC
909 Fannin St, Ste 1800
Houston, TX 77010
*Attorneys for Julian Fertitta*

Patrick D. Devine (**ECF notice**)
Attorney at Law
5120 Woodway, Suite 8002
Houston, TX 77056
*Attorneys for Terry Luttrell*

Peter Johnson (**ECF notice**)
Law Offices of Peter Johnson
11 Greenway Plaza, Ste 2820
Houston, TX 77046
*Attorneys for Bob Shiring*

Martin M. Hokanson (**ECF notice**)
Attorney at Law
22503 Katy Freeway
Katy, TX 77450
*Attorneys for Raj M. Rangwani and Sanjay Varma, Eric Putman & Carolee Taylor*

Steve Martin Williard (**ECF notice**)
The Williard Law Firm LP
1920 N Memorial Way, Ste 207
Houston, TX 77007
*Attorneys for Alex Oria and James Thomas*

William S. Chesney III (**ECF notice**)
Frank, Elmore Lievens Chesney & Turet, LLP
9225 Katy Freeway, Suite 250
Houston, TX 77024
*Attorneys for Kimberly Shiring and Melissa Thomas*

Jeremy R. Stone (**ECF notice**)
Susan Hardie Jacks
Mehaffy Weber
500 Dallas, Suite 1200
Houston, TX 77002
*Attorneys for Joseph M. Hill, Trustee and Janet Northrup, Trustee*

Najmuddin Karimjee and Saifi, LLC (**U.S. Mail**)
12015 Louetta Rd., Ste. 200
Houston, TX 77070
*Pro Se*

James Counce (**U.S. Mail**)
2116 Chilton Road
Houston, TX 77019

Gregg K. Saxe (**ECF notice**)
The Law Office of Gregg Saxe, P.C.
6161 Savoy Drive, Ste. 1132
*Attorneys for Joanna Gober, Edward O'Hair and Ashley O'Hair*

Thomas Boyd (**U.S. Mail**)
5636 Winsome Lane
Houston, TX 77057

Leonard H. Simon **(ECF notice)**
Pendergraft & Simon LLP
2777 Allen Parkway, Ste. 800
Houston, TX 77019
*Attorneys for Vincent Galeoto*

Lori Ann Hood **(ECF notice)**
Johnson, Trent, West & Taylor, LLP
919 Milam, Ste. 1700
Houston, TX 77002
*Attorneys for Shawn Goheen & GGG Holdings, LP*

C&B Investments, Inc. **(U.S. Mail)**
c/o Registered Agent
930-N South Mason Road
Katy, TX 77450

Bernie Kane **(U.S. Mail)**
Theyen Hoang
5711 Allen Street
Houston, TX 77007

Kent Altsuler **(ECF notice)**
Gretchen Gauer McCord
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6102
*Attorneys for David Greenberg and*
*Greenberg & Co.*

Richard L. Fuqua **(ECF notice)**
Fuqua & Associates, PC
5005 Riverway, Suite 250
Houston, TX 77056
*Attorneys for Lawrence H. Ramming, Arcoa, LLC,*
*Arcoa Advisors*, L.L.C., Arcoa Capital Partners, L.P.,
Arcoa Funding, L.L.C., Arcoa Investment Advisors, L.C.,
Arcoa Investments Management Group, L.L.C.
and Arcoa Properties, L.L.C.