IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH M HILL, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTIN NOM H-12-840 |
| | § | |
| ALEX ORIA, ET AL | § | |
| | § | |
| Defendants | § | |

## STATUS REPORT

DANIEL F. CASTANEDA, files this Status Report, as requested by this Court's Case Manager, Mr. Andrew Boyd.

### Summary

1. We are mistakenly listed as the attorney of record for Tullis Thomas and TMCM Ventures, L.P. Mr. William Allen Gage, Jr., is the attorney of record for Tullis Thomas and TMCM Ventures, L.P.

### Background Information

2. In Adversary Cause No. 09-03429; *Hill v. Oria*, our offices represented Tullis Thomas and TMCM Ventures, L.P.

3. In Cause No. 09-03429, and in regards to our appearance a substation of counsel was requested. On March 30, 2011, the Honorable Marvin Isgur signed an Order Granting the Motion to Withdraw and Substitute Counsel for Tullis Thomas and TMCM Ventures, L.P. As a result, Mr. Mr. William Allen Gage, Jr., was substituted as the attorney of record for (i) Tullis Thomas and (ii) TMCM Ventures, L.P. Attached as Exhibit "A" is a true and correct copy of the Order Granting the Motion to Withdraw [Case 09-03429 Doc 227].

4.      In regards to Case No. 4:12-cv-840, we are presently listed as attorneys of record for Tullis Thomas and TMCM Ventures, L.P.  Mr. William Allen Gage, Jr., as reflected by the enclosed Order, should be listed exclusively as counsel of record for Tullis Thomas and TMCM Ventures, L.P.

5.      It is not necessary that our firm receive notice in these proceedings.  We are currently not an attorney of record for any party in these proceedings.

Respectfully submitted,

**BUCKLEY, WHITE, CASTANEDA & HOWELL, L.L.P.**

*_/s/ Daniel F. Castaneda*
Daniel F. Castaneda
State Bar No. 03980540
Fed. ID 15593
2401 Fountainview, Suite 1000
Houston, Texas  77057
(713) 789-7700
(713) 789-7703 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure on this the 31st day of July, 2014.

*_/s/ Daniel F. Castaneda*