## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **JULIET HOMES, LP,** | § | **Case No. 07-36424-H1-7** |
| Debtor | § | **(Chapter 7)** |
| | § | |
| IN RE: | § | |
| **JULIET GP, LLC,** | § | **Case No. 07-36426-H1-7** |
| Debtor | § | **(Chapter 7)** |
| | § | |
| IN RE: | § | |
| **DOUGLAS A. BROWN,** | § | **Case No. 07-36422-H1-7** |
| Debtor. | § | **(Chapter 7)** |

| | | |
|---|---|---|
| | § | |
| **JOSEPH M. HILL, TRUSTEE** | § | **Civil Action No. H-12-840** |
| **AND W. STEVE SMITH, TRUSTEE,** | § | |
| | § | **Adversary No. 09-03429** |
| **Plaintiffs** | § | **Adversary No. 09-03441** |
| **v.** | § | **Adversary No. 09-03442** |
| | § | |
| **ALEX ORIA ET AL.,** | § | |
| | § | |
| **Defendants** | § | |

## NOTICE OF DISMISSAL OF CAROLINE BROWN, CONNIE BROWN, EUGENIO A. AGUILAR, JAMES COUNCE, VIRGIL WAGGONER, TOWN CREEK PARTNERS, AND PINNACLE TITLE COMPANY AND STIPULATION OF DISMISSAL OF RAVI REDDY

Plaintiffs Joseph M. Hill, Chapter 7 Trustee of the estates of Juliet Homes, LP and Juliet GP, LLC, and Janet S. Northrup, Chapter 7 Trustee of the estate of Douglas Allen Brown, file this (i) Notice of Dismissal of Caroline Brown, Connie Brown, Eugenio A. Aguilar, James Counce, Virgil Waggoner, Town Creek Partners, and Pinnacle Title Company, and (ii) Stipulation of Dismissal of Ravi Reddy, showing as follows:

1386772_2.DOC

1.      This civil action is the consolidated case of twelve Adversary Proceedings commenced in late October 2009, the reference of which was withdrawn by this Court.[1] Plaintiffs named more than 75 defendants in their complaints.

2.      In their original and amended complaints, Plaintiffs named Caroline Brown, Connie Brown, Eugenio Aguilar, James Counce, Virgil Waggoner, Town Creek Partners, Pinnacle Title Company, and Ravi Reddy as defendants because Debtors' books showed multiple transfers to each of them or their agents.

3.      Defendants Caroline Brown and Eugenio Aguilar have filed bankruptcy cases in which Caroline Brown disposed of Plaintiffs' claims against them through a discharge and Eugenio Aguilar disposed of Plaintiffs' claims through confirmation of a plan that provided for no payment on Plaintiffs' disputed claim.  Accordingly, dismissal of Plaintiffs' claims against these defendants is required.

4.      Upon further investigation of Plaintiffs' claims against Connie Brown, James Counce, Virgil Waggoner, Town Creek Partners, Pinnacle Title Company, and Ravi Reddy, Plaintiffs have determined that they no longer desire to prosecute those claims.

5.      Caroline Brown, Connie Brown, Eugenio Aguilar, James Counce, Virgil Waggoner, Town Creek Partners, and Pinnacle Title Company have not filed an answer to Trustees' complaints or a motion for summary judgment.

---

[1]      Adv. Nos. 09-3429, 09-3432, 09-3433, 09-3434, 09-3435, 09-3436, 09-3437, 09-3438, 09-3439, 09-3440, 09-3441, and 09-3442 were consolidated into Adv. No. 09-3429.  On March 14, 2012, Bankruptcy Judge Marvin Isgur recommended the withdrawal of the reference, and this Civil Action No. H-12-840 is the District Court suit that resulted from the withdrawal of the reference.

6.      Ravi Reddy has filed an answer to Trustees' complaint, but stipulates to this dismissal as reflected by his counsel's signature.

7.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii), Plaintiffs file this Notice of Dismissal and Stipulation of Dismissal and request that the Clerk of the Court reflect the dismissal of Plaintiffs' claims against these defendants.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Clerk of the Court reflect Plaintiffs' dismissal of Caroline Brown, Connie Brown, Eugenio Aguilar, James Counce, Virgil Waggoner, Town Creek Partners, Pinnacle Title Company, and Ravi Reddy from this consolidated action and grant them such other and further relief to which they may be justly entitled.

Date: September 19, 2014                    Respectfully submitted,

                                            /s/ Susan Hardie Jacks
                                            Susan Hardie Jacks
                                            Attorney-in-Charge
                                            State Bar No. 08957600
                                            S.D. Texas I.D. No. 4192
                                            susanjacks@mehaffyweber.com
                                            500 Dallas, Suite 1200
                                            Houston, Texas 77002
                                            Phone: (713) 655-1200
                                            Fax: (713) 655-0222

                                            ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE
                                            and JANET S. NORTHRUP, TRUSTEE

OF COUNSEL:
MEHAFFY WEBER, P.C.
Jeremy R. Stone
State Bar No. 24013577
S.D. Texas I.D. No. 27060
jeremystone@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

_/s/ Marilee A. Madan w/ permission s. jacks_
Marilee A. Madan
State Bar No. 12789100
S.D. Texas I.D. No. 2992
14900 Winnwood Road
Dallas, Texas 75254
Phone:  (832) 771-1273
mamadan@sbcglobal.net

ATTORNEY FOR RAVI REDDY

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of this Notice of Dismissal was served on September 19, 2014, electronically on those persons who receive electronic notification from the court, and by U.S. Mail, on all others, as indicated below:

*/s/ Jeremy R. Stone*
Jeremy R. Stone

Kent Altsuler  **(Electronic)**
Gretchen Gauer McCord
Nathan Sommers Jacobs
2800 Post Oak Blvd, 61st Fl
Houston, TX 77056-6102
gmccord@nathansommers.com
kaltsuler@nathansommers.com
**Attorneys for David Greenberg and
Greenberg & Co.**

Lori Ann Hood **(Electronic)**
Johnson, Trent, West & Taylor, LLP
919 Milam, Ste 1700
Houston, TX 77002
Email: lhood@johnsontrent.com
**Attorney for Shawn Goheen & GGG
Holdings, LP**

Kendall Johan Burr **(Electronic)**
Edison, McDowell & Hetherington LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2920
Houston, TX 77027
kendall.burr@emhllp.com
**Attorney for Defendant Michael Ecklund
Marquis Capital II Westcott, L.P.,
Marquis Capital II, L.L.C., William
Marsh Resco I,
L.P. and James Crable**

Patrick D Devine **(Electronic)**
Attorney at Law
5120 Woodway Dr., Suite 8002
Houston, TX 77056
pdevine@pdevinelaw.com
**Attorney for Defendant Terry Luttrell**

William Allen Gage, Jr. **(Electronic)**
Buck Keenan, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
gage@buckkeenan.com
**Attorney for Defendants Richard Robert
Tullis Thomas, TMCM Ventures, LP**

Marilee A Madan **(Electronic)**
Marilee A Madan PC
3109 Avalon Pl
Houston, TX 77019
mamadan@sbcglobal.net
**Attorney for Shreyaskumar Patel and
Ravi Reddy**

William S Chesney, III **(Electronic)**
Frank, Elmore et al
9225 Katy Freeway, Ste. 250
Houston, TX 77024-1564
wchesney@felct.com
**Attorney for Kimberly Shiring
and Melissa Thomas**

Bennett G Fisher **(Electronic)**
Fisher and Associates, PC
1800 Two Houston Center
909 Fannin Street
Houston, TX 77010
bgf@fisherlaw.net
**Attorney for Julian Fertitta**

5

John H. Bennett, Jr. **(Electronic)**
John H. Bennett, Jr. P.C.
2777 Allen Pkwy, Ste 1000
Houston, Texas 77019-2141
jb@JohnHBennettJr.com
**Attorney in Charge for Defendant**
**Mir Azizi**

Martin M Hokanson **(Electronic)**
Attorney at Law
22503 Katy Fwy
Katy, TX 77450
mmhokanson@gmail.com
**Attorney for Raj Rangwani and Sanjay**
**Varma, Eric Putman & Carolee Taylor**

Peter Johnson **(Electronic)**
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046
pjlawecf@pjlaw.com
**Attorney for Defendant Bob Shiring**

Steven A. Leyh  **(Electronic)**
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77024
sleyh@leyh-payne.com
**Attorney for Defendants**
**Tom Pirtle and Pirtle Investments, LP.**

Leonard H Simon **(Electronic)**
Pendergraft & Simon L.L.P.
2777 Allen Parkway, Ste 800
Houston, TX 77019
lsimon@pendergraftsimon.com
kvaughn@pendergraftsimon.com
**Attorney for Defendant Vincent Galeoto**

Steve Martin Williard **(Electronic)**
The Williard Law Firm LP
1920 N Memorial Way, Suite 207
Houston, TX 77007
steve@williardlaw.com
**Attorney for Defendant Alex Oria**
**And James Thomas**

J Craig Cowgill **(Electronic)**
Attorney at Law
8100 Washington, Suite 120
Houston, TX 77007
jccowgill@cowgillholmes.com
**Attorney for Douglas Allen Brown, Erica**
**Brown f/k/a Erica Zemaitis, and Victor**
**Zemaitis**

Richard L Fuqua, II **(Electronic)**
Fuqua & Associates, PC
5005 Riverway, Ste. 250
Houston, TX 77056
fuqua@fuquakeim.com
**Attorney for Lawrence H. Ramming**
**(individually and in his Manager/Partner**
**Capacity), ARCOA, LLC, ARCOA**
**ADVISORS, L.L.C., ARCOA CAPITAL**
**PARTNERS, L.P., ARCOA FUNDING,**
**L.L.C., ARCOA INVESTMENT**
**ADVISORS, L.C., ARCOA**
**INVESTMENTS MANAGEMENT**
**GROUP, L.L.C. and ARCOA**
**PROPERTIES, L.L.C.**

Warren G. King **(Electronic)**
Law Office of Warren G. King, PLLC.
5909 West Loop South, Suite 490
Bellaire, Texas 77401
warren@warrenkinglaw.com
**Pro Se and Attorney for Pinnacle Title**
**Company, LP & Broyd, Inc.**

Gregg K. Saxe **(Electronic)**
The Law Office of Gregg Saxe, P.C.
6161 Savoy Dr., Suite 1132
Houston, TX 77036
gsaxe@sbcglobal.net
**Attorney for Joanna Gober,**
**Edward O'Hair, Ashley O'Hair**

6

Najmuddin Karimjee **(U.S. Mail + CMRRR)**
12015 Louetta Road, Suite 200
Houston, Texas 77070

Saifi, LLC  **(U.S. Mail + CMRRR)**
**c/o Managing Member or Officer**
12015 Louetta Road, Suite 200
Houston, Texas 77070
C&B Investments, Inc. **(U.S. Mail)**
c/o Registered Agent
930-N South Mason Road
Katy, Texas 77450

Mr. Bernie Kane **(U.S. Mail + CMRRR)**
Ms. Theyen Hoang
5711 Allen Street
Houston, Texas 77007

Ms. Theyen Hoang **(U.S. Mail + CMRRR)**
5711 Allen Street
Houston, Texas 77007

Eugenio Aguilar **(U.S. Mail + CMRRR)**
131 Beverly Lane
Houston, Texas 77401

Timothy A. Million **(Electronic)**
Randall A. Rios
MUNSCH HARDT KOPF & HARR, PC
Texas Bar No. 24051055
Bank of America Center
700 Louisiana, 46th Floor
Houston, Texas 77002
Telephone (713) 222-1470
Facsimile (713) 222-1475
E-mail: tmillion@munsch.com
**ATTORNEYS FOR DAMAZO F. VIDAL**

James Counce **(U.S. Mail)**
2116 Chilton Road
Houston, Texas 77019

Thomas Boyd **(U.S. Mail)**
c/o Paul I. Aronowitz
Law Office of Paul I. Aronowitz
510 Bering Drive, Suite 300
Houston, Texas 77057

John T. Unger **(Electronic)**
Texas Bar No. 20390675
John.unger@smhgroup.com
600 Travis, Suite 5800
**ATTORNEY FOR DON SANDERS,**
**DON WEIR, SANDERS 1998 CHILDREN'S TRUST,**
**SANDERS OPPORTUNITY FUND, L.P., AND**
**SANDERS OPPORTUNITY FUND (INSTITUTIONAL), L.P.**

Jerry M. Young **(Electronic)**
Timothy A. Rothberg
Coats Rose
3 E. Greenway Plaza, Suite 2000
Houston, Texas 77046
jyoung@coatsrose.com
**Attorneys for Frank Powell, M.**

Martin M. Hokanson **(Electronic)**
22503 Katy Freeway
Katy, Texas 77450

Kristin Nicole Rhame **(Electronic)**
Christin Smith & Jewell
2302 Fannin, Suite 500
Houston, Texas 77002
kwallis@csj-law.com
**Attorney for Binh Ho and Hue Ho**