IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JULIET HOMES, LP, | § | Case No. 07-36424-H1-7 |
|     Debtor | § | (Chapter 7) |
| | § | |
| IN RE: | § | |
| JULIET GP, LLC, | § | Case No. 07-36426-H1-7 |
|     Debtor | § | (Chapter 7) |
| | § | |
| IN RE: | § | |
| DOUGLAS A. BROWN, | § | Case No. 07-36422-H1-7 |
|     Debtor. | § | (Chapter 7) |
| | § | |
| JOSEPH M. HILL, TRUSTEE | § | Civil Action No. H-12-840 |
| AND W. STEVE SMITH, TRUSTEE, | § | |
| | § | Adversary No. 09-03429 |
|     Plaintiffs | § | Adversary No. 09-03441 |
| v. | § | Adversary No. 09-03442 |
| | § | |
| ALEX ORIA ET AL., | § | |
| | § | |
|     Defendants | § | |

## MOTION FOR DISMISSAL WITH PREJUDICE OF CERTAIN PARTIES AND CLAIMS AND FOR ENTRY OF FINAL JUDGMENT OF DISMISSAL

Plaintiffs Joseph M. Hill, Chapter 7 Trustee of the estates of Juliet Homes, LP and Juliet GP, LLC, and Janet S. Northrup, Chapter 7 Trustee of the estate of Douglas Allen Brown, file this Motion for Dismissal With Prejudice of Certain Parties and Claims and For Entry of Final Judgment of Dismissal, showing as follows:

1.     This civil action is the consolidated case of twelve Adversary Proceedings commenced in late October 2009, the reference of which was withdrawn by this Court.[1] Plaintiffs named more than 75 defendants in their complaints.

2.     During the almost five-year history of this action, Plaintiffs have resolved their claims against the majority of the defendants, and those defendants' counterclaims against Plaintiffs, in multiple settlements and agreed dismissals approved by the Bankruptcy Court.

3.     Plaintiffs and each of the Settling Parties listed on Exhibit A have entered into settlements by which they have agreed to a dismissal with prejudice of all claims filed by Plaintiffs and, as to those Settling Parties who filed counterclaims against Plaintiffs, a dismissal with prejudice of those counterclaims. As set forth more specifically in Exhibit A, these settlements were approved by the Court in the captioned bankruptcy cases by orders entered on November 8, 2013; February 26, 2014; and September 15, 2014.

4.     Additionally, Plaintiffs and these defendants filed agreed motions for dismissal of the claims by and against them: Damazo Vidal; Frank Powell; Don Sanders; Don Weir; Sanders Opportunity Fund, L.P.; Sanders Opportunity Fund (Institutional), L.P; and Sanders 1998 Children's Fund (the "Dismissed Defendants"). The Court entered an order dismissing Plaintiffs' claims against Damazo Vidal on November 4, 2011[2] and against Frank Powell on April 19, 2012. The Court entered an order dismissing Plaintiffs' claims against the other Dismissed Defendants and all counterclaims asserted by those Dismissed Defendants on August 23, 2012.

---

[1] Adv. Nos. 09-3429, 09-3432, 09-3433, 09-3434, 09-3435, 09-3436, 09-3437, 09-3438, 09-3439, 09-3440, 09-3441, and 09-3442 were consolidated into Adv. No. 09-3429. On March 14, 2012, Bankruptcy Judge Marvin Isgur recommended the withdrawal of the reference, and this Civil Action No. H-12-840 is the District Court suit that resulted from the withdrawal of the reference.

[2] Plaintiffs and Damazo Vidal entered into a settlement agreement that was approved by the Bankruptcy Court on September 9, 2011; an interlocutory order dismissing the claims against Mr. Vidal was entered on November 4, 2011.

5. In accordance with the approved settlement agreements, and pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and the Settling Parties request that the Court enter an order dismissing with prejudice the Settling Defendants and all claims by the Settling Defendants against Plaintiffs.

6. Plaintiffs also request that, pursuant to Federal Rule of Civil Procedure 54(b), the Court enter final judgment of dismissal as to the Settling Defendants and the Dismissed Defendants in the form submitted with this motion.  There is no just reason for delay of entry of final judgment resolving the claims among Plaintiffs and the Settling and Dismissed Defendants.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court enter the proposed final judgment submitted with this motion and grant them such other and further relief to which they may be justly entitled.

Date: September 19, 2014              Respectfully submitted,

*/s/ Susan Hardie Jacks*
Susan Hardie Jacks
Attorney-in-Charge
State Bar No. 08957600
S.D. Texas I.D. No. 4192
susanjacks@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE
and JANET S. NORTHRUP, TRUSTEE

OF COUNSEL:
MEHAFFY WEBER, P.C.
Jeremy R. Stone
State Bar No. 24013577
S.D. Texas I.D. No. 27060
jeremystone@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Motion for Dismissal was served on September 19, 2014, electronically on those persons who receive electronic notification from the court, and by U.S. Mail, on all others, as indicated below:

/s/ Jeremy R. Stone
Jeremy R. Stone

Kent Altsuler  **(Electronic)**
Gretchen Gauer McCord
Nathan Sommers Jacobs
2800 Post Oak Blvd, 61st Fl
Houston, TX 77056-6102
gmccord@nathansommers.com
kaltsuler@nathansommers.com
**Attorneys for David Greenberg and Greenberg & Co.**

Lori Ann Hood **(Electronic)**
Johnson, Trent, West & Taylor, LLP
919 Milam, Ste 1700
Houston, TX 77002
Email: lhood@johnsontrent.com
**Attorney for Shawn Goheen & GGG Holdings, LP**

Kendall Johan Burr **(Electronic)**
Edison, McDowell & Hetherington LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2920
Houston, TX 77027
kendall.burr@emhllp.com
**Attorney for Defendant Michael Ecklund Marquis Capital II Westcott, L.P., Marquis Capital II, L.L.C., William Marsh Resco I, L.P. and James Crable**

Patrick D Devine **(Electronic)**
Attorney at Law
5120 Woodway Dr., Suite 8002
Houston, TX 77056
pdevine@pdevinelaw.com
**Attorney for Defendant Terry Luttrell**

William Allen Gage, Jr. **(Electronic)**
Buck Keenan, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
gage@buckkeenan.com
**Attorney for Defendants Richard Robert Tullis Thomas, TMCM Ventures, LP**

Marilee A Madan **(Electronic)**
Marilee A Madan PC
3109 Avalon Pl
Houston, TX 77019
mamadan@sbcglobal.net
**Attorney for Shreyaskumar Patel and Ravi Reddy**

William S Chesney, III **(Electronic)**
Frank, Elmore et al
9225 Katy Freeway, Ste. 250
Houston, TX 77024-1564
wchesney@felct.com
**Attorney for Kimberly Shiring and Melissa Thomas**

Bennett G Fisher **(Electronic)**
Fisher and Associates, PC
1800 Two Houston Center
909 Fannin Street
Houston, TX 77010
bgf@fisherlaw.net
**Attorney for Julian Fertitta**

John H. Bennett, Jr. **(Electronic)**
John H. Bennett, Jr. P.C.
2777 Allen Pkwy, Ste 1000
Houston, Texas 77019-2141
jb@JohnHBennettJr.com
**Attorney in Charge for Defendant
Mir Azizi**

Martin M Hokanson **(Electronic)**
Attorney at Law
22503 Katy Fwy
Katy, TX 77450
mmhokanson@gmail.com
**Attorney for Raj Rangwani and Sanjay
Varma, Eric Putman & Carolee Taylor**

Peter Johnson **(Electronic)**
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046
pjlawecf@pjlaw.com
**Attorney for Defendant Bob Shiring**

Steven A. Leyh **(Electronic)**
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77024
sleyh@leyh-payne.com
**Attorney for Defendants
Tom Pirtle and Pirtle Investments, LP.**

Leonard H Simon **(Electronic)**
Pendergraft & Simon L.L.P.
2777 Allen Parkway, Ste 800
Houston, TX 77019
lsimon@pendergraftsimon.com
kvaughn@pendergraftsimon.com
**Attorney for Defendant Vincent Galeoto**

Steve Martin Williard **(Electronic)**
The Williard Law Firm LP
1920 N Memorial Way, Suite 207
Houston, TX 77007
steve@williardlaw.com
**Attorney for Defendant Alex Oria
And James Thomas**

J Craig Cowgill **(Electronic)**
Attorney at Law
8100 Washington, Suite 120
Houston, TX 77007
jccowgill@cowgillholmes.com
**Attorney for Douglas Allen Brown, Erica
Brown f/k/a Erica Zemaitis, and Victor
Zemaitis**

Richard L Fuqua, II **(Electronic)**
Fuqua & Associates, PC
5005 Riverway, Ste. 250
Houston, TX 77056
fuqua@fuquakeim.com
**Attorney for Lawrence H. Ramming
(individually and in his Manager/Partner
Capacity), ARCOA, LLC, ARCOA
ADVISORS, L.L.C., ARCOA CAPITAL
PARTNERS, L.P., ARCOA FUNDING,
L.L.C., ARCOA INVESTMENT
ADVISORS, L.C., ARCOA
INVESTMENTS MANAGEMENT
GROUP, L.L.C. and ARCOA
PROPERTIES, L.L.C.**

Warren G. King **(Electronic)**
Law Office of Warren G. King, PLLC.
5909 West Loop South, Suite 490
Bellaire, Texas 77401
warren@warrenkinglaw.com
**Pro Se and Attorney for Pinnacle Title
Company, LP & Broyd, Inc.**

Gregg K. Saxe **(Electronic)**
The Law Office of Gregg Saxe, P.C.
6161 Savoy Dr., Suite 1132
Houston, TX 77036
gsaxe@sbcglobal.net
**Attorney for Joanna Gober,
Edward O'Hair, Ashley O'Hair**

Najmuddin Karimjee **(U.S. Mail + CMRRR)**
12015 Louetta Road, Suite 200
Houston, Texas 77070

Saifi, LLC  **(U.S. Mail + CMRRR)**
**c/o Managing Member or Officer**
12015 Louetta Road, Suite 200
Houston, Texas 77070
C&B Investments, Inc. **(U.S. Mail)**
c/o Registered Agent
930-N South Mason Road
Katy, Texas 77450

Mr. Bernie Kane **(U.S. Mail + CMRRR)**
Ms. Theyen Hoang
5711 Allen Street
Houston, Texas 77007

Ms. Theyen Hoang **(U.S. Mail + CMRRR)**
5711 Allen Street
Houston, Texas 77007

Eugenio Aguilar **(U.S. Mail + CMRRR)**
131 Beverly Lane
Houston, Texas 77401

Timothy A. Million **(Electronic)**
Randall A. Rios
MUNSCH HARDT KOPF & HARR, PC
Texas Bar No. 24051055
Bank of America Center
700 Louisiana, 46th Floor
Houston, Texas 77002
Telephone (713) 222-1470
Facsimile (713) 222-1475
E-mail: tmillion@munsch.com
**ATTORNEYS FOR DAMAZO F. VIDAL**

James Counce **(U.S. Mail)**
2116 Chilton Road
Houston, Texas 77019

Thomas Boyd (**U.S. Mail**)
c/o Paul I. Aronowitz
Law Office of Paul I. Aronowitz
510 Bering Drive, Suite 300
Houston, Texas 77057

John T. Unger **(Electronic)**
Texas Bar No. 20390675
John.unger@smhgroup.com
600 Travis, Suite 5800
**ATTORNEY FOR DON SANDERS,
DON WEIR, SANDERS 1998 CHILDREN'S TRUST,
SANDERS OPPORTUNITY FUND, L.P., AND
SANDERS OPPORTUNITY FUND (INSTITUTIONAL), L.P.**

Jerry M. Young **(Electronic)**
Timothy A. Rothberg
Coats Rose
3 E. Greenway Plaza, Suite 2000
Houston, Texas 77046
jyoung@coatsrose.com
**Attorneys for Frank Powell, M.**

Martin M. Hokanson **(Electronic)**
22503 Katy Freeway
Katy, Texas 77450

Kristin Nicole Rhame **(Electronic)**
Christin Smith & Jewell
2302 Fannin, Suite 500
Houston, Texas 77002
kwallis@csj-law.com
**Attorney for Binh Ho and Hue Ho**

- 8 -

John T. Unger **(Electronic)**
Texas Bar No. 20390675
John.unger@smhgroup.com
600 Travis, Suite 5800
**ATTORNEY FOR DON SANDERS,
DON WEIR, SANDERS 1998 CHILDREN'S TRUST,
SANDERS OPPORTUNITY FUND, L.P., AND
SANDERS OPPORTUNITY FUND (INSTITUTIONAL), L.P.**

Jerry M. Young **(Electronic)**
Timothy A. Rothberg
Coats Rose
3 E. Greenway Plaza, Suite 2000
Houston, Texas 77046
jyoung@coatsrose.com
**Attorneys for Frank Powell, M.**

Martin M. Hokanson **(Electronic)**
22503 Katy Freeway
Katy, Texas 77450

Kristin Nicole Rhame **(Electronic)**
Christin Smith & Jewell
2302 Fannin, Suite 500
Houston, Texas 77002
kwallis@csj-law.com
**Attorney for Binh Ho and Hue Ho**