**EXHIBIT A**

| Settling Defendants | Entry Date of Court Order Approving Compromise or Dismissal |
|---|---|
| Azizi, Mir | 9/15/2014 |
| Boyd, Thomas | 2/26/2014 |
| Crable, James | 9/15/2014 |
| Ecklund, Michael | 9/15/2014 |
| Fitzpatrick, Anthony Gene | 9/15/2014 |
| Galeoto, Vincent | 9/15/2014 |
| GGG Holdings, LP | 11/8/2013 |
| Gober, Joanna | 9/15/2014 |
| Goheen, Shawn | 11/8/2013 |
| Greenberg, David | 9/15/2014 |
| Greenberg & Co. | 9/15/2014 |
| Ho, Binh | 9/15/2014 |
| Ho, Hue | 9/15/2014 |
| Ho, Washington | 9/15/2014 |
| King, Warren | 9/15/2014 |
| Lindgren, Ray | 9/15/2014 |
| Luttrell, Terry | 11/8/2013 |
| Marquis Capital II Westcott, LP | 9/15/2014 |
| Marquis Capital II, LLC | 9/15/2014 |
| Nguyen, Thai | 9/15/2014 |
| O'Hair, Ashley | 9/15/2014 |
| O'Hair, Edward | 9/15/2014 |
| Oria, Alex | 11/8/2013 |
| Patel, Shreyaskumar | 9/15/2014 |
| Pirtle, Tom | 11/8/2013 |
| Pirtle Investments, LP | 11/8/2013 |
| Putnam, Eric | 9/15/2014 |
| Rangwani, Raj | 11/8/2013 |
| Reddy, Malladi | 9/15/2014 |
| Reddy, Muduganti J. | 9/15/2014 |
| Robert, Richard | 9/15/2014 |
| Shiring, Robert | 11/8/2013 |
| Taylor, Carolee | 9/15/2014 |
| Thomas, James | 11/8/2013 |
| Thomas, Melisa | 9/15/2014 |
| Thomas, Tullis | 11/8/2013 |
| TMCM Ventures, LP | 11/8/2013 |
| Varma, Sanjay | 11/8/2013 |
| William Marsh Resco I, LP | 9/15/2014 |
| | |
| **Dismissed Defendants** | |
| Powell, Frank | 4/19/2012 |
| Sanders, Don | 8/23/2012 |
| Sanders 1998 Children's Trust | 8/23/2012 |
| Sanders Opportunity Fund | 8/23/2012 |
| Sanders Opportunity Fund (Institutional) | 8/23/2012 |
| Vidal, Damazo | 11/4/2011 |
| Weir, Don | 8/23/2012 |