IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>JULIET HOMES, LP,<br>    Debtor | § § § § | Case No. 07-36424-H1-7<br>(Chapter 7) |
| IN RE:<br>JULIET GP, LLC,<br>    Debtor | § § § § | Case No. 07-36426-H1-7<br>(Chapter 7) |
| IN RE:<br>DOUGLAS A. BROWN,<br>    Debtor. | § § § | Case No. 07-36422-H1-7<br>(Chapter 7) |
| JOSEPH M. HILL, TRUSTEE<br>AND W. STEVE SMITH, TRUSTEE,<br><br>    Plaintiffs<br>v.<br><br>ALEX ORIA ET AL.,<br><br>    Defendants | § § § § § § § § § § § § | Civil Action No. H-12-840<br><br>Adversary No. 09-03429<br>Adversary No. 09-03441<br>Adversary No. 09-03442 |

## FINAL JUDGMENT OF DISMISSAL AS TO CERTAIN PARTIES AND CLAIMS

After considering the Plaintiffs' Motion for Dismissal With Prejudice of Certain Parties and Claims and for Entry of Final Judgment of Dismissal, it is

ORDERED, that the Motion for Dismissal is granted, and the Settling Defendants identified on the attached Exhibit A and those Settling Defendants' counterclaims against Plaintiffs are dismissed with prejudice. However, 5803 Richmond, Ltd. ("5803") does not waive or release any claims it has against Douglas A. Brown personally; this Final Judgment Of Dismissal As To Certain Parties And Claims does not affect 5803's claims against Douglas A. Brown personally. It is further

ORDERED, that Plaintiffs' request for entry of final judgment as to the Settling Defendants and the Dismissed Defendants identified on Exhibit A is granted inasmuch as there is no just reason for delay in the entry of final judgment. Accordingly, FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE is entered as to the Defendants listed on Exhibit A and as to their counterclaims against Plaintiffs.

SIGNED this **22** day of **September**, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Settling Defendants | Entry Date of Court Order Approving Compromise or Dismissal |
|---|---|
| Azizi, Mir | 9/15/2014 |
| Boyd, Thomas | 2/26/2014 |
| Crable, James | 9/15/2014 |
| Ecklund, Michael | 9/15/2014 |
| Fitzpatrick, Anthony Gene | 9/15/2014 |
| Galeoto, Vincent | 9/15/2014 |
| GGG Holdings, LP | 11/8/2013 |
| Gober, Joanna | 9/15/2014 |
| Goheen, Shawn | 11/8/2013 |
| Greenberg, David | 9/15/2014 |
| Greenberg & Co. | 9/15/2014 |
| Ho, Binh | 9/15/2014 |
| Ho, Hue | 9/15/2014 |
| Ho, Washington | 9/15/2014 |
| King, Warren | 9/15/2014 |
| Lindgren, Ray | 9/15/2014 |
| Luttrell, Terry | 11/8/2013 |
| Marquis Capital II Westcott, LP | 9/15/2014 |
| Marquis Capital II, LLC | 9/15/2014 |
| Nguyen, Thai | 9/15/2014 |
| O'Hair, Ashley | 9/15/2014 |
| O'Hair, Edward | 9/15/2014 |
| Oria, Alex | 11/8/2013 |
| Patel, Shreyaskumar | 9/15/2014 |
| Pirtle, Tom | 11/8/2013 |
| Pirtle Investments, LP | 11/8/2013 |
| Putnam, Eric | 9/15/2014 |
| Rangwani, Raj | 11/8/2013 |
| Reddy, Malladi | 9/15/2014 |
| Reddy, Muduganti J. | 9/15/2014 |
| Robert, Richard | 9/15/2014 |
| Shiring, Robert | 11/8/2013 |
| Taylor, Carolee | 9/15/2014 |
| Thomas, James | 11/8/2013 |
| Thomas, Melisa | 9/15/2014 |
| Thomas, Tullis | 11/8/2013 |
| TMCM Ventures, LP | 11/8/2013 |
| Varma, Sanjay | 11/8/2013 |
| William Marsh Resco I, LP | 9/15/2014 |
| | |
| **Dismissed Defendants** | |
| Powell, Frank | 4/19/2012 |
| Sanders, Don | 8/23/2012 |
| Sanders 1998 Children's Trust | 8/23/2012 |
| Sanders Opportunity Fund | 8/23/2012 |
| Sanders Opportunity Fund (Institutional) | 8/23/2012 |
| Vidal, Damazo | 11/4/2011 |
| Weir, Don | 8/23/2012 |