IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HILL ET AL., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-0840 |
| | § | |
| ORIA ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. _____N/A_____    <u>MOTIONS TO AMEND THE PLEADINGS</u>

2. _____N/A_____    <u>MOTIONS TO ADD NEW PARTIES</u> The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____N/A_____    <u>MOTION TO CERTIFY CLASS</u> The party seeking certification will file a motion and supporting memorandum by this date.

4. _____N/A_____    Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. _____N/A_____    Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. _December 19, 2014_    <u>COMPLETION OF DISCOVERY</u> Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____N/A_____    <u>LIMITS ON DISCOVERY</u>

_____
_____
_____
_____

8. _____N/A_____    <u>DISPOSITIVE MOTIONS</u>

9. _____N/A_____    <u>ALL OTHER PRETRIAL MOTIONS</u>

10. _January 5, 2015_    <u>JOINT PRETRIAL ORDER AND MOTIONS IN</u>
<u>LIMINE</u>  Plaintiff is responsible for
timely filing the <u>complete</u> <u>joint</u> pretrial
order.  The court will not accept sepa-
rate versions of the pretrial order.

11. _January 9, 2015_    <u>DOCKET CALL</u>  No instrument filed within 7
       3:00 P.M.          days of docket call will be considered.
                          All pending motions may be ruled on at
                          docket call, and the case will be set for
                          trial if the complete joint pretrial
                          order has been filed.


_September 25, 2014_
       DATE                          _____
                                            SIM LAKE
                                     UNITED STATES DISTRICT JUDGE

-2-