IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: <br> JULIET HOMES, LP, <br> Debtor | § <br> § <br> § <br> § | Case No. 07-36424-H1-7 <br> (Chapter 7) |
| IN RE: <br> JULIET GP, LLC, <br> Debtor | § <br> § <br> § <br> § | Case No. 07-36426-H1-7 <br> (Chapter 7) |
| IN RE: <br> DOUGLAS A. BROWN, <br> Debtor. | § <br> § <br> § | Case No. 07-36422-H1-7 <br> (Chapter 7) |
| JOSEPH M. HILL, TRUSTEE <br> AND W. STEVE SMITH, TRUSTEE, <br> Plaintiffs <br> v. <br> ALEX ORIA ET AL., <br> Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. H-12-840 <br> Adversary No. 09-03429 <br> Adversary No. 09-03441 <br> Adversary No. 09-03442 |

## ORDER

On December 24, 2014, the parties announced settlement. All pending deadlines are terminated. It is hereby **ORDERED** that closing papers be submitted no later than February 23, 2015, or the Court will dismiss this action.

**SIGNED** at Houston, Texas, this 29th day of December, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE