# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| JULIET HOMES, LP, § | Case No. 07-36424-H1-7 | |
|     Debtor § | (Chapter 7) | |
| § | | |
| IN RE: § | | |
| JULIET GP, LLC, § | Case No. 07-36426-H1-7 | |
|     Debtor § | (Chapter 7) | |
| § | | |
| IN RE: § | | |
| DOUGLAS A. BROWN, § | Case No. 07-36422-H1-7 | |
|     Debtor. § | (Chapter 7) | |

| | |
|---|---|
| § | |
| JOSEPH M. HILL, TRUSTEE § | Civil Action No. H-12-840 |
| AND W. STEVE SMITH, TRUSTEE, § | |
| § | Adversary No. 09-03429 |
|     Plaintiffs § | Adversary No. 09-03441 |
| v. § | Adversary No. 09-03442 |
| § | |
| ALEX ORIA ET AL., § | |
| § | |
|     Defendants § | |

## TRUSTEES' STATUS REPORT AND MOTION TO EXTEND DEADLINE
## TO FILE CLOSING PAPERS

Trustees have settled with all parties, but the Bankruptcy Court has yet to approve the final settlement. The current deadline for Trustees to file closing papers in this case is February 23, 2015. The Bankruptcy Court ordered that Trustees supplement their Seventh Motion to Approve Compromise, and Trustees filed the supplement on February 5, 2014. Trustees respectfully request another 30 days, until March 25, 2015, to file closing papers, in order to give the Bankruptcy Court time to consider and rule upon the final motion.

Therefore, Trustees respectfully request that the Court extend the deadline to file closing papers until March 25, 2015 and grant Trustees all other relief to which they are justly entitled.

HOULITIGATION:1408173.1

Respectfully submitted,

*/s/ Jeremy R. Stone*
Jeremy R. Stone
Attorney-in-Charge
State Bar No. 24013577
S.D. Texas I.D. No. 27060
jeremystone@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE
and JANET S. NORTHRUP, TRUSTEE

OF COUNSEL:
MEHAFFY WEBER, P.C.

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Status Report was served on February 16, 2015, electronically on those persons who receive electronic notification from the court, and by U.S. Mail, on all others, as indicated below:

*/s/ Jeremy R. Stone*
Jeremy R. Stone

Kent Altsuler **(Electronic)**
Gretchen Gauer McCord
Nathan Sommers Jacobs
2800 Post Oak Blvd, 61st Fl
Houston, TX 77056-6102
gmccord@nathansommers.com
kaltsuler@nathansommers.com
**Attorneys for David Greenberg and Greenberg & Co.**

Lori Ann Hood **(Electronic)**
Johnson, Trent, West & Taylor, LLP
919 Milam, Ste 1700
Houston, TX 77002
Email: lhood@johnsontrent.com
**Attorney for Shawn Goheen & GGG Holdings, LP**

Kendall Johan Burr **(Electronic)**
Edison, McDowell & Hetherington LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2920
Houston, TX 77027
kendall.burr@emhllp.com
**Attorney for Defendant Michael Ecklund Marquis Capital II Westcott, L.P., Marquis Capital II, L.L.C., William Marsh Resco I, L.P. and James Crable**

Patrick D Devine **(Electronic)**
Attorney at Law
5120 Woodway Dr., Suite 8002
Houston, TX 77056
pdevine@pdevinelaw.com
**Attorney for Defendant Terry Luttrell**

William Allen Gage, Jr. **(Electronic)**
Buck Keenan, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
gage@buckkeenan.com
**Attorney for Defendants Richard Robert Tullis Thomas, TMCM Ventures, LP**

Marilee A Madan **(Electronic)**
Marilee A Madan PC
3109 Avalon Pl
Houston, TX 77019
mamadan@sbcglobal.net
**Attorney for Shreyaskumar Patel and Ravi Reddy**

William S Chesney, III **(Electronic)**
Frank, Elmore et al
9225 Katy Freeway, Ste. 250
Houston, TX 77024-1564
wchesney@felct.com
**Attorney for Kimberly Shiring and Melissa Thomas**

Bennett G Fisher **(Electronic)**
Fisher and Associates, PC
1800 Two Houston Center
909 Fannin Street
Houston, TX 77010
bgf@fisherlaw.net
**Attorney for Julian Fertitta**

John H. Bennett, Jr. **(Electronic)**
John H. Bennett, Jr. P.C.
2777 Allen Pkwy, Ste 1000
Houston, Texas 77019-2141
jb@JohnHBennettJr.com
**Attorney in Charge for Defendant Mir Azizi**

Martin M Hokanson **(Electronic)**
Attorney at Law
22503 Katy Fwy
Katy, TX 77450
mmhokanson@gmail.com
**Attorney for Raj Rangwani and Sanjay Varma, Eric Putman & Carolee Taylor**

Peter Johnson **(Electronic)**
Law Offices of Peter Johnson
Eleven Greenway Plaza, Suite 2820
Houston, TX 77046
pjlawecf@pjlaw.com
**Attorney for Defendant Bob Shiring**

Steven A. Leyh **(Electronic)**
Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77024
sleyh@leyh-payne.com
**Attorney for Defendants Tom Pirtle and Pirtle Investments, LP.**

Leonard H Simon **(Electronic)**
Pendergraft & Simon L.L.P.
2777 Allen Parkway, Ste 800
Houston, TX 77019
lsimon@pendergraftsimon.com
kvaughn@pendergraftsimon.com
**Attorney for Defendant Vincent Galeoto**

Steve Martin Williard **(Electronic)**
The Williard Law Firm LP
1920 N Memorial Way, Suite 207
Houston, TX 77007
steve@williardlaw.com
**Attorney for Defendant Alex Oria**

**And James Thomas**
J Craig Cowgill **(Electronic)**
Attorney at Law
8100 Washington, Suite 120
Houston, TX 77007
jccowgill@cowgillholmes.com
**Attorney for Douglas Allen Brown, Erica Brown f/k/a Erica Zemaitis, and Victor Zemaitis**

Richard L Fuqua, II **(Electronic)**
Fuqua & Associates, PC
5005 Riverway, Ste. 250
Houston, TX 77056
fuqua@fuquakeim.com
**Attorney for Lawrence H. Ramming (individually and in his Manager/Partner Capacity), ARCOA, LLC, ARCOA ADVISORS, L.L.C., ARCOA CAPITAL PARTNERS, L.P., ARCOA FUNDING, L.L.C., ARCOA INVESTMENT ADVISORS, L.C., ARCOA INVESTMENTS MANAGEMENT GROUP, L.L.C. and ARCOA PROPERTIES, L.L.C.**

Mr. Warren G. King **(Electronic)**
Law Office of Warren G. King, PLLC.
5909 West Loop South, Suite 490
Bellaire, Texas 77401
warren@warrenkinglaw.com
**Pro Se and Attorney for Pinnacle Title Company, LP & Broyd, Inc.**

Gregg K. Saxe **(Electronic)**
The Law Office of Gregg Saxe, P.C.
6161 Savoy Dr., Suite 1132
Houston, TX 77036
gsaxe@sbcglobal.net
**Attorney for Joanna Gober, Edward O'Hair, Ashley O'Hair**

4

HOULITIGATION:1408173.1

Najrnuddin Karimjee **(U.S. Mail)**
and Saifi, LLC, Pro Se
12015 Louetta Road, Suite 200
Houston, Texas 77070

C&B Investments, Inc. **(U.S. Mail)**
c/o Registered Agent
930-N South Mason Road
Katy, Texas 77450

Mr. Bernie Kane **(U.S. Mail)**
Ms. Theyen Hoang
5711 Allen Street
Houston, Texas 77007

James Counce **(U.S. Mail)**
2116 Chilton Road
Houston, Texas 77019

Thomas Boyd (**U.S. Mail)**
c/o Paul I. Aronowitz
Law Office of Paul I. Aronowitz
510 Bering Drive, Suite 300
Houston, Texas 77057