IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>JULIET HOMES, LP,<br>    Debtor | § § § § | Case No. 07-36424-H1-7<br>(Chapter 7) |
| IN RE:<br>JULIET GP, LLC,<br>    Debtor | § § § § | Case No. 07-36426-H1-7<br>(Chapter 7) |
| IN RE:<br>DOUGLAS A. BROWN,<br>    Debtor. | § § § | Case No. 07-36422-H1-7<br>(Chapter 7) |
| JOSEPH M. HILL, TRUSTEE<br>AND W. STEVE SMITH, TRUSTEE,<br><br>    Plaintiffs<br>v.<br><br>ALEX ORIA ET AL.,<br><br>    Defendants | § § § § § § § § § § § § | Civil Action No. H-12-840<br><br>Adversary No. 09-03429<br>Adversary No. 09-03441<br>Adversary No. 09-03442 |

## ORDER OF DISMISSAL

After considering Trustees' Motion to Enter Order of Dismissal as to certain defendants, it is ORDERED that the Motion is granted, and the claims and counterclaims, if any, between Trustees and Lawrence Ramming; Arcoa Properties, LLC; Arcoa Investments Advisors, LLC, Arcoa Capital Partners, LP, Arcoa, LLC, Erica Zemaitis Brown and Victor Zemaitis are dismissed with prejudice.

It is further ORDERED that the Trustees' claims against Richard Wheeler are dismissed.

Signed this 13th day of March, 2015.

                                            SIM LAKE
                                UNITED STATES DISTRICT JUDGE