IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JULIET HOMES, LP, | § | Case No. 07-36424-H1-7 |
| Debtor | § | (Chapter 7) |
| | § | |
| IN RE: | § | |
| JULIET GP, LLC, | § | Case No. 07-36426-H1-7 |
| Debtor | § | (Chapter 7) |
| | § | |
| IN RE: | § | |
| DOUGLAS A. BROWN, | § | Case No. 07-36422-H1-7 |
| Debtor. | § | (Chapter 7) |

| | | |
|---|---|---|
| JOSEPH M. HILL, TRUSTEE | § | Civil Action No. H-12-840 |
| AND W. STEVE SMITH, TRUSTEE, | § | |
| | § | Adversary No. 09-03429 |
| Plaintiffs | § | Adversary No. 09-03441 |
| v. | § | Adversary No. 09-03442 |
| | § | |
| ALEX ORIA ET AL., | § | |
| | § | |
| Defendants | § | |
| | § | |

<u>**FINAL AGREED JUDGMENT AGAINST DOUGLAS ALLEN BROWN**</u>

Upon the stipulation of Defendant Douglas Allen Brown and Plaintiffs Joseph M. Hill,
Trustee and Janet S. Northrup, Trustee, the Court FINDS that:

1.    Douglas Allen Brown, Debtor, waived his right to a discharge in Case No. 07-
36422-H1-7 in a written waiver of discharge approved by the Bankruptcy Court
on February 25, 2009 after the order for relief entered in Case No. 07-36422-H1-
7;

1

Douglas Allen Brown

1366083_3.DOC

2.   this judgment is a non-dischargeable debt of Douglas Allen Brown pursuant to 11 U.S.C. §§ 523(a)(2) and 523(a)(4) and is further excepted from discharge pursuant to 11 U.S.C. § 727(a)(10);

3.   it is the intention of Douglas Allen Brown that this judgment be nondischargeable in any subsequent bankruptcy case; and

4.   there is no just reason for any delay in the entry of final judgment in favor of the Plaintiffs and against Douglas Allen Brown.

It is hereby

ORDERED, that final judgment is entered in favor of the Plaintiffs Joseph M. Hill, Trustee and Janet S. Northrup, Trustee and against defendant Douglas Allen Brown in the principal amount of $2,500,000.00 (Two million five-hundred thousand and no/100 dollars). Prejudgment interest shall accrue commencing October 29, 2009, and postjudgment interest shall accrue on all amounts at the rate in effect at the time of entry of this judgment until the judgment is paid in full.  It is further

ORDERED, that this judgment constitutes a nondischargeable debt pursuant to 11 U.S.C. §§ 523(a)(2) and 523(a)(4) and is further excepted from discharge pursuant to 11 U.S.C. § 727(a)(10).

THIS IS A FINAL JUDGMENT AS TO DOUGLAS ALLEN BROWN.

SIGNED: _____

HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

2

Douglas Allen Brown

1366083_3.DOC

**APPROVED AS TO FORM AND SUBSTANCE:**

MEHAFFY WEBER, P.C.

*/s/ Susan H. Jacks*
Susan Hardie Jacks
Attorney-in-Charge
State Bar No. 08957600
S.D. Texas I.D. No. 4192
susanjacks@mehaffyweber.com
Jeremy R. Stone
State Bar No. 24013577
S.D. Texas I.D. No. 27060
jeremystone@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

**ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE
and JANET S. NORTHRUP, TRUSTEE**


J. CRAIG COWGILL & ASSOCIATES, P.C.

*/s/ J. Craig Cowgill*
J. Craig Cowgill
State Bar No. 04929000
jccowgill@cowgillholmes.com
8100 Washington, Suite 120
Houston, TX 77007
713/956-0254 (telephone)
713/956-6284 (telecopier)

**ATTORNEY FOR DOUGLAS ALLEN BROWN**


3

Douglas Allen Brown

1366083_3.DOC

DOUGLAS ALLEN BROWN

4