**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

*versus*

§
§
§
§
§
§
§
§
§
§
§

ACTION NUMBER:
_____

# ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date of Judgment Entered: | |
| Judgment in Favor of: | |
| Judgment Against: | |
| Amount of Judgment: | $ |
| Amount of Costs: | $ |
| Rate of Interest: | % |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

    The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT

DATED:_____     By:_____
                                                                                                         Deputy Clerk

*O:Houforms/Forms-Web*